# Exhibit 1

**COMMERCIAL LINES POLICY**
**COMMON POLICY DECLARATIONS**

# GREAT DIVIDE INSURANCE COMPANY

A Berkley Insurance Company
7233 E. Butherus Drive
Scottsdale, Arizona  85260

**Policy Number:**
   CNA  1025659 - 14

| **Named Insured and Address** | **Producer Name and Address** | 10001 |
|---|---|---|

A & E Television Networks
235 E 45th Street
New York, NY  10017

AON / A. G. Ruben Ins  NY
171 Madison Ave Ste 401
New York, NY  10016

212-627-7400

Policy Period:   From   <u>March 1, 2012</u>   to   <u>March 1, 2015</u>   12:01 A.M.  Standard Time
at  your  mailing  address shown  above.

**Business Description**:   DICE

This policy is:  _____ Direct Bill  _____ Pay Plan  __**XX**__  Agent Billed

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE
AGREE WITH YOU TO PROVIDE THE INSURANCE STATED IN THIS POLICY.

THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED.
THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.

|  |  | PREMIUM |
|---|---|---|
| Commercial Auto Coverage Part | $ | ▓▓▓▓ |
| Commercial Inland Marine Coverage Part | $ | ▓▓▓▓ |
| Commercial General Liability Coverage Part | $ | ▓▓▓▓ |
| Grand Total | | ▓▓▓▓ |

Form(s) and Endorsement(s) made part of this policy at time of issue:

IL 1201  Schedule of Endorsements

Countersigned: _____   By _____
                                         Countersignature or Authorized Representative,
                                         whichever is applicable

2-14160
Original

Includes copyrighted material of ISO Properties, Inc, with its permission.

NOTICE: THESE POLICY FORMS AND THE APPLICABLE RATES ARE
EXEMPT FROM THE FILING REQUIREMENTS OF THE NEW YORK
INSURANCE DEPARTMENT. HOWEVER, SUCH FORMS AND RATES
MUST MEET THE MINIMUM STANDARDS OF THE NEW YORK
INSURANCE LAW AND REGULATIONS.



# GREAT DIVIDE INSURANCE COMPANY SM

### A North Dakota Stock Corporation

## COMMERCIAL LINES POLICY

## THIS POLICY IS NOT OBTAINED PRIMARILY FOR PERSONAL, FAMILY OR HOUSEHOLD PURPOSES.

THIS POLICY CONSISTS OF:

- Declarations;
- Common Policy Conditions; and
- One or more Coverage Parts.  A Coverage Part consists of:
  - One or more Coverage Forms; and
  - Applicable Forms and Endorsements.

In Witness Whereof, we have caused this policy to be executed and attested, and, if required by state law, this policy shall not be valid unless countersigned by our authorized representative.

_____
Secretary

_____
President and CEO

Administrative Office:
7233 E. Butherus Drive          Scottsdale, AZ 85260     Telephone (480) 951-0905     Facsimile (480) 951-9730
Service Office:
122 W. Carpenter Freeway, Ste          Irving, TX 75039     Telephone (800) 294-0423     Facsimile (866) 826-3862
300


A BERKLEY COMPANY®

E002J (11/06)

**THIS ENDODRWEMENT CHANGES THE POLICY.   PLEASE READ IT CAREFULLY**

## POLICY CHANGES

| POLICY NUMBER | POLICY CHANGES EFFECTIVE | COMPANY |
|---|---|---|
| **CNA 1025659-14** | **3-1-2012** | Great Divide Insurance Company |

NAMED INSURED                                        AUTHORIZED REPRESENTATIVE

**A & E  TELEVISION NETWORKS**

COVERAGE PARTS AFFECTED

**Business Auto, General Liability, Inland Marine**

### SCHEDULE OF ENDORSEMENTS

| | |
|---|---|
| TRIPRA 02 | Policyholder Disclosure – Notice of Terrorism Insurance Coverage |
| IL 0017 | Common Policy Conditions |
| IL 0023 | Nuclear Energy Liability Exclusion Endorsement |
| IL 0985 | Terrorism Disclosure |
| END. #A | Named Insured Endorsement |
| END. #B | Reporting Provisions |

**BUSINESS AUTO**

| | |
|---|---|
| CA 175 | Quick Reference |
| CA 0001 | Business Auto Coverage Form |
| BA-1 | Hired, Loaned or Donated Auto Liability |
| CA 9916 | Hired Autos Specified As Covered Autos You Own |
| CA2054 | Employee Hired Autos |
| CA 0102 | New York Changes – For Hire Autos |
| CA 0225 | New York Changes – Cancellation |
| CA 0112 | New York Changes in Business Auto |
| IL 0183 | New York Changes – Fraud |
| CA 2325 | Coverage for Injury to Leased Workers |
| END. #C | General Changes |
| CA 2384 | Exclusion of Terrorism |

**GENERAL LIABLITY**

| | |
|---|---|
| CL 175 | Quick Reference |
| CG 0001 | Commercial General Liability Coverage Form |
| CG0068 | Recording & Distribution of Material or Information in Violation of Law Exclusion |
| CG E18 | Aggregate Limits of Insurance (Per Project) |
| CG 2026 | Additional Insured – Designated Person or Organization |
| CG 2028 | Additional Insured – Lessor of Leased &/or Rented Equipment |
| CG 2012 | Additional Insured – State or Political Subdivisions - Permits |
| CG 2135 | Exclusion – Coverage C – Medical Payments |
| CG 2147 | Employment Related Practices Exclusion |
| CG E24 | Liberalization Clause |

**IL 12 01 11 85**          Copyright, Insurance Services Office, Inc.  1983          Page 1 of 2
                              Copyright, ISO Commercial Risk Services, Inc.,  1983

| | |
|---|---|
| CG 0424 | Coverage for Injury to Leased Workers |
| CG 0224 | Earlier Notice of Cancellation |
| CG 0163 | New York Changes |
| CG 2621 | New York Changes – Transfer of Duty |
| IL 0268 | New York Changes – Cancellation & Non-Renewal |
| CG E28 | Incidental Medical Malpractices |
| CG E26 | Knowledge/Notice of Occurrence |
| CG E31 | Unintentional Errors & Omissions |
| END.#D | Fellow Employee Coverage |
| CG E34 | Exclusion – Asbestos |
| END. #E | Watercraft |
| CG 2404 | Waiver of Transfer of Rights of Recovery |
| END. #F | Canadian Employers Liability |
| END. #G | Mobile Equipment |
| CG 0035 | Railroad Protective Liability Coverage Form |
| END. #H | Aircraft Liability Exclusion |
| END. #I | Amendment of Other Insurance Condition |
| CG 2149 | Total Pollution Exclusion |
| CG 2422 | Amendment of Coverage Territory – Worldwide Coverage |
| CG 2170 | CAP On Losses From Certified Acts of Terrorism |

## INLAND MARINE

| | |
|---|---|
| Film PRO 1 | Film Package Limits & Deductibles |
| Film PRO 2 | General Policy Conditions |
| Film PRO 3 | Cast Insurance Coverage Form |
| Film PRO 4 | Negative Film & Faulty Stock Coverage Form |
| Film PRO 5 | Props, Sets and Wardrobe Coverage Form |
| Film PRO 6 | Miscellaneous Property Coverage Form |
| Film PRO 7 | Property of Others Coverage Form |
| Film PRO 8 | Extra Expense Coverage Form |
| IL 0268 | New York Changes – Cancellation & Non-Renewal |
| IL 0952 | CAP on Losses From Certified Acts of Terrorism |

Copyright, Insurance Services Office, Inc. 1983
Copyright, ISO Commercial Risk Services, Inc., 1983

POLICYHOLDER DISCLOSURE
NOTICE OF TERRORISM
INSURANCE COVERAGE

Coverage for acts of terrorism, as defined in the Terrorism Risk Insurance Act, as amended, (the "Act"), is included in your policy. You are hereby notified that under the Act the definition of act of terrorism has changed. As defined in Section 102(1) of the Act: The term act of terrorism" means any act that is certified by the Secretary of the Treasury – in concurrence with the Secretary of State and the Attorney General of the United States – to be an act of terrorism; to be a violent act or an act that is dangerous to human lives, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion. Under your coverage, any losses resulting from certified acts of terrorism may be partially reimbursed by the United States Government under a formula established by the Act. However, your policy may contain other exclusions which might affect your coverage, such as an exclusion for nuclear events. Under the formula, the United States Government generally reimburses 85% of covered terrorism losses exceeding the statutorily established deductible paid by the insurance company providing the coverage. The Act contains a ▉▉▉▉▉▉▉▉▉ that limits U. S. Government reimbursement as well as insurers' liability for losses resulting from certified acts of terrorism when the amount of such losses exceeds ▉▉▉▉ in any one calendar year. If the aggregate insured losses for all insurers exceed ▉▉▉▉▉, your coverage may be reduced.

The portion of your annual premium that is attributable to coverage for acts of terrorism as defined in the Act, is <ins>included</ins>, and does not include any changes for the portion of losses covered by the United States government under the Act.

Name of Insurer:     Great Divide Insurance Company

Policy Number:       CNA 1025659-14

Copyright 2007 National Association of Insurance Commissioners

TRIPA 02 (08)

IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. Transfer Of Your Rights And Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

IL 00 23 07 02

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY NEW YORK DEPARTMENT OF TRANSPORTATION

1. The insurance does not apply:

   A. Under any Liability Coverage, to "bodily injury" or "property damage":

      (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

      (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   C. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

      (1) The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

      (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

      (3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

2. As used in this endorsement:

   "Hazardous properties" includes radioactive, toxic or explosive properties.

   "Nuclear material" means "source material", "Special nuclear material" or "by-product material".

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

   © ISO Properties, Inc., 2001   **IL 00 23 07 02**   ☐

POLICY NUMBER:   CNA 1025659-14

IL 09 85 01 08

**THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR POLICY IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT. THIS ENDORSEMENT DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY.**

# DISCLOSURE PURSUANT TO TERRORISM RISK INSURANCE ACT

### SCHEDULE

Terrorism Premium (Certified Acts) $        INCLUDED
**This premium is the total Certified Acts premium attributable to the following Coverage Part(s), Coverage Form(s) and/or Policy(s):**

**Additional information, if any, concerning the terrorism premium:**

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Disclosure Of Premium**

In accordance with the federal Terrorism Risk Insurance Act, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to coverage for terrorist acts certified under the Terrorism Risk Insurance Act. The portion of your premium attributable to such coverage is shown in the Schedule of this endorsement or in the policy Declarations.

**B. Disclosure Of Federal Participation In Payment Of Terrorism Losses**

The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program. The federal share equals 85% of that portion of the amount of such insured losses that exceeds the applicable insurer retention. However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed ▮▮▮▮▮ in a Program Year (January 1 through December 31), the Treasury shall not make any payment for any portion of the amount of such losses that exceeds ▮▮▮▮▮.

**C. Cap On Insurer Participation In Payment Of Terrorism Losses**

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed ▮▮▮▮▮ in a Program Year (January 1 through December 31) and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds ▮▮▮▮▮, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**THIS ENDODRSEMENT CHANGES THE POLICY.   PLEASE READ IT CAREFULLY**

**POLICY CHANGES**

| POLICY NUMBER<br><br>**CNA 1025659-14** | POLICY CHANGES EFFECTIVE<br><br>**3-1-2012** | COMPANY<br><br>**Great Divide Ins. Company** |
|---|---|---|

| NAMED INSURED<br><br>**A & E Television Networks** | AUTHORIZED REPRESENTATIVE |
|---|---|

| COVERAGE PARTS AFFECTED<br><br>    COMMERCIAL AUTO COVERAGE PART<br>    COMMERCIAL INLAND MARINE COVERAGE PART<br>    COMMERCIAL GENERAL LIABILITY COVERAGE PART |
|---|

This endorsement modifies insurance provided under the following:

**NAMED INSURED**

The following language is added to the Commercial Auto Coverage Part under Section II – Liability Coverage A.1 Who Is An Insured, under the Commercial General Liability coverage Part under Section II Who Is An Insured and under the Commercial Inland Marine Coverage Part under X, Definition of Insured;

It is hereby agreed and understood that the following entities will be named insured and or insureds under the above coverage parts:

(A)        Any Production Company but only with respect to an "Insured Production";

(B)        Any subsidiaries of the Production Company identified in Paragraph (A) of this endorsement, but only with respect to an "Insured Production";

(C)        Any other organization, entity or person that **A & E Television Networks** has agreed to insure, but only with respect to an "Insured Production";

(D)        **A & E Television Networks** and/or any subsidiary and/or affiliated company of **A & E Television Networks** but only with respect to an "Insured Production".

"Insured Production" shall mean any Television Pilot, Series, Specials or Commercials, any Promotional, Documentary and/or Educational Film and/or Still Photography, Corporate Presentations, Meetings, Stage Shows, and including but not limited to any other similar production that has been declared to us.

ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.

_____

AUTHORIZED REPRESENTATIVE

**END. #A**

**THIS ENDODRSEMENT CHANGES THE POLICY.   PLEASE READ IT CAREFULLY**

**POLICY CHANGES**

| POLICY NUMBER | POLICY CHANGES EFFECTIVE | COMPANY |
|---|---|---|
| **CNA 1025659-14** | **3-1-2012** | **Great Divide Ins. Company** |

| NAMED INSURED | AUTHORIZED REPRESENTATIVE |
|---|---|
| **A & E Television Networks** | |

| COVERAGE PARTS AFFECTED |
|---|
| COMMERCIAL AUTO COVERAGE PART<br>COMMERCIAL INLAND MARINE COVERAGE PART<br>COMMERCIAL GENERAL LIABILITY COVERAGE PART |

**REPORTING PROVISIONS**

It is hereby agreed policy premium will be adjusted monthly, based on the rates as stated

below, per ▇▇▇ of Gross Production Costs, reported and declared to Great Divide  Insurance

Company:

| | |
|---|---|
| General Liability | ▇ |
| Business Auto | **Included In GL Rate** |
| Production Package | ▇  Including Cast on All Productions |
| Terrorism Charge | 4% Included In Rate |

ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.

_____

AUTHORIZED REPRESENTATIVE

**END. #B**

Business Auto Coverage Form Declarations
**GREAT DIVIDE INSURANCE COMPANY**
A Berkley Insurance Company
7233 E. Butherus Drive
Scottsdale, Arizona 85260

## ITEM ONE

**Policy Number:**   CNA 1025659 - 14

### Named Insured and Address

A & E Television Networks
235 E 45th Street
New York, NY 10017

### Producer Name and Address        10001

AON / A. G. Ruben Ins  NY
171 Madison Ave Ste 401
New York, NY 10016

212-627-7400

Policy Period:   From __March 1, 2012__   to   __March 1, 2015__   12:01 A.M. Standard Time at your mailing address shown above.

**Form of Business:**   __XX__ Corporation   ____ Limited Liability Company   ____ Individual   ____ Partnership   ____ Other

Audit Period (If Applicable):   ____ Annually   ____ Semi-Annually   ____ Quarterly   ____ Monthly

## ITEM TWO   Schedule of Coverages and Covered Autos

This policy provides only those coverages where a charge is shown in the premium column below. Each of these coverages will apply only to those "autos" shown as covered "autos". "Autos" are shown as covered "autos" for a particular coverage by the entry of one or more of the symbols from the COVERED AUTO Section of the Business Auto Coverage Form next to the name of the coverage.

| Coverages & Limits | Covered Autos (Entry of one or more of the symbols from the COVERED AUTOS Section of the Business Auto Coverage Form shows which autos are covered autos) | Limit The most we will pay for any one accident or loss | Premium |
|---|---|---|---|
| Liability<br>Limit - ▊▊▊▊ | 8  9 | $_____ | ▊ |
| Personal Injury Protection<br>(No-Fault)<br>Limit -  Separately stated in each PIP | Endorsement minus deductible | $_____ | |
| Mandatory Personal Injury Protection<br>Limit = $  minus  deductible | | $_____ | |
| Added Personal Injury Protection<br>Limit = $ | | $_____ | |
| Optional Basic Economic Loss<br>Limit = $ | | $_____ | |
| Aggregate No-Fault Benefits Available | | $_____ | |
| Maximum Monthly Work Loss<br>Limit = $ | | $_____ | |

Includes copyrighted material of ISO Properties, Inc, with its permission.

Other Necessary Expenses (per day)
    Limit = $                                           $ _____

Death Benefit
    Limit = $                                            $ _____

Auto Medical Payments
    Limit = $                                            $ _____

Uninsured Motorists
    Limit = $                                            $ _____

Supplementary Uninsured/Underinsured
Motorists         (SUM)*
    Limit = $  Rejected                              $ _____

Physical Damage Comprehensive Coverage
    Limit = Actual Cast Value or Cost of Repair, whichever is less, minus $_____ Ded. for each covered
              auto but no deductible applied to loss caused by fire or lightning.  See ITEM FOUR for hired or
              borrowed "autos".                               $ _____

Physical Damage Specified Causes of Loss Coverage
    Limit = Actual Cast Value or Cost of Repair, whichever is less minus $_____ Ded. for each covered
              auto for loss caused by mischief or vandalism.  See ITEM FOUR for hired or borrowed "autos".    $ _____

Physical Damage Collision Coverage
    Limit = Actual Cast Value or Cost of Repair, whichever is less minus $_____ Ded. for each covered
              auto for loss caused by mischief or vandalism.  See ITEM FOUR for hired or borrowed "autos".    $ _____

Physical Damage Towing and Labor
    Limit = $_____ for each disablement of a private passenger auto          $ _____

                                       Premium for Endorsements      $ _____

                                       *Estimated Total Premium      $ _____ ■

* SUM.  The maximum amount payable under SUM coverage shall be the policy's SUM limits reduced and thus offset by a motor vehicle bodily injury liability policy or bond payments received from, or on behalf of, any negligent party involved in the account, as specified in the SUM endorsement.

** This policy may be subject to final audit.

Endorsements Attached To This Coverage Form:

IL 1201  Schedule of Endorsements

Includes copyrighted material of ISO Properties, Inc, with its permission.

**ITEM THREE.**     **Schedule of Covered Autos You Own**

Veh. #     St     Terr     Yr     Description          Serial Number          Class

### Coverage Limits Are Show in Thousands

| Veh. # | PIP Limits Per Endo | | | Med Extra med | Pay Limit | UM/UIM Limit | SUM Limit | Cost New | Stated Amount | Physical Damage | | | Tow & Labor |
| | CSL Limit | Basic Ded | Add'l Comb | | | | | | | Comp Ded | SP Ded | Col Ded | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

### Premiums

| Veh # | CSL | Basic PIP | Add'l Comb | Extra Med | Med Pay | UM | UIM | SUM | Comp | Spec Perils | Coll | Tow & Labor | Total Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

### Loss Payees

Vehicle #

Includes copyrighted material of ISO Properties, Inc, with its permission.

**ITEM FOUR.**         **Schedule of Hired or Borrowed Covered Auto Coverage and Premiums**

Liability Coverage -- Rating Basis, Cost of Hire

| State | Estimated Cost of Hire for Each State | Rate Per Each ▇ Cost of Hire | Factor  (if Liab. Cov. Is Primary) | Premium |
|---|---|---|---|---|
| | | | | $ _____ |
| | | | Total Premium | $ _____ |

Cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your employees or their family members).  Cost of hire does not include charges for services performed by motor carriers of property or passengers.

Physical Damage Coverage

| Coverages | Limit of Insurance The Most We Will Pay Deductible | Estimated Annual Cost of Hire | Rate Per Each ▇ Annual Cost of Hire | Premium |
|---|---|---|---|---|
| Comprehensive | Actual Cash Value or Cost of Repairs minus $ _____ deductible for each covered auto. But no deductible applies to loss caused by fire or lightning, | | | $ _____ |
| Specified Causes of Loss | Actual Cash Value or Cost of Repairs minus $ _____ deductible for each covered auto for loss caused by mischief or vandalism. | | | $ _____ |
| Collision | Actual Cash Value or Cost of Repairs minus $ _____ deductible for each covered auto. | | | $ _____ |

**ITEM FIVE.**      **Schedule for Non-Ownership Liability**

| Rating Basis | Number | Premium |
|---|---|---|
| Number of Employees | _____ | $ _____ |
| Number of Partners | _____ | $ _____ |
| Number of Volunteers | _____ | $ _____ |

Countersigned: _____          By: _____

Countersignature or Authorized Representative, whichever is applicable

Includes copyrighted material of ISO Properties, Inc, with its permission.

# QUICK REFERENCE
## COMMERCIAL AUTO COVERAGE PART
## BUSINESS AUTO COVERAGE FORM

### READ YOUR POLICY CAREFULLY

The Commercial Auto Coverage Part in your policy consists of Declarations, a Business Auto Coverage Form (CA 00 01), Common Policy Conditions and Endorsements, if applicable.   Following is a Quick Reference indexing of the principal provisions contained in each of the components making up the Coverage Part, listed in sequential order.

**DECLARATION**
    Named Insured and Mailing Address
    Policy Period
    Coverages and Limits of Insurance
    Forms and Endorsements applying to the Coverage Part at time of issue
**COVERAGE FORM** (CA 00 01)
    SECTION I – COVERED AUTOS
        Description of Covered Auto Designation Symbols
        Owned Autos You Acquire after the Policy Begins
        Certain Trailers, Mobile Equipment and Temporary Substitute Autos
    SECTION II – LIABILITY COVERAGE
        Coverage
        Who Is An Insured
        Coverage Extensions
            Supplementary Payments
            Out of State
        Exclusions
        Limit of Insurance
    SECTION III – PHYSICAL DAMAGE COVERAGE
        Coverage
        Exclusions
        Limit of Insurance
        Deductible
    SECTION IV – BUSINESS AUTO CONDITIONS
        Loss Conditions
            Appraisal for Physical Damage Loss
            Duties in the Event of Accident, Claim, Suit or Loss
            Legal Action Against Us
            Loss Payment -- Physical Damage Coverages
            Transfer of Rights of Recovery Against Others to Us
        General Conditions
            Bankruptcy
            Concealment, Misrepresentation or Fraud
            Liberalization
            No Benefit to Bailee – Physical Damage Coverages
            Other Insurance
            Premium Audit
            Policy Period, Coverage Territory
            Two or More Coverage Forms or Policies Issued by us
**COMMON POLICY CONDITIONS**
    Cancellation
    Changes
    Examination of Your Books and Records
    Inspections and Surveys
    Premiums
    Transfer of Your Rights and Duties under this Policy
**ENDORSEMENTS**  (If Any)

Includes copyrighted material of Insurance Services Office, Inc., with its permission.  Copyright, Insurance Services Office, Inc., 1985

**CA 175** (1-87) UNIFORM PRINTING AND SUPPLY, INC.

COMMERCIAL AUTO
CA 00 01 03 06

# BUSINESS AUTO COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V – Definitions.

## SECTION I – COVERED AUTOS

Item Two of the Declarations shows the "autos" that are covered "autos" for each of your coverages. The following numerical symbols describe the "autos" that may be covered "autos". The symbols entered next to a coverage on the Declarations designate the only "autos" that are covered "autos".

### A. Description Of Covered Auto Designation Symbols

| Symbol | Description Of Covered Auto Designation Symbols | |
|---|---|---|
| **1** | Any "Auto" | |
| **2** | Owned "Autos" Only | Only those "autos" you own (and for Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" you acquire ownership of after the policy begins. |
| **3** | Owned Private Passenger "Autos" Only | Only the private passenger "autos" you own. This includes those private passenger "autos" you acquire ownership of after the policy begins. |
| **4** | Owned "Autos" Other Than Private Passenger "Autos" Only | Only those "autos" you own that are not of the private passenger type (and for Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" not of the private passenger type you acquire ownership of after the policy begins. |
| **5** | Owned "Autos" Subject To No-Fault | Only those "autos" you own that are required to have No-Fault benefits in the state where they are licensed or principally garaged. This includes those "autos" you acquire ownership of after the policy begins provided they are required to have No-Fault benefits in the state where they are licensed or principally garaged. |
| **6** | Owned "Autos" Subject To A Compulsory Uninsured Motorists Law | Only those "autos" you own that because of the law in the state where they are licensed or principally garaged are required to have and cannot reject Uninsured Motorists Coverage. This includes those "autos" you acquire ownership of after the policy begins provided they are subject to the same state uninsured motorists requirement. |
| **7** | Specifically Described "Autos" | Only those "autos" described in Item Three of the Declarations for which a premium charge is shown (and for Liability Coverage any "trailers" you don't own while attached to any power unit described in Item Three). |
| **8** | Hired "Autos" Only | Only those "autos" you lease, hire, rent or borrow. This does not include any "auto" you lease, hire, rent, or borrow from any of your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households. |
| **9** | Nonowned "Autos" Only | Only those "autos" you do not own, lease, hire, rent or borrow that are used in connection with your business. This includes "autos" owned by your "employees", partners (if you are a partnership), members (if you are a limited liability company), or members of their households but only while used in your business or your personal affairs. |

| 19 | Mobile Equipment Subject To Compulsory Or Financial Responsibility Or Other Motor Vehicle Insurance Law Only | Only those "autos" that are land vehicles and that would qualify under the definition of "mobile equipment" under this policy if they were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where they are licensed or principally garaged. |

**B. Owned Autos You Acquire After the Policy Begins**

1. If Symbols **1, 2, 3, 4, 5, 6** or **19** are entered next to a coverage in Item Two of the Declarations, then you have coverage for "autos" that you acquire of the type described for the remainder of the policy period.

2. But, if Symbol **7** is entered next to a coverage in Item Two of the Declarations, an "auto" you acquire will be a covered "auto" for that coverage only if:

   a. We already cover all "autos" that you own for that coverage or it replaces an "auto" you previously owned that had that coverage; and

   b. You tell us within 30 days after you acquire it that you want us to cover it for that coverage.

**C. Certain Trailers, Mobile Equipment And Temporary Substitute Autos**

If Liability Coverage is provided by this Coverage Form, the following types of vehicles are also covered "autos" for Liability Coverage:

1. "Trailers" with a load capacity of 2,000 pounds or less designed primarily for travel on public roads.

2. "Mobile equipment" while being carried or towed by a covered "auto".

3. Any "auto" you do not own while used with the permission of its owner as a temporary substitute for a covered "auto" you own that is out of service because of its:

   a. Breakdown;

   b. Repair;

   c. Servicing;

   d. "Loss"; or

   e. Destruction.

**SECTION II – LIABILITY COVERAGE**

**A. Coverage**

We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of a covered "auto".

We will also pay all sums an "insured" legally must pay as a "covered pollution cost or expense" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of covered "autos". However, we will only pay for the "covered pollution cost or expense" if there is either "bodily injury" or "property damage" to which this insurance applies that is caused by the same "accident".

We have the right and duty to defend any "insured" against a "suit" asking for such damages or a "covered pollution cost or expense". However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" or a "covered pollution cost or expense" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends when the Liability Coverage Limit of Insurance has been exhausted by payment of judgments or settlements.

1. **Who Is An Insured**

   The following are "insureds":

   a. You for any covered "auto".

   b. Anyone else while using with your permission a covered "auto" you own, hire or borrow except:

      (1) The owner or anyone else from whom you hire or borrow a covered "auto". This exception does not apply if the covered "auto" is a "trailer" connected to a covered "auto" you own.

 © ISO Properties, Inc., 2005

**(2)** Your "employee" if the covered "auto" is owned by that "employee" or a member of his or her household.

**(3)** Someone using a covered "auto" while he or she is working in a business of selling, servicing, repairing, parking or storing "autos" unless that business is yours.

**(4)** Anyone other than your "employees", partners (if you are a partnership), members (if you are a limited liability company), or a lessee or borrower or any of their "employees", while moving property to or from a covered "auto".

**(5)** A partner (if you are a partnership), or a member (if you are a limited liability company) for a covered "auto" owned by him or her or a member of his or her household.

**c.** Anyone liable for the conduct of an "insured" described above but only to the extent of that liability.

**2. Coverage Extensions**

**a. Supplementary Payments**

We will pay for the "insured":

**(1)** All expenses we incur.

**(2)** Up to ▮▮▮▮ for cost of bail bonds (including bonds for related traffic law violations) required because of an "accident" we cover. We do not have to furnish these bonds.

**(3)** The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

**(4)** All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to ▮▮▮ a day because of time off from work.

**(5)** All costs taxed against the "insured" in any "suit" against the "insured" we defend.

**(6)** All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend, but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

**b. Out-Of-State Coverage Extensions**

While a covered "auto" is away from the state where it is licensed we will:

**(1)** Increase the Limit of Insurance for Liability Coverage to meet the limits specified by a compulsory or financial responsibility law of the jurisdiction where the covered "auto" is being used. This extension does not apply to the limit or limits specified by any law governing motor carriers of passengers or property.

**(2)** Provide the minimum amounts and types of other coverages, such as no-fault, required of out-of-state vehicles by the jurisdiction where the covered "auto" is being used.

We will not pay anyone more than once for the same elements of loss because of these extensions.

**B. Exclusions**

This insurance does not apply to any of the following:

**1. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the "insured".

**2. Contractual**

Liability assumed under any contract or agreement.

But this exclusion does not apply to liability for damages:

**a.** Assumed in a contract or agreement that is an "insured contract" provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

**b.** That the "insured" would have in the absence of the contract or agreement.

**3. Workers' Compensation**

Any obligation for which the "insured" or the "insured's" insurer may be held liable under any workers' compensation, disability benefits or unemployment compensation law or any similar law.

**4. Employee Indemnification And Employer's Liability**

"Bodily injury" to:

**a.** An "employee" of the "insured" arising out of and in the course of:

**(1)** Employment by the "insured"; or

(2) Performing the duties related to the conduct of the "insured's" business; or

**b.** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **a.** above.

This exclusion applies:

(1) Whether the "insured" may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

But this exclusion does not apply to "bodily injury" to domestic "employees" not entitled to workers' compensation benefits or to liability assumed by the "insured" under an "insured contract". For the purposes of the Coverage Form, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

**5. Fellow Employee**

"Bodily injury" to any fellow "employee" of the "insured" arising out of and in the course of the fellow "employee's" employment or while performing duties related to the conduct of your business.

**6. Care, Custody Or Control**

"Property damage" to or "covered pollution cost or expense" involving property owned or transported by the "insured" or in the "insured's" care, custody or control. But this exclusion does not apply to liability assumed under a sidetrack agreement.

**7. Handling Of Property**

"Bodily injury" or "property damage" resulting from the handling of property:

**a.** Before it is moved from the place where it is accepted by the "insured" for movement into or onto the covered "auto"; or

**b.** After it is moved from the covered "auto" to the place where it is finally delivered by the "insured".

**8. Movement Of Property By Mechanical Device**

"Bodily injury" or "property damage" resulting from the movement of property by a mechanical device (other than a hand truck) unless the device is attached to the covered "auto".

**9. Operations**

"Bodily injury" or "property damage" arising out of the operation of:

**a.** Any equipment listed in Paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment"; or

**b.** Machinery or equipment that is on, attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

**10. Completed Operations**

"Bodily injury" or "property damage" arising out of your work after that work has been completed or abandoned.

In this exclusion, your work means:

**a.** Work or operations performed by you or on your behalf; and

**b.** Materials, parts or equipment furnished in connection with such work or operations.

Your work includes warranties or representations made at any time with respect to the fitness, quality, durability or performance of any of the items included in Paragraph **a.** or **b.** above.

Your work will be deemed completed at the earliest of the following times:

(1) When all of the work called for in your contract has been completed.

(2) When all of the work to be done at the site has been completed if your contract calls for work at more than one site.

(3) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**11. Pollution**

"Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that is:

(1) Being transported or towed by, handled, or handled for movement into, onto or from, the covered "auto";

 © ISO Properties, Inc., 2005

**(2)** Otherwise in the course of transit by or on behalf of the "insured"; or

**(3)** Being stored, disposed of, treated or processed in or upon the covered "auto";

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if:

**(1)** The "pollutants" escape, seep, migrate, or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

**(2)** The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment".

Paragraphs **b.** and **c.** above of this exclusion do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

**(1)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

**(2)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**12. War**

"Bodily injury" or "property damage" arising directly or indirectly out of:

**a.** War, including undeclared or civil war;

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**13. Racing**

Covered "autos" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply while that covered "auto" is being prepared for such a contest or activity.

**C. Limit Of Insurance**

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for the total of all damages and "covered pollution cost or expense" combined, resulting from any one "accident" is the Limit of Insurance for Liability Coverage shown in the Declarations.

All "bodily injury", "property damage" and "covered pollution cost or expense" resulting from continuous or repeated exposure to substantially the same conditions will be considered as resulting from one "accident".

No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Medical Payments Coverage Endorsement, Uninsured Motorists Coverage Endorsement or Underinsured Motorists Coverage Endorsement attached to this Coverage Part.

**SECTION III – PHYSICAL DAMAGE COVERAGE**

**A. Coverage**

**1.** We will pay for "loss" to a covered "auto" or its equipment under:

**a. Comprehensive Coverage**

From any cause except:

**(1)** The covered "auto's" collision with another object; or

**(2)** The covered "auto's" overturn.

**b. Specified Causes Of Loss Coverage**

Caused by:

**(1)** Fire, lightning or explosion;

**(2)** Theft;

**(3)** Windstorm, hail or earthquake;

**(4)** Flood;

**(5)** Mischief or vandalism; or

**(6)** The sinking, burning, collision or derailment of any conveyance transporting the covered "auto".

### c. Collision Coverage

Caused by:

**(1)** The covered "auto's" collision with another object; or

**(2)** The covered "auto's" overturn.

## 2. Towing

We will pay up to the limit shown in the Declarations for towing and labor costs incurred each time a covered "auto" of the private passenger type is disabled. However, the labor must be performed at the place of disablement.

### 3. Glass Breakage – Hitting A Bird Or Animal – Falling Objects Or Missiles

If you carry Comprehensive Coverage for the damaged covered "auto", we will pay for the following under Comprehensive Coverage:

**a.** Glass breakage;

**b.** "Loss" caused by hitting a bird or animal; and

**c.** "Loss" caused by falling objects or missiles.

However, you have the option of having glass breakage caused by a covered "auto's" collision or overturn considered a "loss" under Collision Coverage.

### 4. Coverage Extensions

#### a. Transportation Expenses

We will pay up to ▓ per day to a maximum of ▓ for temporary transportation expense incurred by you because of the total theft of a covered "auto" of the private passenger type. We will pay only for those covered "autos" for which you carry either Comprehensive or Specified Causes of Loss Coverage. We will pay for temporary transportation expenses incurred during the period beginning 48 hours after the theft and ending, regardless of the policy's expiration, when the covered "auto" is returned to use or we pay for its "loss".

#### b. Loss Of Use Expenses

For Hired Auto Physical Damage, we will pay expenses for which an "insured" becomes legally responsible to pay for loss of use of a vehicle rented or hired without a driver, under a written rental contract or agreement. We will pay for loss of use expenses if caused by:

**(1)** Other than collision only if the Declarations indicate that Comprehensive Coverage is provided for any covered "auto";

**(2)** Specified Causes Of Loss only if the Declarations indicate that Specified Causes Of Loss Coverage is provided for any covered "auto"; or

**(3)** Collision only if the Declarations indicate that Collision Coverage is provided for any covered "auto".

However, the most we will pay for any expenses for loss of use is ▓ per day, to a maximum of ▓

## B. Exclusions

**1.** We will not pay for "loss" caused by or resulting from any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

### a. Nuclear Hazard

**(1)** The explosion of any weapon employing atomic fission or fusion; or

**(2)** Nuclear reaction or radiation, or radioactive contamination, however caused.

### b. War Or Military Action

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**2.** We will not pay for "loss" to any covered "auto" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. We will also not pay for "loss" to any covered "auto" while that covered "auto" is being prepared for such a contest or activity.

**3.** We will not pay for "loss" caused by or resulting from any of the following unless caused by other "loss" that is covered by this insurance:

**a.** Wear and tear, freezing, mechanical or electrical breakdown.

**b.** Blowouts, punctures or other road damage to tires.

**4.** We will not pay for "loss" to any of the following:

**a.** Tapes, records, discs or other similar audio, visual or data electronic devices designed for use with audio, visual or data electronic equipment.

**b.** Any device designed or used to detect speed measuring equipment such as radar or laser detectors and any jamming apparatus intended to elude or disrupt speed measurement equipment.

**c.** Any electronic equipment, without regard to whether this equipment is permanently installed, that receives or transmits audio, visual or data signals and that is not designed specifically for the reproduction of sound.

**d.** Any accessories used with the electronic equipment described in Paragraph **c.** above.

Exclusions **4.c.** and **4.d.** do not apply to:

**a.** Equipment designed solely for the reproduction of sound and accessories used with such equipment, provided such equipment is permanently installed in the covered "auto" at the time of the "loss" or such equipment is removable from a housing unit which is permanently installed in the covered "auto" at the time of the "loss", and such equipment is designed to be solely operated by use of the power from the "auto's" electrical system, in or upon the covered "auto"; or

**b.** Any other electronic equipment that is:

**(1)** Necessary for the normal operation of the covered "auto" or the monitoring of the covered "auto's" operating system; or

**(2)** An integral part of the same unit housing any sound reproducing equipment described in Paragraph **a.** above and permanently installed in the opening of the dash or console of the covered "auto" normally used by the manufacturer for installation of a radio.

**5.** We will not pay for "loss" to a covered "auto" due to "diminution in value".

**C. Limit Of Insurance**

**1.** The most we will pay for "loss" in any one "accident" is the lesser of:

**a.** The actual cash value of the damaged or stolen property as of the time of the "loss"; or

**b.** The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality.

**2.** An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total "loss".

**3.** If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

**D. Deductible**

For each covered "auto", our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Declarations. Any Comprehensive Coverage deductible shown in the Declarations does not apply to "loss" caused by fire or lightning.

**SECTION IV – BUSINESS AUTO CONDITIONS**

The following conditions apply in addition to the Common Policy Conditions:

**A. Loss Conditions**

**1. Appraisal For Physical Damage Loss**

If you and we disagree on the amount of "loss", either may demand an appraisal of the "loss". In this event, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire. The appraisers will state separately the actual cash value and amount of "loss". If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If we submit to an appraisal, we will still retain our right to deny the claim.

**2. Duties In The Event Of Accident, Claim, Suit Or Loss**

We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

**a.** In the event of "accident", claim, "suit" or "loss", you must give us or our authorized representative prompt notice of the "accident" or "loss". Include:

**(1)** How, when and where the "accident" or "loss" occurred;

**(2)** The "insured's" name and address; and

**(3)** To the extent possible, the names and addresses of any injured persons and witnesses.

**b.** Additionally, you and any other involved "insured" must:

**(1)** Assume no obligation, make no payment or incur no expense without our consent, except at the "insured's" own cost.

**(2)** Immediately send us copies of any request, demand, order, notice, summons or legal paper received concerning the claim or "suit".

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit".

**(4)** Authorize us to obtain medical records or other pertinent information.

**(5)** Submit to examination, at our expense, by physicians of our choice, as often as we reasonably require.

**c.** If there is "loss" to a covered "auto" or its equipment you must also do the following:

**(1)** Promptly notify the police if the covered "auto" or any of its equipment is stolen.

**(2)** Take all reasonable steps to protect the covered "auto" from further damage. Also keep a record of your expenses for consideration in the settlement of the claim.

**(3)** Permit us to inspect the covered "auto" and records proving the "loss" before its repair or disposition.

**(4)** Agree to examinations under oath at our request and give us a signed statement of your answers.

**3. Legal Action Against Us**

No one may bring a legal action against us under this Coverage Form until:

**a.** There has been full compliance with all the terms of this Coverage Form; and

**b.** Under Liability Coverage, we agree in writing that the "insured" has an obligation to pay or until the amount of that obligation has finally been determined by judgment after trial. No one has the right under this policy to bring us into an action to determine the "insured's" liability.

**4. Loss Payment – Physical Damage Coverages**

At our option we may:

**a.** Pay for, repair or replace damaged or stolen property;

**b.** Return the stolen property, at our expense. We will pay for any damage that results to the "auto" from the theft; or

**c.** Take all or any part of the damaged or stolen property at an agreed or appraised value.

If we pay for the "loss", our payment will include the applicable sales tax for the damaged or stolen property.

**5. Transfer Of Rights Of Recovery Against Others To Us**

If any person or organization to or for whom we make payment under this Coverage Form has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after "accident" or "loss" to impair them.

**B. General Conditions**

**1. Bankruptcy**

Bankruptcy or insolvency of the "insured" or the "insured's" estate will not relieve us of any obligations under this Coverage Form.

**2. Concealment, Misrepresentation Or Fraud**

This Coverage Form is void in any case of fraud by you at any time as it relates to this Coverage Form. It is also void if you or any other "insured", at any time, intentionally conceal or misrepresent a material fact concerning:

**a.** This Coverage Form;

**b.** The covered "auto";

**c.** Your interest in the covered "auto"; or

**d.** A claim under this Coverage Form.

**3. Liberalization**

If we revise this Coverage Form to provide more coverage without additional premium charge, your policy will automatically provide the additional coverage as of the day the revision is effective in your state.

**4. No Benefit To Bailee – Physical Damage Coverages**

We will not recognize any assignment or grant any coverage for the benefit of any person or organization holding, storing or transporting property for a fee regardless of any other provision of this Coverage Form.

 © ISO Properties, Inc., 2005 CA 00 01 03 06   □

**5. Other Insurance**

**a.** For any covered "auto" you own, this Coverage Form provides primary insurance. For any covered "auto" you don't own, the insurance provided by this Coverage Form is excess over any other collectible insurance. However, while a covered "auto" which is a "trailer" is connected to another vehicle, the Liability Coverage this Coverage Form provides for the "trailer" is:

**(1)** Excess while it is connected to a motor vehicle you do not own.

**(2)** Primary while it is connected to a covered "auto" you own.

**b.** For Hired Auto Physical Damage Coverage, any covered "auto" you lease, hire, rent or borrow is deemed to be a covered "auto" you own. However, any "auto" that is leased, hired, rented or borrowed with a driver is not a covered "auto".

**c.** Regardless of the provisions of Paragraph **a.** above, this Coverage Form's Liability Coverage is primary for any liability assumed under an "insured contract".

**d.** When this Coverage Form and any other Coverage Form or policy covers on the same basis, either excess or primary, we will pay only our share. Our share is the proportion that the Limit of Insurance of our Coverage Form bears to the total of the limits of all the Coverage Forms and policies covering on the same basis.

**6. Premium Audit**

**a.** The estimated premium for this Coverage Form is based on the exposures you told us you would have when this policy began. We will compute the final premium due when we determine your actual exposures. The estimated total premium will be credited against the final premium due and the first Named Insured will be billed for the balance, if any. The due date for the final premium or retrospective premium is the date shown as the due date on the bill. If the estimated total premium exceeds the final premium due, the first Named Insured will get a refund.

**b.** If this policy is issued for more than one year, the premium for this Coverage Form will be computed annually based on our rates or premiums in effect at the beginning of each year of the policy.

**7. Policy Period, Coverage Territory**

Under this Coverage Form, we cover "accidents" and "losses" occurring:

**a.** During the policy period shown in the Declarations; and

**b.** Within the coverage territory.

The coverage territory is:

**a.** The United States of America;

**b.** The territories and possessions of the United States of America;

**c.** Puerto Rico;

**d.** Canada; and

**e.** Anywhere in the world if:

**(1)** A covered "auto" of the private passenger type is leased, hired, rented or borrowed without a driver for a period of 30 days or less; and

**(2)** The "insured's" responsibility to pay damages is determined in a "suit" on the merits, in the United States of America, the territories and possessions of the United States of America, Puerto Rico, or Canada or in a settlement we agree to.

We also cover "loss" to, or "accidents" involving, a covered "auto" while being transported between any of these places.

**8. Two Or More Coverage Forms Or Policies Issued By Us**

If this Coverage Form and any other Coverage Form or policy issued to you by us or any company affiliated with us apply to the same "accident", the aggregate maximum Limit of Insurance under all the Coverage Forms or policies shall not exceed the highest applicable Limit of Insurance under any one Coverage Form or policy. This condition does not apply to any Coverage Form or policy issued by us or an affiliated company specifically to apply as excess insurance over this Coverage Form.

**SECTION V – DEFINITIONS**

**A.** "Accident" includes continuous or repeated exposure to the same conditions resulting in "bodily injury" or "property damage".

**B.** "Auto" means:

**1.** A land motor vehicle, "trailer" or semitrailer designed for travel on public roads; or

2. Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

C. "Bodily injury" means bodily injury, sickness or disease sustained by a person including death resulting from any of these.

D. "Covered pollution cost or expense" means any cost or expense arising out of:

1. Any request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

2. Any claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to or assessing the effects of "pollutants".

"Covered pollution cost or expense" does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

   a. That are, or that are contained in any property that is:

     (1) Being transported or towed by, handled, or handled for movement into, onto or from the covered "auto";

     (2) Otherwise in the course of transit by or on behalf of the "insured";

     (3) Being stored, disposed of, treated or processed in or upon the covered "auto";

   b. Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

   c. After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if:

   (1) The "pollutants" escape, seep, migrate, or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

   (2) The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraph **6.b.** or **6.c.** of the definition of "mobile equipment".

Paragraphs **b.** and **c.** above do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

   (1) The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

   (2) The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

E. "Diminution in value" means the actual or perceived loss in market value or resale value which results from a direct and accidental "loss".

F. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

G. "Insured" means any person or organization qualifying as an insured in the Who Is An Insured provision of the applicable coverage. Except with respect to the Limit of Insurance, the coverage afforded applies separately to each insured who is seeking coverage or against whom a claim or "suit" is brought.

H. "Insured contract" means:

1. A lease of premises;

2. A sidetrack agreement;

3. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

 © ISO Properties, Inc., 2005

**4.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**5.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another to pay for "bodily injury" or "property damage" to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement;

**6.** That part of any contract or agreement entered into, as part of your business, pertaining to the rental or lease, by you or any of your "employees", of any "auto". However, such contract or agreement shall not be considered an "insured contract" to the extent that it obligates you or any of your "employees" to pay for "property damage" to any "auto" rented or leased by you or any of your "employees".

An "insured contract" does not include that part of any contract or agreement:

**a.** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing; or

**b.** That pertains to the loan, lease or rental of an "auto" to you or any of your "employees", if the "auto" is loaned, leased or rented with a driver; or

**c.** That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of a covered "auto" over a route or territory that person or organization is authorized to serve by public authority.

**I.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**J.** "Loss" means direct and accidental loss or damage.

**K.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**1.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**2.** Vehicles maintained for use solely on or next to premises you own or rent;

**3.** Vehicles that travel on crawler treads;

**4.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

**a.** Power cranes, shovels, loaders, diggers or drills; or

**b.** Road construction or resurfacing equipment such as graders, scrapers or rollers.

**5.** Vehicles not described in Paragraph **1., 2., 3.,** or **4.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

**a.** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

**b.** Cherry pickers and similar devices used to raise or lower workers.

**6.** Vehicles not described in Paragraph **1., 2., 3.** or **4.** above maintained primarily for purposes other than the transportation of persons or cargo. However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**a.** Equipment designed primarily for:

**(1)** Snow removal;

**(2)** Road maintenance, but not construction or resurfacing; or

**(3)** Street cleaning;

**b.** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**c.** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting or well servicing equipment.

However, "mobile equipment" does not include land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**L.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**M.** "Property damage" means damage to or loss of use of tangible property.

© ISO Properties, Inc., 2005

**N.** "Suit" means a civil proceeding in which:

    **1.** Damages because of "bodily injury" or "property damage"; or

    **2.** A "covered pollution cost or expense",

to which this insurance applies, are alleged.

"Suit" includes:

    **a.** An arbitration proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the "insured" must submit or does submit with our consent; or

    **b.** Any other alternative dispute resolution proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the insured submits with our consent.

**O.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**P.** "Trailer" includes semitrailer.

© ISO Properties, Inc., 2005

POLICY NUMBER:   CNA 1025659-14                                      BA-1

## HIRED, LOANED OR DONATED AUTOMOBILES LIABILITY INSURANCE

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Endorsement Effective   **3-1-2012**<br>at 12:01 A.M. Standard Time | |
|---|---|
| Named Insured:<br>**A & E TELEVISION NETWORKS** | Countersigned by: |

**Autos you hire, rent, lease, borrow, or are loaned or donated to you are covered autos for liability subject to the limit of liability as shown in item two (Liability Insurance) and subject to the following rates:**

|  | COST OF HIRE | RATE* |
|---|---|---|
| OTHER THAN CINEMOBILES OR MOBILE STUDIOS | IF ANY | INCL. |
| CINEMOBILES & MOBILE STUDIOS | IF ANY | INCL. |

*RATE PER ▮ COST OF HIRE

|  |  | RATE PER AUTO<br>PER DAY |
|---|---|---|
| LOANED OR DONATED AUTOMOBILES;<br>ALL VEHICLES | TO BE<br>DETERMINE | INCL. |

(INSURANCE PROVIDED BY THIS POLICY IS **PRIMARY** ON A NON-PARTICIPATING BASIS)

```
DEPOSIT PREMIUM:  $ INCL.
MINIMUM PREMIUM:  $ INCL.
```

BA-1  (07 90)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

CA 99 16 12 93

**HIRED AUTOS SPECIFIED AS COVERED AUTOS YOU OWN**

This endorsement modifies insurance provided under the following:

> BUSINESS AUTO COVERAGE
> GARAGE COVERAGE FORM
> MOTOR CARRIER COVERAGE FORM
> TRUCKERS COVERAGE FORM
> BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

POLICY NUMBER:     **CNA 1025659-14**          ENDORSEMENT EFFECTIVE:    **3-1-2012**

NAMED INSURED:    **A & E TELEVISION NETWORKS**    AUTHORIZED REPRESENTATIVE:

**SCHEDULE**

Description of Auto:

> **All autos hired, rented, loaned, donated, leased and/or borrowed under a rental agreement that requires the Named Insured to provide direct primary insurance.**

(if no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this

A.    Any "auto" described in the Schedule will be be considered a covered "auto" you own and not a covered "auto" you hire, borrow or lease under the coverage for which it is a covered "auto".

While any covered "auto" described in the schedule is rented or leased to you and is being used by or for you, its owner or anyone else from whom you rent or lease it is an "insured" but only for that covered "auto".

B.    CHANGES IN LIABILITY COVERAGE

the following is added to WHO IS AN INSURED:

**Copyright, Insurance Services Office, Inc., 1993**

CA 99 16 12 93

COMMERCIAL AUTO
CA 20 54 10 01

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EMPLOYEE HIRED AUTOS

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
BUSINESS AUTO PHYSICAL DAMAGE
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Changes In Liability Coverage**

The following is added to the **Who Is An Insured** Provision:

An "employee" of yours is an "insured" while operating an "auto" hired or rented under a contract or agreement in that "employee's" name, with your permission, while performing duties related to the conduct of your business.

**B. Changes In General Conditions**

Paragraph **5.b.** of the **Other Insurance** Condition in the Business Auto, Business Auto Physical Damage and Garage Coverage Forms, Paragraph **5.d.** of the **Other Insurance – Primary And Excess Insurance Provisions** Condition in the Truckers Coverage Form and Paragraph **5.f.** of the **Other Insurance – Primary And Excess Insurance Provisions** in the Motor Carrier Coverage Form are replaced by the following:

For Hired Auto Physical Damage Coverage, the following are deemed to be covered "autos" you own:

1. Any covered "auto" you lease, hire, rent or borrow; and

2. Any covered "auto" hired or rented by your "employee" under a contract in that individual "employee's" name, with your permission, while performing duties related to the conduct of your business.

However, any "auto" that is leased, hired, rented or borrowed with a driver is not a covered "auto".

POLICY NUMBER:   CNA 1025659-14

**COMMERCIAL AUTO**
**CA 01 02 04 98**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NEW YORK CHANGES – FOR HIRE AUTOS

For a covered "auto" subject to the provisions of Sections 370 **(a)** and **(b)** of the New York Vehicles and Traffic Laws that is licensed or principally garaged in New York, this endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

The following is added to Paragraph **C. Limit Of Insurance** of Section II – Liability Coverage:

1. If the insurance provided by this policy covers "autos" subject to the provisions of Sections 370 **(a)** and **(b)** of the New York Vehicles and Traffic Laws, we will apply the limit shown in the Declarations to first provide the separate limits required by the New York Motor Vehicle Safety Responsibility Act as follows:

   a. ▇▇▇▇ for "bodily injury" to any one person caused by any one "accident";

   b. ▇▇▇▇ for "bodily injury" to two or more persons caused by any one "accident"; and

   c. ▇▇▇▇ for "property damage" caused by any one "accident".

2. Our minimum liability for damages for an incident to death or injuries to persons is based upon the seating capacity for passengers of the covered "auto" described as set forth in the following table:

| Seating capacity of motor vehicle. | For a judgment or judgments for damages, including damages for care and loss of services, because of "bodily injury" to any one person in any one "accident". | For a judgment or judgments for damages, including damages for care and loss of services because of "bodily injury" to two or more persons in any one accident, upon claims arising out of the same transactions connected with the same subject of action, to be apportioned ratably among the judgment creditors according to the amount of their prospective judgments. | For a judgment or judgments for damages because of death of any one person in any one "accident". | For a judgment or judgments for damages because of death of two or more persons in any one "accident", upon claims arising out of the same transactions connected with the same subject of actions to be apportioned ratably among the judgment creditors according to the amount of their respective judgments. |
|---|---|---|---|---|
| 1 to 7 | ▇▇▇ | ▇▇▇ | ▇▇▇ | ▇▇▇ |
| 8 to 12 | ▇▇▇ | ▇▇▇ | ▇▇▇ | ▇▇▇ |
| 13 to 20 | ▇▇▇ | ▇▇▇ | ▇▇▇ | ▇▇▇ |
| 21 to 30 | ▇▇▇ | ▇▇▇ | ▇▇▇ | ▇▇▇ |
| over 30 | ▇▇▇ | ▇▇▇ | ▇▇▇ | ▇▇▇ |

COMMERCIAL AUTO
CA 02 25 03 06

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# NEW YORK CHANGES – CANCELLATION

For a covered "auto" licensed or principally garaged in, or for "garage operations" conducted in, New York, this endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

I. If you are an individual and a covered "auto" you own is predominantly used for non-business purposes, the **Cancellation** Common Policy Condition does not apply. The following Condition applies instead:

**ENDING THIS POLICY**

**A. Cancellation**

   1. You may cancel the entire policy by returning it to us or by giving us advance notice of the date cancellation is to take effect.

   2. When this policy is in effect less than 60 days and is not a renewal or continuation policy, we may cancel the entire policy for any reason provided we mail you notice within this period. If we cancel for nonpayment of premium, we will mail you at least 15 days notice and such notice of cancellation on this ground shall inform the first Named Insured of the amount due. Payment of premium will be considered on time if made within 15 days after we mail you notice of cancellation. If we cancel for any other reason, we will mail you at least 20 days notice.

   3. When this policy is in effect 60 days or more or is a renewal or continuation policy, we may cancel it or any insurance deemed severable only for one or more of the following reasons:

   a. Nonpayment of premium, provided, however, that a notice of cancellation on this ground shall inform the first Named Insured of the amount due. If we cancel for this reason we will mail you at least 15 days notice. Payment of premium will be considered on time if made within 15 days after we mail you notice of cancellation.

   b. Your driver's license or that of a driver who lives with you or customarily uses the covered "auto" has been suspended or revoked during the policy period, other than a suspension issued pursuant to subdivision (1) of Section 510(b) of the Vehicle and Traffic Law, or one or more administrative suspensions arising out of the same incident which has or have been terminated prior to the effective date of cancellation. If we cancel for this reason we will mail you at least 20 days notice.

   c. We replace this policy with another one providing similar coverages and the same limits for a covered "auto" of the private passenger type. The replacement policy will take effect when this policy is cancelled, and will end a year after this policy begins or on this policy's expiration date, whichever is earlier.

© ISO Properties, Inc., 2005

**d.** This policy has been written for a period of more than one year or without a fixed expiration date. We may cancel for this reason, subject to New York Laws, only at an anniversary of its original effective date. If we cancel for this reason we will mail you at least 45 but not more than 60 days notice.

**e.** This policy was obtained through fraud or material misrepresentation. If we cancel for this reason, we will mail you at least 20 days notice.

**f.** Any "insured" made a fraudulent claim. If we cancel for this reason, we will mail you at least 20 days notice.

If one of the reasons listed in this Paragraph **3.** exists, we may cancel the entire policy.

**4.** Instead of cancellation, we may condition continuation of this policy on a reduction of Liability Coverage or elimination of any other coverage. If we do this we will mail you notice at least 20 days before the date of the change.

**5.** Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

**6.** If this policy is cancelled, we will send you any premium refund due. The refund will be pro rata.

However, when the premium is advanced under a premium finance agreement, we will be entitled to retain a minimum earned premium of 10% of the total policy premium or ▆, whichever is greater. The cancellation will be effective even if we have not made or offered a refund.

**B. Nonrenewal**

**1.** If this policy is written for a period of less than one year and we decide, subject to New York Laws, not to renew or continue it, or to condition renewal or continuation on a reduction of Liability Coverage or elimination of any other coverage, we will mail or deliver to you written notice at least 45 but not more than 60 days before the end of the policy period.

**2.** We will have the right not to renew or continue a particular coverage, subject to New York Laws, only at the end of each 12 month period following the effective date of the first of the successive policy periods in which the coverage was provided.

**3.** We do not have to mail notice of non-renewal if you, your agent or broker or another insurance company informs us in writing that you have replaced this policy or that you no longer want it.

**C. Mailing Of Notices**

We will mail or deliver our notice of cancellation, reduction of limits, elimination of coverage or nonrenewal to the address shown on the policy. However, we may deliver any notice instead of mailing it. If notice is mailed, a United States Postal Service certificate of mailing will be sufficient proof of notice.

**II.** For all policies other than those specified in Section **I.,** the **Cancellation** Common Policy Condition is completely replaced by the following:

**ENDING THIS POLICY**

**A. Cancellation**

**1.** The first Named Insured shown in the Declarations may cancel the entire policy by returning it to us or by giving us advance notice of the date cancellation is to take effect.

**2.** When this policy is in effect 60 days or less and is not a renewal or continuation policy, we may cancel the entire policy by mailing to the first Named Insured at least:

**a.** 20 days notice if we cancel for any reason not included in Paragraph **b.** below.

**b.** 15 days notice if we cancel for any of the following reasons:

**(1)** Nonpayment of premium, provided, however, that a notice of cancellation on this ground shall inform the first Named Insured of the amount due;

**(2)** Conviction of a crime arising out of acts increasing the hazard insured against;

**(3)** Discovery of fraud or material misrepresentation in the obtaining of the policy or in the presentation of a claim thereunder;

**(4)** After issuance of the policy or after the last renewal date, discovery of an act or omission, or a violation of any policy condition, that substantially and materially increases the hazard insured against, and which occurred subsequent to inception of the current policy period;

© ISO Properties, Inc., 2005

**(5)** Material physical change in the property insured, occurring after issuance or last annual renewal anniversary date of the policy, which results in the property becoming uninsurable in accordance with our objective, uniformly applied underwriting standards in effect at the time the policy was issued or last renewed; or material change in the nature or extent of the risk, occurring after issuance or last annual renewal anniversary date of the policy, which causes the risk of loss to be substantially and materially increased beyond that contemplated at the time the policy was issued or last renewed;

**(6)** Required pursuant to a determination by the Superintendent that continuation of our present premium volume would jeopardize our solvency or be hazardous to the interest of our policyholders, our creditors or the public;

**(7)** A determination by the Superintendent that the continuation of the policy would violate, or would place us in violation of, any provision of the Insurance Code;

**(8)** Where we have reason to believe, in good faith and with sufficient cause, that there is a probable risk of danger that the "insured" will destroy, or permit to be destroyed, the insured property for the purpose of collecting the insurance proceeds. However, if we cancel for this reason, the first Named Insured may make a written request to the Insurance Department, within 10 days of receipt of this notice, to review our cancellation decision. We will also send a copy of this notice, simultaneously, to the Insurance Department; or

**(9)** Suspension or revocation during the required policy period of the driver's license of any person who continues to operate a covered "auto", other than a suspension issued pursuant to subdivision one of Section 510b of the Vehicle and Traffic Law or one or more administrative suspensions arising from the same incident which has or have been terminated prior to the effective date of cancellation.

**3.** When this policy is in effect more than 60 days or is a renewal or continuation policy, we may cancel only for any of the reasons listed in Paragraph **2.b.** above, provided:

   **a.** We mail the first Named Insured written notice at least 15 days before the effective date of cancellation; and

   **b.** If we cancel for nonpayment of premium, our notice of cancellation informs the first Named Insured of the amount due.

**4.** Regardless of the number of days this policy has been in effect, if:

   **a.** This policy covers "autos" subject to the provisions of Section 370 (a) and (b) of the New York Vehicles and Traffic Laws; and

   **b.** The Commissioner of the Department of Motor Vehicles deems this policy to be insufficient for any reason,

   we may cancel this policy by giving you notice of such insufficiency 45 days before the effective date of cancellation to permit you to replace this policy.

**5.** If this policy is cancelled, we will send the first Named Insured any premium refund due. The refund will be pro rata.

   However, when the premium is advanced under a premium finance agreement, we will be entitled to retain a minimum earned premium of 10% of the total policy premium or ▇▇▇, whichever is greater. The cancellation will be effective even if we have not made or offered a refund.

**6.** The effective date of cancellation stated in the notice shall become the end of the policy period.

**7.** Notice will include the reason for cancellation. We will mail or deliver our notice to the first Named Insured at the address shown in the policy and to the authorized agent or broker. However, we may deliver any notice instead of mailing it. Proof of mailing will be sufficient proof of notice.

**B. Nonrenewal And Conditional Renewal**

**1.** If we decide not to renew or continue this policy we will send notice as provided in Paragraph **3.** below.

**2.** If we condition renewal of this policy upon:

   **a.** Change of limits;

   **b.** Change in type of coverage;

   **c.** Reduction of coverage;

   **d.** Increased deductible;

   © ISO Properties, Inc., 2005     □

**e.** Addition of exclusion;

**f.** Increased premiums in excess of 10%, exclusive of any premium increase due to and commensurate with insured value added; or as a result of experience rating, retrospective rating or audit;

we will send notice as provided in Paragraph **3.** below.

**3.** If we decide not to renew or continue this policy, or to conditionally renew this policy as provided in Paragraphs **1.** and **2.** above, we will mail the first Named Insured notice at least 60 but not more than 120 days before the end of the policy period. If the policy period is other than one year, we will have the right not to renew or continue it only at an anniversary of its original effective date.

**4.** We will not send you notice of nonrenewal or conditional renewal if you, your authorized agent or broker or another insurer of yours mails or delivers notice that you have replaced this policy or no longer want it.

**5.** Any notice of nonrenewal or conditional renewal will be mailed to the first Named Insured at the address shown in the policy and to the authorized agent or broker. However, we may deliver any notice instead of mailing it. Proof of mailing of any notice shall be sufficient proof of notice.

**6.** Notice will include the specific reason(s) for nonrenewal or conditional renewal, including the amount of any premium increase, and description of any other changes.

**7.** If we violate any of the provisions of Paragraph **3.**, **5.** or **6.** above by sending the first Named Insured an incomplete or late conditional renewal notice or a late nonrenewal notice:

**a.** Coverage will remain in effect at the same terms and conditions of this policy at the lower of the current rates or the prior period's rates until 60 days after such notice is mailed or delivered, unless the first Named Insured, during this 60 day period, has replaced the coverage or elects to cancel.

**b.** On or after the expiration date of this policy, coverage will remain in effect at the same terms and conditions of this policy for another policy period, at the lower of the current rates or the prior period's rates, unless the first Named Insured, during this additional policy period, has replaced the coverage or elects to cancel.

**8.** If you elect to renew on the basis of a late conditional renewal notice, the terms, conditions and rates set forth in such notice shall apply:

**a.** Upon expiration of the 60 day period; or

**b.** Notwithstanding the provisions in Paragraphs **7.a.** and **7.b.** as of the renewal date of the policy if we send the first Named Insured the conditional renewal notice at least 30 days prior to the expiration or anniversary date of the policy.

**C.** Paragraph **C.1. Aggregate Limit Of Insurance – Garage Operations – Other Than Covered "Autos"** is amended as follows:

**1.** The Aggregate Limit Of Insurance – "Garage Operations" – Other Than Covered "Autos" as shown in the Declarations will be increased in proportion to any policy extension provided in accordance with Section II, Paragraph **B.7.** above.

**2.** The last sentence of Aggregate Limits – "Garage Operations" – Other Than Covered "Autos" does not apply when the policy period is extended because we sent the first Named Insured an incomplete or late conditional renewal notice or a late nonrenewal notice.

 © ISO Properties, Inc., 2005   □

COMMERCIAL AUTO
CA 01 12 04 09

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NEW YORK CHANGES IN BUSINESS AUTO, BUSINESS AUTO PHYSICAL DAMAGE, MOTOR CARRIER AND TRUCKERS COVERAGE FORMS

For a covered "auto" licensed or principally garaged in New York, this endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Changes In Liability Coverage**

1. Who Is An Insured does not include anyone loading or unloading a covered "auto" except you, your "employees", a lessee or borrower or any of their "employees".

2. The following is added to **Supplementary Payments:**

   (7) We will pay all expenses incurred by an "insured" for first aid to others at the time of an "accident".

   (8) The cost of appeal bonds.

3. Paragraph **b. Out Of State Coverage Extensions** in the Business Auto, Motor Carrier and Truckers Coverage Forms is replaced by the following:

   While a covered "auto" is used or operated in any other state or Canadian province we will provide at least the minimum amount and kind of coverage which is required in such cases under the laws of such jurisdiction.

4. **Exclusions** is changed as follows:

   a. The **Employee Indemnification And Employer's Liability** Exclusion is replaced by the following:

   This insurance does not apply to:

   "Bodily injury" to an "employee" of the "insured" arising out of and in the course of:

   (1) Employment by the "insured"; or

   (2) Performing the duties related to the conduct of the "insured's" business.

   But this exclusion does not apply to "bodily injury" to domestic "employees" not entitled to workers' compensation benefits or to liability assumed by the "insured" under an "insured contract". For the purposes of the Coverage Form, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

   b. The **Fellow Employee** Exclusion is amended by the addition of the following:

   However, this exclusion only applies if the fellow "employee" is entitled to benefits under any of the following: workers' compensation, unemployment compensation or disability benefits law, or any similar law.

   c. The **Handling Of Property** Exclusion does not apply.

   d. The **Movement Of Property By Mechanical Device** Exclusion does not apply.

   e. The **Operations** Exclusion does not apply.

   f. The **Completed Operations** Exclusion does not apply.

   g. The **Pollution** Exclusion does not apply.

 © Insurance Services Office, Inc., 2008   □

**h.** The **War** Exclusion is replaced by the following:

"Bodily injury" or "property damage" caused by war, whether or not declared, civil war, insurrection, rebellion or revolution, or any act or condition incident to any of the foregoing.

**i.** The **Racing** Exclusion does not apply.

**j.** The following Exclusion is added:

**SPOUSAL LIABILITY**

"Bodily injury" to or "property damage" of the spouse of an "insured". However, we will pay all sums an "insured" legally must pay if named as a third party defendant in a legal action commenced by his or her spouse against another party.

**5.** If the limit of insurance shown in the Declarations is equal to or greater than ▮▮▮▮▮ the **Limit Of Insurance** Provision is changed by the following:

Limit Of Insurance applies except that we will apply the limit of insurance shown in the Declarations to first provide the separate limits required by the New York Motor Vehicle Safety Responsibility Act for:

**a.** "Bodily injury" not resulting in death of any one person caused by any one "accident";

**b.** "Bodily injury" not resulting in death of two or more persons caused by any one "accident";

**c.** "Bodily injury" resulting in death of any one person caused by any one "accident";

**d.** "Bodily injury" resulting in death of two or more persons caused by any one "accident";

**e.** "Property damage" in any one "accident".

This provision will not change our total limit of insurance.

**6.** If the limit of insurance shown in the Declarations is less than ▮▮▮▮▮, the **Limit Of Insurance** Provision is replaced by the following:

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for the total of all damages and "covered pollution cost or expense" combined, resulting from any one "accident" is the Limit Of Insurance for Liability Coverage shown in the Declarations, except for those damages for "bodily injury" resulting in death. We will apply the limit of insurance shown in the Declarations to first provide the separate limits required by the New York Motor Vehicle Safety Responsibility Act as follows:

**a.** "Bodily injury" not resulting in death of any one person caused by any one "accident";

**b.** "Bodily injury" not resulting in death of two or more persons caused by any one "accident";

**c.** "Property damage" in any one "accident".

This provision will not change our total limit of insurance.

All "bodily injury" and "property damage" resulting from continuous or repeated exposure to substantially the same conditions will be considered as resulting from one "accident".

In addition, our limit of insurance for "bodily injury" resulting in death is as follows:

**a.** Up to ▮▮▮▮▮ for "bodily injury" resulting in death of any one person caused by any one "accident"; and

**b.** Up to ▮▮▮▮▮ for "bodily injury" resulting in death of two or more persons caused by any one "accident", subject to a ▮▮▮▮▮ maximum for any one person.

© Insurance Services Office, Inc., 2008   CA 01 12 04 09   ☐

If the limit of insurance shown in the Declarations is not exhausted by payment of damages for:

**a.** "Bodily injury" not resulting in death;

**b.** "Property damage"; or

**c.** "Covered pollution cost or expense",

any remaining amounts will be used to pay damages for "bodily injury" resulting in death, to the extent the limit of insurance shown in the Declarations is not increased.

**7.** If forming part of the policy, the Nuclear Energy Liability Exclusion (Broad Form) Endorsement does not apply to the Commercial Auto Coverage Part.

**B. Changes In Physical Damage Coverage**

**1.** The **War Or Military Action** Exclusion is replaced by the following:

War, whether or not declared, civil war, insurrection, rebellion or revolution, or any act or condition incident to any of the foregoing.

**2.** **Deductible** is replaced by the following:

For each covered "auto", our obligation to pay for, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Declarations.

**3.** The following are added to **Physical Damage Coverage:**

The following provisions apply in place of any conflicting policy provisions:

**a. Mandatory Inspection For Physical Damage Coverage**

**(1)** We have the right to inspect any private passenger "auto", including a non-owned "auto", insured or intended to be insured under this Coverage Part before physical damage coverage shall be effective, except to the extent that this right is prescribed and limited by New York State Insurance Department Regulation No. 79 (11 NYCRR 67).

**(2)** During the term of the Coverage Part, coverage for an additional or replacement private passenger "auto" shall not become effective until you notify us and request coverage for the "auto". However, if you replace a private passenger "auto" insured with us for at least 12 months before the replacement date, we will provide the same coverage which applied to the replaced "auto" for 3 days beginning on the date you acquire the replacement "auto". We will also provide an additional day of coverage for each Saturday, Sunday or legal holiday falling within the 3 days. After 3 days, coverage will not apply until you notify us and request coverage for the "auto".

**(3)** When an inspection is required by us, you must cooperate and make the "auto" available for the inspection.

**b. "Auto" Repairs Under Physical Damage Coverage**

Payment of a physical damage "loss" shall not be conditioned upon the repair of the "auto". We may not require that repairs be made by a particular repair shop or concern. However, we shall be entitled to the following:

**(1)** A completed "Certification of Automobile Repairs" as prescribed by the New York State Insurance Department;

**(2)** If the "auto" is repaired, an itemized repair invoice prepared by the "auto" repairer; and

**(3)** An inspection of the "auto", whether or not the "auto" is repaired.

**c. Recovery Of Stolen Or Abandoned "Autos"**

If a private passenger "auto" insured under this Coverage Part for physical damage coverage is stolen or abandoned, we or our authorized representative shall, when notified of the location of the "auto", have the right to take custody of the "auto" for safekeeping.

© Insurance Services Office, Inc., 2008

**C. Changes In Conditions**

1. Paragraphs **a.** and **b.2.** of the **Duties In The Event Of Accident, Claim, Suit Or Loss** Condition in the Business Auto, Motor Carrier and Truckers Coverage Forms are replaced by the following:

   We have no duty to provide coverage under this policy if the failure to comply with the following duties is prejudicial to us:

   a. In the event of "accident", claim, "suit" or "loss", you or someone on your behalf must give us or our authorized representative notice as soon as reasonably possible of the "accident" or "loss". Include:

      (1) How, when and where the "accident" or "loss" occurred;

      (2) The "insured's" name and address; and

      (3) To the extent possible, the names and addresses of any injured persons and witnesses.

      Written notice by or on behalf of the injured person or any other claimant to our authorized representative shall be deemed notice to us.

   b. Additionally, you and any other involved "insured" must:

      (2) Send us copies of any request, demand, order, notice, summons or legal paper received concerning the claim or "suit" as soon as reasonably possible.

2. Paragraph **a.** of the **Duties In The Event Of Loss** Condition in the Business Auto Physical Damage Coverage Form is replaced by the following:

   We have no duty to provide coverage under this policy if the failure to comply with the following duties is prejudicial to us:

   a. In the event of "loss", you must give us notice as soon as reasonably possible of the "loss". Include:

      (1) How, when and where the "loss" occurred;

      (2) To the extent possible, the names and addresses of any injured persons and witnesses.

3. The **Legal Action Against Us** Condition in the Business Auto, Truckers and Motor Carrier Coverage Forms is replaced by the following:

   a. Except as provided in Paragraph **b.,** no one may bring a legal action against us until:

      (1) There has been full compliance with all of the terms of the Coverage Form; and

      (2) Under Liability Coverage, we, by written agreement with the "insured" and the claimant, agree that the "insured" has an obligation to pay or until the amount of that obligation has finally been determined by judgment after trial. No person or organization has any right under this policy to bring us into any action to determine the "insured's" liability.

   b. With respect to "bodily injury" claims, if we deny coverage or do not admit liability because an "insured" or the injured person, someone acting for the injured person or other claimant fails to give us written notice as soon as practicable, then the injured person, someone acting for the injured person or other claimant may bring an action against us, provided the sole question is whether the denial of coverage or non admission of liability is based on the failure to provide timely notice.

      However, the injured person, someone acting for the injured person or other claimant may not bring an action if within 60 days after we deny coverage or do not admit liability, we or an "insured":

      (1) Brings an action to declare the rights of the parties under the policy; and

      (2) Names the injured person, someone acting for the injured person or other claimant as a party to the action.

4. The following provision is added and supersedes any provision to the contrary:

   Failure to give notice to us as soon as practicable, as required under this Coverage Part, shall not invalidate any claim made by the "insured", injured person or any other claimant, unless the failure to provide such timely notice has prejudiced us. However, no claim made by the "insured", injured person or other claimant will be invalidated if it shall be shown not to have been reasonably possible to give such timely notice and that notice was given as soon as was reasonably possible thereafter.

 © Insurance Services Office, Inc., 2008 □

5. The **Loss Payment** Condition is replaced by the following:

At our option we may:

**a.** Pay for or replace damaged or stolen property; or

**b.** Return the stolen or damaged property, at our expense. We will pay for any damage that results to the "auto" from the "loss".

If we pay for the "loss", our payment will include the applicable sales tax for the damaged or stolen property.

6. The **Two Or More Coverage Forms Or Policies Issued By Us** Condition in the Business Auto, Motor Carrier and Truckers Coverage Forms is changed as follows:

This condition does not apply to liability coverage.

7. The **Premium Audit** Condition is amended by the addition of the following:

An audit to determine the final premium due or to be refunded will be completed within 180 days after the expiration date of the policy or the anniversary date, if this is a continuous policy or a policy written for a term longer than one year. But the audit may be waived if:

**a.** The total annual premium attributable to the auditable exposure base is not reasonably expected to exceed $▮▮▮; or

**b.** The policy requires notification to the insurer with specific identification of any additional exposure units (e.g., autos) for which coverage is requested.

**c.** Except as provided in Paragraphs **a.** and **b.** above, the **Examination Of Your Books And Records** Common Policy Condition continues to apply.

**D. Changes In Definitions**

The **Definitions** Section in the Business Auto, Business Auto Physical Damage, Motor Carrier and Truckers Coverage Forms is changed as follows:

1. The "covered pollution cost or expense" definition in all coverage forms, except the Business Auto Physical Damage Coverage Form, is replaced by the following:

"Covered pollution cost or expense" means any cost or expense arising out of:

**a.** Any request, demand, order or statutory or regulatory requirement; or

**b.** Any claim or "suit" by or on behalf of a governmental authority demanding

that the "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

2. The "insured contract" definition in all coverage forms, except the Business Auto Physical Damage Coverage Form is replaced by the following:

"Insured contract" means:

**a.** A lease of premises;

**b.** A sidetrack agreement;

**c.** An easement or license agreement in connection with vehicle or pedestrian private railroad crossings at grade;

**d.** Any other easement agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**e.** An indemnification of a municipality as required by ordinance, except in connection with work for a municipality;

**f.** That part of any contract or agreement entered into, as part of your business, by you or any of your employees, pertaining to the rental or lease of any "auto"; or

**g.** That part of any other contract or agreement pertaining to your business under which you assume the tort liability of another to pay damages because of "bodily injury" or "property damage" to a third person or organization, if the contract or agreement is made prior to the "bodily injury" or "property damage". Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

An "insured contract" does not include that part of any contract or agreement:

**a.** That pertains to the loan, lease or rental of an "auto" to you or any of your employees, if the "auto" is loaned, leased or rented with a driver;

**b.** That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of a covered "auto" over a route or territory that person or organization is authorized to serve by public authority; or

**c.** Under which the "insured" assumes liability for injury or damage caused by the dumping, discharge or escape of:

**(1)** Irritants, pollutants or contaminants that are, or that are contained in any property that is:

(a) Being moved from the place where such property or pollutants are accepted by the "insured" for movement into or onto the covered "auto";

(b) Being transported or towed by the covered "auto";

(c) Being moved from the covered "auto" to the place where such property or pollutants are finally delivered, disposed of or abandoned by the "insured";

(d) Otherwise in the course of transit; or

(e) Being stored, disposed of, treated or processed in or upon the covered "auto" other than fuels, lubricants, fluids, exhaust gases or other similar pollutants that are needed for, or result from, the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts.

(2) Irritants, pollutants or contaminants not described in Paragraph **(1)** above unless:

(a) The pollutants or any property in which the pollutants are contained are upset, overturned or damaged as a result of the maintenance or use of the covered "auto"; and

(b) The discharge, dispersal, release or escape of the pollutants is caused directly by such upset, overturn or damage.

3. The "mobile equipment" definition is replaced by the following:

"Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

b. Vehicles maintained for use solely on or next to premises you own or rent;

c. Vehicles that travel on crawler treads;

d. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

(1) Power cranes, shovels, loaders, diggers or drills; or

(2) Road construction or resurfacing equipment such as graders, scrapers or rollers.

e. Vehicles not described in Paragraphs **a.**, **b.**, **c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

(1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

(2) Cherry pickers and similar devices used to raise or lower workers.

f. Vehicles not described in Paragraphs **a.**, **b.**, **c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo. However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

(1) Equipment designed primarily for:

(a) Snow removal;

(b) Road maintenance, but not construction or resurfacing; or

(c) Street cleaning.

(2) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

(3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting or well servicing equipment.

"Mobile equipment" does not include land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

However, the operation of:

a. Equipment described in Paragraphs **f.(2)** and **f.(3)** above; or

b. Machinery or equipment that is on, attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged

is considered operation of "mobile equipment" and not operation of an "auto".

© Insurance Services Office, Inc., 2008

CA 01 12 04 09

**E. Changes In Forms And Endorsements**

1. All references to Underinsured Motorists Coverage shall mean Supplementary Uninsured/Underinsured Motorists Coverage.

2. If the Garagekeepers Coverage endorsement or the Garagekeepers Coverage – Customers' Sound Receiving Equipment endorsement is attached, then Exclusion **3.** is replaced by the following:

   We will not pay for "loss" caused by war, whether or not declared, civil war, insurrection, rebellion or revolution, or any act or condition incident to any of the foregoing.

3. If the Auto Medical Payments Coverage endorsement is attached, then Exclusion **C.6.** is replaced by the following:

   "Bodily injury" caused by war, whether or not declared, civil war, insurrection, rebellion or revolution, or any act or condition incident to any of the foregoing.

4. If the Single Interest Automobile Physical Damage Insurance Policy is attached, the **War** exclusion is replaced by the following:

   This insurance does not apply to "loss" caused by war, whether or not declared, civil war, insurrection, rebellion or revolution, or any act or condition incident to any of the foregoing.

 © Insurance Services Office, Inc., 2008 ☐

IL 01 83 03 95

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NEW YORK CHANGES – FRAUD

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
BUSINESSOWNERS POLICY
COMMERCIAL AUTO COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART – FARM PROPERTY COVERAGE FORM
FARM COVERAGE PART – MOBILE AGRICULTURAL MACHINERY AND EQUIPMENT COVERAGE
   FORM
FARM COVERAGE PART – LIVESTOCK COVERAGE FORM

The CONCEALMENT, MISREPRESENTATION OR FRAUD Condition is replaced by the following:

**FRAUD**

We do not provide coverage for any insured ("insured") who has made fraudulent statements or engaged in fraudulent conduct in connection with any loss ("loss") or damage for which coverage is sought under this policy.

However, with respect to insurance provided under the COMMERCIAL AUTO COVERAGE PART, we will provide coverage to such "insured" for damages sustained by any person who has not made fraudulent statements or engaged in fraudulent conduct if such damages are otherwise covered under the policy.

 Copyright, Insurance Services Office, Inc., 1994
Copyright, ISO Commercial Risk Services, Inc., 1994   □

**POLICY NUMBER:  CNA 1025659-14**                                      **COMMERCIAL AUTO**
                                                                          **CA 23 25 07 97**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# COVERAGE FOR INJURY TO LEASED WORKERS

This endorsement modifies insurance provided under the following:

    BUSINESS AUTO COVERAGE FORM
    GARAGE COVERAGE FORM
    MOTOR CARRIER COVERAGE FORM
    TRUCKERS COVERAGE FORM

With respect to the **Employee Indemnification And Employer's Liability** exclusion (SECTION II) only, the definition of "employee" in the **Definitions** Section is replaced by the following:

"Employee" does not include a "leased worker" or a "temporary worker".

**THIS ENDODRSEMENT CHANGES THE POLICY.   PLEASE READ IT CAREFULLY**

**POLICY CHANGES**

| POLICY NUMBER<br><br>**CNA 1025659-14** | POLICY CHANGES<br>EFFECTIVE<br>     3-1-2012 | COMPANY<br><br>**Great Divide Ins. Company** |
|---|---|---|

| NAMED INSURED<br><br>**A & E Television Networks** | AUTHORIZED REPRESENTATIVE |
|---|---|

| COVERAGE PARTS AFFECTED<br><br>     **Commercial Auto Coverage Part** |
|---|

**GENERAL CHANGES**

In consideration of the premiums charged, it is agreed that the business auto coverage form, CA 00 01 (03/06), is amended as follows:

SECTION II – Liability Coverage, Exclusion B. (5) Fellow Employee is hereby deleted.

SECTION II – Liability Coverage, Exclusion B. (13) Racing is amended to read:

13.   **Racing**
Covered "autos" while used in any professional or organized racing or demolition contest, or while practicing for such contest or activity. This insurance also does not apply while that covered "auto" is being prepared for such a contest or activity.

SECTION III – Physical Damage Coverage, Exclusion B (2) is amended to read:

We will not pay for "loss" to any covered "auto" while used in any professional or organized racing or demolition contests, or while practicing for such contest or activity. We will also not pay for "loss" to any covered "auto" while that covered "auto" is being prepared for such a contest or activity.

ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.

_____
                           AUTHORIZED REPRESENTATIVE

END. #C

COMMERCIAL AUTO
CA 23 84 01 06

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF TERRORISM

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
SINGLE INTEREST AUTOMOBILE PHYSICAL DAMAGE INSURANCE POLICY
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

A. The following definitions are added and apply under this endorsement wherever the term terrorism, or the phrase any injury, damage, loss or expense, are enclosed in quotation marks:

1. "Terrorism" means activities against persons, organizations or property of any nature:

   a. That involve the following or preparation for the following:

      (1) Use or threat of force or violence; or

      (2) Commission or threat of a dangerous act; or

      (3) Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

   b. When one or both of the following applies:

      (1) The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

      (2) It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

2. "Any injury, damage, loss or expense" means any injury, damage, loss or expense covered under any Coverage Form or Policy to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal injury", "personal and advertising injury", "loss", loss of use, rental reimbursement after "loss" or "covered pollution cost or expense", as may be defined under this Coverage Form, Policy or any applicable endorsement.

B. Except with respect to Physical Damage Coverage, Trailer Interchange Coverage, Garagekeepers Coverage, Garagekeepers Coverage – Customers' Sound Receiving Equipment or the Single Interest Automobile Physical Damage Insurance Policy, the following exclusion is added:

**EXCLUSION OF TERRORISM**

We will not pay for "any injury, damage, loss or expense" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". "Any injury, damage, loss or expense" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to such injury, damage, loss or expense. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

1. The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

© ISO Properties, Inc., 2004

**2.** Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

**3.** The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**4.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials; or

**5.** The total of insured damage to all types of property exceeds ███████. In determining whether the ███████ threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or

**6.** Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

    **a.** Physical injury that involves a substantial risk of death; or

    **b.** Protracted and obvious physical disfigurement; or

    **c.** Protracted loss of or impairment of the function of a bodily member or organ.

Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the thresholds in Paragraphs **B.5.** and **B.6.** are exceeded.

With respect to this Exclusion, Paragraphs **B.5.** and **B.6.** describe the thresholds used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this Exclusion will apply to that incident. When the Exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Form, Policy or any applicable endorsement.

**C.** With respect to Physical Damage Coverage, Trailer Interchange Coverage, Garagekeepers Coverage, Garagekeepers Coverage – Customers' Sound Receiving Equipment or the Single Interest Automobile Physical Damage Insurance Policy, the following exclusion is added:

**EXCLUSION OF TERRORISM**

We will not pay for any "loss", loss of use or rental reimbursement after "loss" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

**1.** The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

**2.** Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

**3.** The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**4.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials; or

**5.** The total of insured damage to all types of property exceeds ███████. In determining whether the ███████ threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions.

Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the threshold in Paragraph **C.5.** is exceeded.

 © ISO Properties, Inc., 2004 CA 23 84 01 06 ☐

With respect to this Exclusion, Paragraph **C.5.** describes the threshold used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this Exclusion will apply to that incident. When the Exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Form, Policy or any applicable endorsement.

**D.** In the event of any incident of "terrorism" that is not subject to the Exclusion in Paragraphs **B.** or **C.**, coverage does not apply to "any injury, damage, loss or expense" that is otherwise excluded under this Coverage Form, Policy or any applicable endorsement.

**COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS**
(SINGLE LIMITS)

**Policy Number**:
  CNA   1025659 - 14

**Issued By**:
  Great Divide Insurance Company

**Named Insured and Address**

  A & E Television Networks
  235 E 45th Street
  New York, NY 10017

**Producer Name and Address**      10001

  AON / A. G. Ruben Ins NY
  171 Madison Ave Ste 401
  New York, NY 10016

  212-627-7400

Policy Period: From   March 1, 2012   to   March 1, 2015      12:01 A.M. Standard Time
at your mailing address shown above.

LIMITS OF INSURANCE

| | | |
|---|---|---|
| General Aggregate Limit (Other Than Products-Completed Operations) | $ ███████ | |
| Products-Completed Operations Aggregate Limit | $ ███████ | |
| Personal & Advertising Injury Limit | $ ███████ | Any One Person or Organization |
| Each Occurrence Limit | $ ███████ | |
| Damage to Premises Rented to You Limit | $ ███████ | Any One Premises |
| Medical Expense Limit | $ Excluded | |

Form of Business:      _____ Individual _____ Partnership _____ Joint Venture _____ Trust
                       _____ Limited Liability Company **XX** Organization, Including a corporation (but not including a partnership, joint venture or limited liability company)

Coverage A of this Insurance does not apply to "bodily injury" or "property damage" which occurs before the Retroactive Date, if any, shown below:

Retroactive Date:      Not Applicable in New York

Location of all Premises You Own, Rent or Occupy:

General Aggregate Limit   (Per Location)

Endorsements Attached To This Coverage Form:
  IL 1201 Schedule of Endorsements

Original

AI CD 38  10 01

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy No.   CNA  1025659 - 14          Named Insured:   A & E Television Networks

| Classification | Code No. | Premium Basis | Rate | Advance Premium PR/CO | All Others |
|---|---|---|---|---|---|
| Film Production/Theatrical Production – products-completed operations are subject to the General Aggregate Limit | 14160 | c)  if any | 0.10 | | 100 |
| Film Production/Theatrical Production – products-completed operations are subject to the General Aggregate Limit | | | | | |
| **In-House Productions** | 14160 | c)  if any | 0.10 | | 11,400 |

# QUICK REFERENCE
# COMMERCIAL GENERAL LIABILITY COVERAGE PART

## READ YOUR POLICY CAREFULLY

The Commercial General Liability Coverage Part in your policy consists of Declarations, a Coverage Form (either CG 00 01 or CG 00 02), Common Policy Conditions and Endorsements, if applicable.   Following is a Quick Reference indexing of the principal provisions contained in each of the components making up the Coverage Part, listed in sequential order, except for the provisions in the Declarations which may not be in the sequence shown.

**DECLARATIONS**
- Named Insured and Mailing Address
- Policy Period
- Description of Business and Location of Premises
- Limits of Insurance
- Forms and Endorsements applying to the Coverage Part at time of issue

**COVERAGE FORM** (CG 00 01 or CG 00 02)
- SECTION I – COVERAGES
  - Coverage A – Bodily Injury and Property Damage Liability
    - Insuring Agreement
    - Exclusions
  - Coverage B – Personal and Advertising Injury Liability
    - Insuring Agreement
    - Exclusions
  - Coverage C – Medical Payments
    - Insuring Agreement
    - Exclusions
  - Supplementary Payments
- SECTION II – WHO IS AN INSURED
- SECTION III – LIMITS OF INSURANCE
- SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS
  - Bankruptcy
  - Duties in the Event of Occurrence, Claim or Suit
  - Legal Action Against Us
  - Other Insurance
  - Premium audit
  - Representations
  - Separation of Insureds
  - Transfer of Rights of Recovery Against Others to Us
  - When We Do Not Renew (applicable to CG 00 02 only)
  - Your Right to Claim and "Occurrence" Information (applicable to CG 00 02 only)
- SECTION V – EXTENDED REPORTING PERIODS (applicable to CG 00 02 only)
- SECTION VI – DEFINITIONS (SECTION V IN CG 00 01)

**COMMON POLICY CONDITIONS (IL 00 17)**
- Cancellation
- Changes
- Examination of Your Books and Records
- Inspections and Surveys
- Premiums
- Transfer of Your Rights and Duties under this Policy

**ENDORSEMENTS**  (If Any)

Includes copyrighted material of Insurance Services Office, Inc., with its permission.  Copyright, Insurance Services Office, Inc., 1982, 1984, 1986.

COMMERCIAL GENERAL LIABILITY
CG 00 01 12 07

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V – Definitions.

## SECTION I – COVERAGES

## COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

  **a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

    **(1)** The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

    **(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

  No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B**.

  **b.** This insurance applies to "bodily injury" and "property damage" only if:

    **(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

    **(2)** The "bodily injury" or "property damage" occurs during the policy period; and

    **(3)** Prior to the policy period, no insured listed under Paragraph 1. of Section II – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

  **c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph 1. of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

  **d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph 1. of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

    **(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

    **(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

    **(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

© ISO Properties, Inc., 2006

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

**2. Exclusions**

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

© ISO Properties, Inc., 2006

**f. Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

**(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

**(ii)** "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

**(i)** Any insured; or

**(ii)** Any person or organization for whom you may be legally responsible; or

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

**(i)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

**(ii)** "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

**(e)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

 © ISO Properties, Inc., 2006   □

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, re-move, contain, treat, detoxify or neutral-ize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or "suit" by or on behalf of a gov-ernmental authority for damages be-cause of testing for, monitoring, cleaning up, removing, containing, treating, de-toxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a govern-mental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or en-trustment to others of any aircraft, "auto" or wa-tercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employ-ment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrust-ment to others of any aircraft, "auto" or water-craft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured con-tract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

**(a)** The operation of machinery or equip-ment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is li-censed or principally garaged; or

**(b)** the operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equip-ment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any govern-ment, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental au-thority in hindering or defending against any of these.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restora-tion or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

   © ISO Properties, Inc., 2006     □

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section III – Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**q. Distribution Of Material In Violation Of Statutes**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

**(3)** Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

 © ISO Properties, Inc., 2006

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section III – Limits Of Insurance.

## COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B**.

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

**2. Exclusions**

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods – Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j. Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of websites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a.**, **b.** and **c.** of "personal and advertising injury" under the Definitions Section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k. Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n. Pollution-Related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o. War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**p. Distribution Of Material In Violation Of Statutes**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

**(3)** Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

**COVERAGE C MEDICAL PAYMENTS**

**1. Insuring Agreement**

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

**(1)** On premises you own or rent;

**(2)** On ways next to premises you own or rent; or

**(3)** Because of your operations;

provided that:

**(a)** The accident takes place in the "coverage territory" and during the policy period;

**(b)** The expenses are incurred and reported to us within one year of the date of the accident; and

**(c)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

**(1)** First aid administered at the time of an accident;

**(2)** Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

 © ISO Properties, Inc., 2006

**2. Exclusions**

We will not pay expenses for "bodily injury":

**a. Any Insured**

To any insured, except "volunteer workers".

**b. Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c. Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

**d. Workers Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e. Athletics Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

**f. Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

**g. Coverage A Exclusions**

Excluded under Coverage **A**.

## SUPPLEMENTARY PAYMENTS – COVERAGES A AND B

**1.** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

**a.** All expenses we incur.

**b.** Up to ▮ for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to ▮ a day because of time off from work.

**e.** All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

**f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**2.** If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**a.** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**b.** This insurance applies to such liability assumed by the insured;

**c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

**d.** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**f.** The indemnitee:

**(1)** Agrees in writing to:

**(a)** Cooperate with us in the investigation, settlement or defense of the "suit";

**(b)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

**(c)** Notify any other insurer whose coverage is available to the indemnitee; and

**(d)** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

**(2)** Provides us with written authorization to:

**(a)** Obtain records and other information related to the "suit"; and

**(b)** Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section I – Coverage **A** – Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

## SECTION II – WHO IS AN INSURED

1. If you are designated in the Declarations as:

   **a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

   **b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

   **c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

   **d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

   **e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

2. Each of the following is also an insured:

   **a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

      **(1)** "Bodily injury" or "personal and advertising injury":

         **(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

         **(b)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

         **(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs **(1)(a)** or **(b)** above; or

         **(d)** Arising out of his or her providing or failing to provide professional health care services.

      **(2)** "Property damage" to property:

         **(a)** Owned, occupied or used by,

         **(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

      you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**b.** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

   **(1)** With respect to liability arising out of the maintenance or use of that property; and

   **(2)** Until your legal representative has been appointed.

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**b.** Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**c.** Coverage B does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## SECTION III – LIMITS OF INSURANCE

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

**2.** The General Aggregate Limit is the most we will pay for the sum of:

**a.** Medical expenses under Coverage C;

**b.** Damages under Coverage A, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

**c.** Damages under Coverage B.

**3.** The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage A for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

**4.** Subject to Paragraph **2.** above, the Personal and Advertising Injury Limit is the most we will pay under Coverage B for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

**5.** Subject to Paragraph **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

**a.** Damages under Coverage A; and

**b.** Medical expenses under Coverage C

because of all "bodily injury" and "property damage" arising out of any one "occurrence".

**6.** Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage A for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

**7.** Subject to Paragraph **5.** above, the Medical Expense Limit is the most we will pay under Coverage C for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS

**1. Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

**2. Duties In The Event Of Occurrence, Offense, Claim Or Suit**

**a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

   **(1)** How, when and where the "occurrence" or offense took place;

   **(2)** The names and addresses of any injured persons and witnesses; and

© ISO Properties, Inc., 2006

**(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

**b.** If a claim is made or "suit" is brought against any insured, you must:

**(1)** Immediately record the specifics of the claim or "suit" and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

**b. Excess Insurance**

**(1)** This insurance is excess over:

**(a)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(i)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(ii)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(iii)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

**(iv)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section I – Coverage **A** – Bodily Injury And Property Damage Liability.

**(b)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured by attachment of an endorsement.

**(2)** When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

    **(a)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

    **(b)** The total of all deductible and self-insured amounts under all that other insurance.

**(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V – DEFINITIONS**

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding web-sites, only that part of a web-site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means:

**a.** A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

**b.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

  © ISO Properties, Inc., 2006  CG 00 01 12 07

3. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

4. "Coverage territory" means:

   a. The United States of America (including its territories and possessions), Puerto Rico and Canada;

   b. International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

   c. All other parts of the world if the injury or damage arises out of:

      (1) Goods or products made or sold by you in the territory described in Paragraph **a.** above;

      (2) The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

      (3) "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication

   provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph **a.** above or in a settlement we agree to.

5. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

6. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

7. "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

8. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

   a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

   b. You have failed to fulfill the terms of a contract or agreement;

   if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

9. "Insured contract" means:

   a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   b. A sidetrack agreement;

   c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   e. An elevator maintenance agreement;

   f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

   Paragraph **f.** does not include that part of any contract or agreement:

      (1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing;

      (2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

         (a) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

         (b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

      (3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

11. "Loading or unloading" means the handling of property:

   a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

   b. While it is in or on an aircraft, watercraft or "auto"; or

   c. While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

   but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

   a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

   b. Vehicles maintained for use solely on or next to premises you own or rent;

   c. Vehicles that travel on crawler treads;

   d. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

      (1) Power cranes, shovels, loaders, diggers or drills; or

      (2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

   e. Vehicles not described in Paragraph a., b., c. or d. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

      (1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

      (2) Cherry pickers and similar devices used to raise or lower workers;

   f. Vehicles not described in Paragraph a., b., c. or d. above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

   (1) Equipment designed primarily for:

      (a) Snow removal;

      (b) Road maintenance, but not construction or resurfacing; or

      (c) Street cleaning;

   (2) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

   (3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

13. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

14. "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

   a. False arrest, detention or imprisonment;

   b. Malicious prosecution;

   c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

   d. Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

   e. Oral or written publication, in any manner, of material that violates a person's right of privacy;

   f. The use of another's advertising idea in your "advertisement"; or

   g. Infringing upon another's copyright, trade dress or slogan in your "advertisement".

© ISO Properties, Inc., 2006

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.** "Products-completed operations hazard":

**a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

**(1)** Products that are still in your physical possession; or

**(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

**(a)** When all of the work called for in your contract has been completed.

**(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

**(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**b.** Does not include "bodily injury" or "property damage" arising out of:

**(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

**(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

**(3)** Products or operations for which the classification, listed in the Declarations or in a policy schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**18.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**19.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**20.** "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**21.** "Your product":

**a.** Means:

**(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

**(a)** You;

**(b)** Others trading under your name; or

**(c)** A person or organization whose business or assets you have acquired; and

**(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

 © ISO Properties, Inc., 2006

      **(2)** The providing of or failure to provide warnings or instructions.

    **c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**22.** "Your work":

    **a.** Means:

      **(1)** Work or operations performed by you or on your behalf; and

      **(2)** Materials, parts or equipment furnished in connection with such work or operations.

    **b.** Includes:

      **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work", and

      **(2)** The providing of or failure to provide warnings or instructions.

 © ISO Properties, Inc., 2006 ☐

COMMERCIAL GENERAL LIABILITY
CG 00 68 05 09

# RECORDING AND DISTRIBUTION OF MATERIAL OR INFORMATION IN VIOLATION OF LAW EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **q.** of Paragraph **2. Exclusions** of Section **I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**q. Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transaction Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

**B.** Exclusion **p.** of Paragraph **2. Exclusions** of Section **I – Coverage B – Personal And Advertising Injury Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**p. Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transaction Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

**POLICY NUMBER:   CNA 1025659-14**                                    **COMMERCIAL GENERAL LIABILITY**
                                                                                                          **CG E18 AS 08 04**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# AGGREGATE LIMITS PER PRODUCTION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

It is agreed and understood that the General Aggregate Limit under Section III, Limits of Insurance, applies separately to each film or videotape production produced by you.

All other terms and conditions of this policy remain unchanged.

POLICY NUMBER:    CNA 1025659-14

COMMERCIAL GENERAL LIABILITY
CG 20 26 07 04

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED – DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| Name Of Additional Insured Person(s) Or Organization(s) |
|---|
| **"Any Person or Organization designated by you and declared an "Additional Insured – Designated Person or Organization" as evidenced by a Certificate of Insurance issued by you, by us, or on our behalf or as required by written contract."** |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by your acts or omissions or the acts or omissions of those acting on your behalf:

**A.** In the performance of your ongoing operations; or

**B.** In connection with your premises owned by or rented to you.

© ISO Properties, Inc., 2004

POLICY NUMBER:      CNA 1025659-14                         COMMERCIAL GENERAL LIABILITY
                                                           CG 20 28 07 04

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED – LESSOR OF LEASED EQUIPMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

## SCHEDULE

| Name Of Additional Insured Person(s) Or Organization(s) |
| --- |
| **"Any Person or Organization designated by you and declared an "Additional Insured – Designated Person or Organization" as evidenced by a Certificate of Insurance issued by you, by us, or on our behalf or as required by written contract."** |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by your maintenance, operation or use of equipment leased to you by such person(s) or organization(s).

**B.** With respect to the insurance afforded to these additional insureds, this insurance does not apply to any "occurrence" which takes place after the equipment lease expires.

POLICY NUMBER:   CNA 1025659-14

COMMERCIAL GENERAL LIABILITY
CG 20 12 07 98

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED –
# STATE OR POLITICAL SUBDIVISIONS – PERMITS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

**State Or Political Subdivision:**

**"Any Person or Organization, and all Clients of A & E Television Networks,
declared as an Additional Insured to the program and as evidenced by a
Certificate of Insurance issued by you, by us, or on our behalf or as required
By written contract."**

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as
applicable to this endorsement.)

**Section II – Who Is An Insured**  is amended to
include as an insured any state or political subdivi-
sion shown in the Schedule, subject to the following
provisions:

1. This insurance applies only with respect to opera-
tions performed by you or on your behalf for
which the state or political subdivision has issued
a permit.

2. This insurance does not apply to:

   a. "Bodily injury," "property damage" or "personal
   and advertising injury" arising out of opera-
   tions performed for the state or municipality;
   or

   b. "Bodily injury" or "property damage" included
   within the "products-completed operations
   hazard".

Copyright, Insurance Services Office, Inc., 1997

POLICY NUMBER:   **CNA 1025659-14**                    **COMMERCIAL GENERAL LIABILITY**
                                                                       **CG 21 35 10 01**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – COVERAGE C – MEDICAL PAYMENTS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| Description And Location Of Premises Or Classification: |
| --- |
| **ALL OPERATIONS** |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

With respect to any premises or classification shown in the Schedule:

1. Section I – Coverage **C** – Medical Payments does not apply and none of the references to it in the Coverage Part apply; and

2. The following is added to Section I – Supplementary Payments:

   **h.** Expenses incurred by the insured for first aid administered to others at the time of an accident for "bodily injury" to which this insurance applies.

COMMERCIAL GENERAL LIABILITY
CG 21 47 12 07

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of Section I – Coverage A – Bodily Injury And Property Damage Liability:

This insurance does not apply to:

"Bodily injury" to:

**(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a)**, **(b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of Section I – Coverage B – Personal And Advertising Injury Liability:

This insurance does not apply to:

"Personal and advertising injury" to:

**(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a)**, **(b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

 © ISO Properties, Inc., 2006

COMMERCIAL GENERAL LIABILITY
CG E24 AS 08 04

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# LIBERALIZATION CLAUSE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

If, during this policy term, we revise or replace our standard policy form to provide more coverage without an additional premium charge, your policy will automatically provide the additional coverage as of the day the revision is effective in your state.

**POLICY NUMBER:**   CNA 1025659-14

COMMERCIAL GENERAL LIABILITY
CG 04 24 10 93

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# COVERAGE FOR INJURY TO LEASED WORKERS

This endorsement modifies insurance provided under the following:

> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> LIQUOR LIABILITY COVERAGE PART
> OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
> POLLUTION LIABILITY COVERAGE PART
> PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

With respect to the Employer's Liability exclusion (Section I) only, the definition of "employee" in the DEFINITIONS Section is replaced by the following:

> "Employee" does not include a "leased worker" or a "temporary worker".

POLICY NUMBER:  CNA 1025659-14

COMMERCIAL GENERAL LIABILITY
CG 02 24 10 93

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EARLIER NOTICE OF CANCELLATION PROVIDED BY US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

**Number of Days' Notice _____90_____**

(If no entry appears above, information required to complete this Schedule will be shown in the Declarations as applicable to this endorsement.)

For any statutorily permitted reason other than nonpayment of premium, the number of days required for notice of cancellation, as provided in paragraph **2.** of either the CANCELLATION Common Policy Condition or as amended by an applicable state cancellation endorsement, is increased to the number of days shown in the Schedule above.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NEW YORK CHANGES –
# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Paragraph **1. Insuring Agreement** of Section I – **Coverage A Bodily Injury And Property Damage Liability** is replaced by the following:

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages even if the allegations of the "suit" are groundless, false or fraudulent. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B.**

**b.** This insurance applies to "bodily injury" and "property damage" only if:

**(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

**(2)** The "bodily injury" or "property damage" occurs during the policy period; and

**(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section II – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

**(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

**(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

**B.** Paragraph **1.a.** of Section I – **Coverage B Personal And Advertising Injury Liability** is replaced by the following:

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages even if the allegations of the "suit" are groundless, false or fraudulent. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** and **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B**.

**C.** The following is added as Paragraph **e.** to the **Duties In The Event Of Occurrence, Offense, Claim Or Suit** Condition (Paragraph **2.** of **Section IV – Commercial General Liability Conditions**):

**2. Duties In The Event Of Occurrence, Offense, Claim Or Suit**

**e.** Notice given by or on behalf of the insured, or written notice by or on behalf of the injured person or any other claimant, to any agent of ours in New York State, with particulars sufficient to identify the insured, shall be considered to be notice to us.

**D.** Paragraph **3.** of **Section IV – Commercial General Liability** Conditions is replaced by the following:

**3. Legal Action Against Us**

**a.** Except as provided in Paragraph **b.**, no person or organization has a right under this Coverage Part:

**(1)** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**(2)** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**b.** With respect to "bodily injury" claims, if we deny coverage or do not admit liability because an insured or the injured person, someone acting for the injured person or other claimant fails to give us written notice as soon as practicable, then the injured person, someone acting for the injured person or other claimant may bring an action against us, provided the sole question is whether the denial of coverage or nonadmission of liability is based on the failure to provide timely notice.

However, the injured person, someone acting for the injured person or other claimant may not bring an action if within 60 days after we deny coverage or do not admit liability, we or an insured:

**(1)** Brings an action to declare the rights of the parties under the policy; and

**(2)** Names the injured person, someone acting for the injured person or other claimant as a party to the action.

© Insurance Services Office, Inc., 2008

**E.** The following provision is added and supersedes any provision to the contrary:

Failure to give notice to us as required under this Coverage Part shall not invalidate any claim made by the insured, injured person or any other claimant, unless the failure to provide such timely notice has prejudiced us. However, no claim made by the insured, injured person or other claimant will be invalidated if it shall be shown not to have been reasonably possible to give such timely notice and that notice was given as soon as was reasonably possible thereafter.

**F.** The definition of "loading or unloading" in the **Definitions** Section does not apply.

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NEW YORK CHANGES – TRANSFER OF DUTIES WHEN A LIMIT OF INSURANCE IS USED UP

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following Condition is added to COMMERCIAL GENERAL LIABILITY CONDITIONS (Section IV):

**Transfer of Duties When a Limit of Insurance Is Used Up.**

**a.** If we conclude that, based on "occurrences," offenses, claims or "suits" which have been reported to us and to which this insurance may apply, the:

   **(1)** General Aggregate Limit (other than the Products/Completed Operations Aggregate Limit);

   **(2)** Products/Completed Operations Aggregate Limit;

   **(3)** Personal and Advertising Injury Limit;

   **(4)** Each Occurrence Limit; or

   **(5)** Fire Damage Limit

   is likely to be used up in the payment of judgments or settlements, we will notify the first Named Insured, in writing, to that effect.

**b.** When a limit of insurance described in paragraph **a.** above has actually been used up in the payment of judgments or settlements:

   **(1)** We will notify the first Named Insured, in writing, as soon as practicable, that:

   **(a)** Such a limit has actually been used up; and

   **(b)** Our duty to defend "suits" seeking damages subject to that limit has also ended.

   **(2)** We will initiate, and cooperate in, the transfer of control, to any appropriate insured, of all claims and "suits" seeking damages which are subject to that limit and which are reported to us before that limit is used up. That insured must cooperate in the transfer of control of said claims and "suits".

We agree to take such steps, as we deem appropriate, to avoid a default in, or continue the defense of, such "suits" until such transfer is completed, provided the appropriate insured is cooperating in completing such transfer.

We will take no action whatsoever with respect to any claim or "suit" seeking damages that would have been subject to that limit, had it not been used up, if the claim or "suit" is reported to us after that limit of insurance has been used up.

   **(3)** The first Named Insured, and any other insured involved in a "suit" seeking damages subject to that limit, must arrange for the defense of such "suit" within such time period as agreed to between the appropriate insured and us. Absent any such agreement, arrangements for the defense of such "suit" must be made as soon as practicable.

**c.** The first Named Insured will reimburse us for expenses we incur in taking those steps we deem appropriate in accordance with paragraph **b.(2)** above.

The duty of the first Named Insured to reimburse us will begin on:

   **(1)** The date on which the applicable limit of insurance is used up, if we sent notice in accordance with paragraph **a.** above; or

   **(2)** The date on which we sent notice in accordance with paragraph **b.(1)** above, if we did not send notice in accordance with paragraph **a.** above.

**d.** The exhaustion of any limit of insurance by the payments of judgments or settlements, and the resulting end of our duty to defend, will not be affected by our failure to comply with any of the provisions of this Condition.

Copyright, Insurance Services Office, Inc., 1991

IL 02 68 08 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NEW YORK CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** Paragraphs **1.**, **2.**, **3.** and **5.** of the **Cancellation Common Policy Condition** are replaced by the following:

**1.** The first Named Insured shown in the Declarations may cancel this entire policy by mailing or delivering to us advance written notice of cancellation.

**2. Cancellation Of Policies In Effect**

**a. 60 Days Or Less**

We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

**(1)** 30 days before the effective date of cancellation if we cancel for any reason not included in Paragraph **A.2.a.(2)** below.

**(2)** 15 days before the effective date of cancellation if we cancel for any of the following reasons:

**(a)** Nonpayment of premium, provided however, that a notice of cancellation on this ground shall inform the first Named Insured of the amount due;

**(b)** Conviction of a crime arising out of acts increasing the hazard insured against;

**(c)** Discovery of fraud or material misrepresentation in the obtaining of the policy or in the presentation of a claim;

**(d)** After issuance of the policy or after the last renewal date, discovery of an act or omission, or a violation of any policy condition, that substantially and materially increases the hazard insured against, and that occurred subsequent to inception of the current policy period;

**(e)** Material physical change in the property insured, occurring after issuance or last annual renewal anniversary date of the policy, that results in the property becoming uninsurable in accordance with our objective, uniformly applied underwriting standards in effect at the time the policy was issued or last renewed; or material change in the nature or extent of the risk, occurring after issuance or last annual renewal anniversary date of the policy, that causes the risk of loss to be substantially and materially increased beyond that contemplated at the time the policy was issued or last renewed;

**(f)** Required pursuant to a determination by the Superintendent that continuation of our present premium volume would jeopardize our solvency or be hazardous to the interest of our policyholders, our creditors or the public;

**(g)** A determination by the Superinten-dent that the continuation of the pol-icy would violate, or would place us in violation of, any provision of the Insurance Code; or

**(h)** Where we have reason to believe, in good faith and with sufficient cause, that there is a probable risk of dan-ger that the insured will destroy, or permit to be destroyed, the insured property for the purpose of collecting the insurance proceeds. If we cancel for this reason, you may make a writ-ten request to the Insurance De-partment, within 10 days of receipt of this notice, to review our cancellation decision. Also, we will simultane-ously send a copy of this cancella-tion notice to the Insurance Depart-ment.

**b. For More Than 60 Days**

If this policy has been in effect for more than 60 days, or if this policy is a renewal or continuation of a policy we issued, we may cancel only for any of the reasons listed in Paragraph **A.2.a.(2)** above, provided:

**(1)** We mail the first Named Insured written notice at least 15 days before the effec-tive date of cancellation; and

**(2)** If we cancel for nonpayment of pre-mium, our notice of cancellation informs the first Named Insured of the amount due.

**3.** We will mail or deliver our notice, including the reason for cancellation, to the first Named In-sured at the address shown in the policy and to the authorized agent or broker.

**5.** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata.

However, when the premium is advanced un-der a premium finance agreement, the cancel-lation refund will be pro rata. Under such fi-nanced policies, we will be entitled to retain a minimum earned premium of 10% of the total policy premium or ▉ whichever is greater. The cancellation will be effective even if we have not made or offered a refund.

**B.** The following is added to the **Cancellation** Com-mon Policy Condition:

**7.** If one of the reasons for cancellation in Para-graph **A.2.a.(2)** or **D.2.b.(2)** exists, we may cancel this entire policy, even if the reason for cancellation pertains only to a new coverage or endorsement initially effective subsequent to the original issuance of this policy.

**C.** The following conditions are added:

**1. Nonrenewal**

If we decide not to renew this policy we will send notice as provided in Paragraph **C.3.** be-low.

**2. Conditional Renewal**

If we conditionally renew this policy subject to a:

**a.** Change of limits;

**b.** Change in type of coverage;

**c.** Reduction of coverage;

**d.** Increased deductible;

**e.** Addition of exclusion; or

**f.** Increased premiums in excess of 10%, exclusive of any premium increase due to and commensurate with insured value added or increased exposure units; or as a result of experience rating, loss rating, ret-rospective rating or audit;

we will send notice as provided in Paragraph **C.3.** below.

**3. Notices Of Nonrenewal And Conditional Renewal**

**a.** If we decide not to renew this policy or to conditionally renew this policy as provided in Paragraphs **C.1.** and **C.2.** above, we will mail or deliver written notice to the first Named Insured shown in the Declarations at least 60 but not more than 120 days be-fore:

**(1)** The expiration date; or

**(2)** The anniversary date if this is a continu-ous policy.

**b.** Notice will be mailed or delivered to the first Named Insured at the address shown in the policy and to the authorized agent or bro-ker. If notice is mailed, proof of mailing will be sufficient proof of notice.

**c.** Notice will include the specific reason(s) for nonrenewal or conditional renewal, including the amount of any premium increase for conditional renewal and description of any other changes.

**d.** If we violate any of the provisions of Paragraph **C.3.a.**, **b.** or **c.** above by sending the first Named Insured an incomplete or late conditional renewal notice or a late nonrenewal notice:

**(1)** Coverage will remain in effect at the same terms and conditions of this policy at the lower of the current rates or the prior period's rates until 60 days after such notice is mailed or delivered, unless the first Named Insured, during this 60 day period, has replaced the coverage or elects to cancel.

**(2)** On or after the expiration date of this policy, coverage will remain in effect at the same terms and conditions of this policy for another policy period, at the lower of the current rates or the prior period's rates, unless the first Named Insured, during this additional policy period, has replaced the coverage or elects to cancel.

**e.** If you elect to renew on the basis of a late conditional renewal notice, the terms, conditions and rates set forth in such notice shall apply:

**(1)** Upon expiration of the 60 day period; or

**(2)** Notwithstanding the provisions in Paragraphs **d.(1)** and **d.(2)**, as of the renewal date of the policy if we send the first Named Insured the conditional renewal notice at least 30 days prior to the expiration or anniversary date of the policy.

**f.** We will not send you notice of nonrenewal or conditional renewal if you, your authorized agent or broker or another insurer of yours mails or delivers notice that the policy has been replaced or is no longer desired.

**D.** The following provisions apply when the Commercial Property Coverage Part, the Farm Coverage Part or the Capital Assets Program (Output Policy) Coverage Part is made a part of this policy:

**1.** Items **D.2.** and **D.3.** apply if this policy meets the following conditions:

**a.** The policy is issued or issued for delivery in New York State covering property located in this state; and

**b.** The policy insures:

**(1)** For loss of or damage to structures, other than hotels or motels, used predominantly for residential purposes and consisting of no more than four dwelling units; or

**(2)** For loss of or damage to personal property other than farm personal property or business property; or

**(3)** Against damages arising from liability for loss of, damage to or injury to persons or property, except liability arising from business or farming; and

**c.** The portion of the annual premium attributable to the property and contingencies described in 1.**b.** exceeds the portion applicable to other property and contingencies.

**2.** Paragraph **2.** of the **Cancellation** Common Policy Condition is replaced by the following:

**2. Procedure And Reasons For Cancellation**

**a.** We may cancel this entire policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

**(1)** 15 days before the effective date of cancellation if we cancel for nonpayment of premium, provided however, that a notice of cancellation on this ground shall inform the first Named Insured of the amount due; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**b.** But if this policy:

**(1)** Has been in effect for more than 60 days; or

**(2)** Is a renewal of a policy we issued:

we may cancel this policy only for one or more of the following reasons:

**(1)** Nonpayment of premium, provided however, that a notice of cancellation on this ground shall inform the first Named Insured of the amount due;

**(2)** Conviction of a crime arising out of acts increasing the risk of loss;

**(3)** Discovery of fraud or material misrepresentation in obtaining the policy or in making a claim;

**(4)** Discovery of willful or reckless acts or omissions increasing the risk of loss;

**(5)** Physical changes in the covered property that make that property uninsurable in accordance with our objective and uniformly applied underwriting standards in effect when we:

  **(a)** Issued the policy; or

  **(b)** Last voluntarily renewed the policy;

**(6)** The Superintendent of Insurance's determination that continuing the policy would violate Chapter 28 of the Insurance Law; or

**(7)** Required pursuant to a determination by the Superintendent of Insurance that the continuation of our present premium volume would be hazardous to the interests of our policyholders, our creditors or the public.

**3.** The following are added:

**a. Conditional Continuation**

Instead of cancelling this policy, we may continue it on the condition that:

**(1)** The policy limits be changed; or

**(2)** Any coverage not required by law be eliminated.

If this policy is conditionally continued, we will mail or deliver to the first Named Insured written notice at least 20 days before the effective date of the change or elimination. We will mail or deliver our notice to the first Named Insured's last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice. Delivery of the notice will be the same as mailing.

**b. Nonrenewal**

If, as allowed by the laws of New York State, we:

**(1)** Do not renew this policy; or

**(2)** Condition policy renewal upon:

  **(a)** Change of limits; or

  **(b)** Elimination of coverage;

we will mail or deliver written notice of nonrenewal or conditional renewal:

  **(a)** At least 45 days; but

  **(b)** Not more than 60 days;

before the expiration date of the policy. We will mail or deliver our notice to the first Named Insured's last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice. Delivery of the notice will be the same as mailing.

**E.** The following is added to the Farm Property – Other Farm Provisions Form – Additional Coverages, Conditions, Definitions, the Commercial Property Coverage Part and the Capital Assets Program (Output Policy) Coverage Part:

When the property is subject to the Anti-Arson Application in accordance with New York Insurance Department Regulation No. 96, the following provisions are added:

If you fail to return the completed, signed and affirmed anti-arson application to us:

**1.** Or our broker or agent within 45 days of the effective date of a new policy, we will cancel the entire policy by giving 20 days' written notice to you and to the mortgageholder shown in the Declarations.

**2.** Before the expiration date of any policy, we will cancel the policy by giving written notice to you and to the mortgageholder shown in the Declarations at least 15 days before the effective date of cancellation.

The cancellation provisions set forth in **E.1.** and **E.2.** above supersede any contrary provisions in this policy including this endorsement.

If the notice in E.1. or **E.2.** above is mailed, proof of mailing will be sufficient proof of notice. Delivery of the notice will be the same as mailing.

**F.** The following applies to the Commercial Property Coverage Part, the Farm Coverage Part and the Capital Assets Program (Output Policy) Coverage Part:

Paragraphs **f.** and **g.** of the **Mortgageholders** Condition are replaced by the following:

**f. Cancellation**

**(1)** If we cancel this policy, we will give written notice to the mortgageholder at least:

  **(a)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

  **(b)** 30 days before the effective date of cancellation if we cancel for any other reason.

**(2)** If you cancel this policy, we will give written notice to the mortgageholder. With respect to the mortgageholder's interest only, cancellation will become effective on the later of:

**(a)** The effective date of cancellation of the insured's coverage; or

**(b)** 10 days after we give notice to the mortgageholder.

**g. Nonrenewal**

**(1)** If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

**(2)** If you elect not to renew this policy, we will give written notice to the mortgageholder. With respect to the mortgageholder's interest only, nonrenewal will become effective on the later of:

**(a)** The expiration date of the policy; or

**(b)** 10 days after we give notice to the mortgageholder.

**G.** The following provisions apply when the following are made a part of this policy:

Commercial General Liability Coverage Part

Employment-Related Practices Liability Coverage Part

Farm Liability Coverage Form

Liquor Liability Coverage Part

Products/Completed Operations Liability Coverage Part

**1.** The aggregate limits of this policy as shown in the Declarations will be increased in proportion to any policy extension provided in accordance with Paragraph **C.3.d.** above.

**2.** The last sentence of Limits Of Insurance does not apply when the policy period is extended because we sent the first Named Insured an incomplete or late conditional renewal notice or a late nonrenewal notice.

**POLICY NUMBER:  CNA 1025659-14**

COMMERCIAL GENERAL LIABILITY
CG E28 AS 08 04

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# INCIDENTAL MEDICAL MALPRACTICE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

It is agreed that **Section II, WHO IS AN INSURED**, is amended to include as an insured any volunteer, employee or independent contractor who renders or allegedly fails to render first aid on behalf of the Named Insured.  As respects licensed medical professionals, this coverage is excess of any other liability insurance carried by such professionals.

**POLICY NUMBER:   CNA 1025659-14**                    **COMMERCIAL GENERAL LIABILITY**
                                                                                      **CG E26 AS 08 04**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# KNOWLEDGE/NOTICE OF OCCURRENCE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following paragraph is added to **Section IV – COMMERCIAL GENERAL LIABILITY CONDITIONS, 2. Duties In The Event Of Occurrence, Offense, Claim or Suit:**

> If an occurrence, offense, claim or suit reported to your Workers Compensation or Automobile carrier is determined at some later date to be subject to this insurance, the failure to initially report this claim to us will not be considered a violation of your duties as outlined in 2. a. and b. above.

**POLICY NUMBER:  CNA 1025659-14**

COMMERCIAL GENERAL LIABILITY
CG E31 AS 08 04

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# UNINTENTIONAL ERRORS & OMISSIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

It is agreed that the failure of the Named Insured to disclose all hazards existing at the effective date of the policy shall not prejudice the Named Insured with respect to the insurance afforded by this policy, provided such failure was unintentional.

**THIS ENDODRSEMENT CHANGES THE POLICY.   PLEASE READ IT CAREFULLY**

**POLICY CHANGES**

| POLICY NUMBER<br><br>**CNA 1025659-14** | POLICY CHANGES<br>EFFECTIVE<br>        3-1-2012 | COMPANY<br><br>**Great Divide Ins. Company** |
|---|---|---|

| NAMED INSURED<br><br>**A & E Television Networks** | AUTHORIZED REPRESENTATIVE |
|---|---|

| COVERAGE PARTS AFFECTED<br><br>        **Commercial General Liability Coverage Part** |
|---|

**FELLOW EMPLOYEE COVERAGE**

It is agreed that coverage is extended to employees of the Named Insured acting in the scope of their employment, against claim or suit brought against them by a fellow employee, also an employee of the Named Insured.  Comprehensive General Liability Form CG 0001 is amended as follows:

1)      Exclusion (E), part "to bodily injury to any employee of the Insured arising out of and in the course of his employment by the Insured" shall not be construed to exclude coverage for any employee against whom suit is brought by a fellow employee

2)      II.  WHO IS AN INSURED, Paragraph (2), subparagraph (A-1) "bodily injury or personal injury to you or a co-employee while in the course of his or her employment shall not be excluded."

This fellow employee coverage is subject to all other terms, conditions and exclusions of this policy.

ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.

_____

AUTHORIZED REPRESENTATIVE

**END. # D**

**POLICY NUMBER:  CNA  1025659-14**            **COMMERCIAL GENERAL LIABILITY**
                                                            **CG E34 AS 08 04**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**


# EXCLUSION – ASBESTOS

This endorsement modifies insurance provided under the following:

    COMMERCIAL GENERAL LIABILITY COVERAGE PART

This insurance does not apply to any liability arising out of the manufacture, mining, sales, installation, storage, distribution or removal of asbestos products, asbestos fibers or asbestos dust.  The Company is not obligated to investigate or defend any claim or "suit" that alleges "bodily injury", "property damage" under Coverage A or "personal and advertising injury" under Coverage B as a result of exposure to asbestos products, asbestos fibers or asbestos dust.

This policy will not recognize any contractual obligation of the Insured to indemnify another party because of such injury or damage.

**THIS ENDODRSEMENT CHANGES THE POLICY.   PLEASE READ IT CAREFULLY**

**POLICY CHANGES**

| POLICY NUMBER<br><br>**CNA 1025659-14** | POLICY CHANGES<br>EFFECTIVE<br>             **3-1-2012** | COMPANY<br><br>**Great Divide Ins. Company** |
|---|---|---|

| NAMED INSURED<br><br>**A & E Television Networks** | AUTHORIZED REPRESENTATIVE |
|---|---|

| COVERAGE PARTS AFFECTED<br><br>     COMMERCIAL GENERAL LIABILITY COVERAGE PART |
|---|

**WATERCRAFT**

It is hereby understood and agreed Commercial General Liability Coverage Form CG 00 01 (12/07),

Section I – Coverages, 2. Exclusions G.(2) is amended to read:

     (2)    A Watercraft you do not own that is:

         A)    Less than 150 feet long; and

         B)    Not being used to carry persons or property for a charge;

ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.

                                          AUTHORIZED REPRESENTATIVE

**END. #E**

POLICY NUMBER:   CNA 1025659-14

COMMERCIAL GENERAL LIABILITY
CG 24 04 10 93

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

**Name of Person or Organization:**

**Any person or organization, declared as an additional insured to the program and as evidenced by a certificate of insurance issued by you, by us or on our behalf, or as required by written contract.**

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

The TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US Condition (Section IV – COMMERCIAL GENERAL LIABILITY CONDITIONS) is amended by the addition of the following:

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

| POLICY NUMBER | POLICY CHANGES EFFECTIVE | COMPANY |
|---|---|---|
| CNA 1025659-14 | 3-1-2012 | **Great Divide Ins. Company** |

| NAMED INSURED | AUTHORIZED REPRESENTATIVE |
|---|---|
| **A & E Television Networks** | |

| COVERAGE PARTS AFFECTED |
|---|
| COMMERCIAL GENERAL LIABILITY COVERAGE PART |

## CANADIAN EMPLOYERS LIABILITY

It is hereby agreed, in consideration of the payment of the premium and subject to the limits of liability stated in the schedule of insurance as applying to and the exclusions, conditions, and other terms of this policy printed here and elsewhere shown as applying to this coverage:

### INSURING AGREEMENTS

#### AGREEMENT I

To pay on behalf of the Insured all sums which the Insured shall become legally obligated to pay as damages because of bodily injury, sickness or disease, including death at any time resulting therefrom, sustained by any persons or persons employed by the Insured caused by accidents occurring within the policy period and arising out of and during the progress of the business operations of the Insured as described in the premium schedule.

#### AGREEMENT II

To investigate and/or to defend, in the name and on behalf of the Insured, all claims or suits for such injuries for which the Insured is, or is alleged to be, liable.

#### AGREEMENT III

To pay: (A) all costs taxed against the Insured for investigation and defense of any such claim or suit, and all expenses incurred by the company in connection therewith; (B) all premiums on attachment and/or appeal bonds required; (C) all interest accruing after entry of judgment as does not exceed the limit of the Company's liability thereon; (D) for such immediate medial or surgical aid as was imperative at the time of the accident.

#### AGREEMENT IV

To voluntarily furnish (if so declared and a premium charged therefor in the Schedule of Insurance of this policy) within the limit expressed in the schedule of insurance at its own cost and expense, through its own physician and/or surgeon, such medical and/or surgical attendance, including ambulance and hospital charges as may be necessary for the treatment of any injured employee covered hereby; but the Company shall not be responsible for medical or surgical treatment except such as may be provided by the Company's own physician and/or surgeon. Provided, however, that if for any reason an injured employee shall receive medical and/or surgical attention from any physician and/or surgeon other than those specified on the Company's list, then the limit of the Company's liability for such outside medical and/or surgical service shall be the proper charge for such medical and/or surgical relief as is immediately imperative at the time of accident.

END. #F

Page 1 of 2

## EXCLUSIONS

This coverage shall not cover loss resulting from injuries or death:

A)   Sustained by any person employed by the Insured, and with the knowledge of the Insured in violation of the law as to age or if there is no legal age limit under the age of 16 years when operating an elevator, or 14 years any other service.

B)   Liability for which is imposed upon the Insured by any workmen's compensation agreement, plan or law.

C)   Arising out of the ownership, maintenance, use or operation by or on behalf of the Insureds of any aircraft.

D)   Liability for which is assumed by the Insured under any contract or agreement, oral or written

E)   Arising out of war, invasion, act of foreign enemy, hostilities (whether war be declared or not), civil war, rebellion, revolution, insurrection, or military power.

## CONDITIONS

### Limits of Liability -- Agreement I

The Limit of Liability stated in the Schedule of Insurance as applicable to each person is the limit of the Company's liability for all damages for any one person in any one accident;  the Limit of Liability stated in the Schedule of Insurance as applicable to each accident, is, subject to the above provision respecting any one person, the limit of the Company's liability for all damages for two or more persons in any one accident.

The Declarations are completed on the following schedule designated "Premium Schedule":

## PREMIUM SCHEDULE

| HAZARD OPERATIONS | ESTIMATED PAYROLL | RATE PER $100 | ADVANCE PREMIUM |
|---|---|---|---|
| All Employees of The Insured | Included in Policy Premium | | |

ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.

_____

AUTHORIZED REPRESENTATIVE

**END. #F**                                                                                   **Page 2 of 2**

**THIS ENDODRSEMENT CHANGES THE POLICY.   PLEASE READ IT CAREFULLY**

**POLICY CHANGES**

| POLICY NUMBER | POLICY CHANGES EFFECTIVE | COMPANY |
|---|---|---|
| **CNA 1025659-14** | **3-1-2012** | **Great Divide Ins. Company** |

| NAMED INSURED | AUTHORIZED REPRESENTATIVE |
|---|---|
| **A & E Television Networks** | |

| COVERAGE PARTS AFFECTED |
|---|
| COMMERCIAL GENERAL LIABILITY COVERAGE PART |

It is hereby agreed CG 00 01 (Commercial General Liability Coverage Form), Section I – Coverages,

Items 2. Exclusions is amended as follows:

2.h – Mobile Equipment – sub-paragraph (2) is deleted.

ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.

_____

AUTHORIZED REPRESENTATIVE

**END. #G**

COMMERCIAL GENERAL LIABILITY
CG 00 35 12 07

# RAILROAD PROTECTIVE LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II ~ Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V – Definitions.

## SECTION I – COVERAGES

## COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

**(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments -- Coverage **A.**

**b.** This insurance applies to "bodily injury" and "property damage" only if:

**(1)** The "bodily injury" or "property damage" occurs during the policy period; and

**(2)** The "bodily injury" or "property damage" arises out of acts or omissions at the "job location" which are related to or are in connection with the "work" described in the Declarations.

**c.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

**2. Exclusions**

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages assumed in a contract or agreement that is a "covered contract".

**c. Completed Work**

"Bodily injury" or "property damage" occurring after the "work" is completed. The "work" will be deemed completed at the earliest of the following times:

**(1)** When all the "work" called for in the "contractor's" contract has been completed.

**(2)** When all the "work" to be done at the "job location" has been completed.

**(3)** When that part of the "work" done at the "job location" has been put to its intended use by you, the governmental authority or other contracting party.

This exclusion does not apply to "bodily injury" or "property damage" resulting from the existence of or removal of tools, uninstalled equipment or abandoned or unused materials.

 © ISO Properties, Inc., 2006

#### d. Acts Or Omissions Of Insured

"Bodily injury" or "property damage", the sole proximate cause of which is an act or omission of any insured other than acts or omissions of any of "your designated employees". This exclusion does not apply to injury or damage sustained at the "job location" by any of "your designated employees" or employee of the "contractor", or by any employee of the governmental authority or any other contracting party (other than you) specified in the Declarations.

#### e. Workers' Compensation And Similar Laws

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law. This exclusion does not apply to any obligation of the insured under the Federal Employers Liability Act, as amended.

#### f. Pollution

"Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at or from the "job location":

**(1)** Due to the past or present use of the "job location" by you or for you or others for the handling, storage, disposal, processing or treatment of waste; or

**(2)** Due to the dumping or disposal of waste on the "job location" by the "contractor" with the knowledge of you or any of "your designated employees"; or

**(3)** On which you or "contractors" working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the "job location" in connection with such operations by you, the "contractor" or "your designated employees". However, this subparagraph does not apply to:

    **(a)** "Bodily injury" or "property damage" arising out of the escape of fuels or lubricants from equipment used at the "job location".

    **(b)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

**(4)** On which you or "contractors" working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

#### g. Damage To Owned, Leased Or Entrusted Property

"Property damage" to property owned by you or leased or entrusted to you under a lease or trust agreement.

#### h. War

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

### COVERAGE B – PHYSICAL DAMAGE TO PROPERTY

#### 1. Insuring Agreement

We will pay for "physical damage to property" to which this insurance applies. The "physical damage to property" must occur during the policy period. The "physical damage to property" must arise out of acts or omissions at the "job location" which are related to or in connection with the "work" described in the Declarations. The property must be owned by or leased or entrusted to you under a lease or trust agreement.

#### 2. Exclusions

This insurance does not apply to "physical damage to property":

#### a. Completed Work

Occurring after the "work" is completed. The "work" will be deemed completed at the earliest of the following times:

**(1)** When all the "work" called for in the "contractor's" contract has been completed.

**(2)** When all the "work" to be done at the "job location" has been completed.

**(3)** When that part of the "work" done at the "job location" has been put to its intended use by you, the governmental authority or other contracting party.

This exclusion does not apply to "physical damage to property" resulting from the existence of tools, uninstalled equipment or abandoned or unused materials.

 © ISO Properties, Inc., 2006 □

**b. Acts Or Omissions Of Insured**

The sole proximate cause of which is an act or omission of any insured other than acts or omissions of any of "your designated employees".

**c. Nuclear Incidents Or Conditions**

Due to nuclear reaction, nuclear radiation or radioactive contamination or to any related act or condition.

**d. Pollution**

Due to the discharge, dispersal, seepage, migration, release or escape of "pollutants" excluded under Exclusion f. Pollution, Coverage **A.**

## SUPPLEMENTARY PAYMENTS – COVERAGE A

We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

1. All expenses we incur.

2. All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

3. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay or deposited in court the part of the judgment that is within the applicable limit of insurance.

4. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

5. Expenses incurred by the insured for first aid administered to others at the time of an accident, for "bodily injury" to which this insurance applies.

6. All reasonable expenses, incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to ▮▮▮ a day because of time off from work.

7. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

These payments will not reduce the limits of insurance.

## SECTION II – WHO IS AN INSURED

1. You are an insured.

2. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers and directors.

3. Your stockholders are insureds, but only with respect to their liability as stockholders.

4. Any railroad operating over your tracks is an insured.

## SECTION III – LIMITS OF INSURANCE

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

   a. Insureds;

   b. Claims made or "suits" brought; or

   c. Persons or organizations making claims or bringing "suits".

2. The Aggregate Limit is the most we will pay for the sum of all damages because of all "bodily injury", all "property damage" and all "physical damage to property".

3. Subject to Paragraph **2.** above, the Each Occurrence Limit is the most we will pay for the sum of all damages because of all "bodily injury", all "property damage" and all "physical damage to property" arising out of any one occurrence.

4. Subject to Paragraph **3.** above, the payment for "physical damage to property" shall not exceed the lesser of:

   a. The actual cash value of the property at the time of loss; or

   b. The cost to repair or replace the property with other property of like kind or quality.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV – CONDITIONS

**A.** The following Conditions apply to Coverages A and B:

   **1. Assignment**

   Assignment of interest under this Coverage Part shall not bind us unless we issue an endorsement consenting to the assignment.

   **2. Bankruptcy**

   Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

   **3. Cancellation**

   **a.** You may cancel this policy by mailing or delivering to us advance written notice of cancellation.

© ISO Properties, Inc., 2006

**b.** We may cancel this policy by mailing or delivering to you, the "contractor" and any involved governmental authority or other contracting party designated in the Declarations, at the respective mailing addresses last known to us, written notice of cancellation at least 60 days before the effective date of cancellation.

**c.** Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

**d.** If this policy is cancelled, any unearned premium will be refunded. If we cancel, the refund will be pro rata. If you cancel, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

**e.** If notice is mailed, proof of mailing will be sufficient proof of notice.

**4. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. You are authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**5. Inspections And Surveys**

**a.** We have the right to:

  **(1)** Make inspections and surveys at any time;

  **(2)** Give you reports on the conditions we find; and

  **(3)** Recommend changes.

**b.** We are not obligated to make inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

  **(1)** Are safe or healthful; or

  **(2)** Comply with laws, regulations, codes or standards.

**c.** Paragraphs **a.** and **b.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

**d.** Paragraph **b.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**6. Other Insurance**

The insurance afforded by this policy is:

**a.** Primary insurance and we will not seek contribution from any other insurance available to you except if the other insurance is provided by a contractor other than the designated contractor for the same operation and "job location"; and

**b.** If the other insurance is available, we will share with that other insurance by the method described below.

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach, each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**7. Premium And Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Contract cost, the premium base shown in the Declarations, means the total cost of the operations described in the Declarations.

**c.** The premium shown in the Declarations as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the "contractor" designated in the Declarations. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the contractor designated in the Declarations.

In no event shall the payment of premium be your obligation.

 © ISO Properties, Inc., 2006 □

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this policy, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**B.** The following Conditions apply to Coverage **A** only:

**1. Legal Action Against Us**

No person or organization has a right under this policy:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this policy unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this policy or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**2. Duties In The Event Of Occurrence, Claim Or Suit**

**a.** You must see to it that we are notified as soon as practicable of an occurrence which may result in a claim. To the extent possible, notice should include:

**(1)** How, when and where the occurrence took place;

**(2)** The names and addresses of any injured persons and witnesses; and

**(3)** The nature and location of any injury or damage arising out of the occurrence.

**b.** If a claim is made or "suit" is brought against any insured, you must:

**(1)** Immediately record the specifics of the claim or "suit" and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Separation Of Insureds**

Except with respect to the Limits of Insurance this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**C.** The following Conditions apply to Coverage **B** only:

**1. Appraisal**

If you fail to agree with us on the value of the property, or the amount of loss, either you or we may make written demand for an appraisal of the loss within sixty (60) days after proof of loss is filed. In this event, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire. The appraisers will state separately the value of the property and the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If we submit to an appraisal, we still retain our right to deny the claim.

 © ISO Properties, Inc., 2006   □

**2. No Benefit To Bailee**

No person or organization, other than you, having custody of the property will benefit from this insurance.

**3. Insured's Duties In The Event Of A Loss**

You must:

**a.** Protect the property, whether or not the loss is covered by this policy. Any further loss due to your failure to protect the property shall not be recoverable under this policy. Reasonable expenses incurred in affording such protection shall be deemed to be incurred at our request; and

**b.** Submit to us, as soon after the loss as possible, your sworn proof of loss containing the information we request to settle the loss and, at our request, make available the damaged property for examination.

**4. Legal Action Against Us**

No person or organization has a right under this policy to sue us on this policy unless all of its terms have been fully complied with and until 30 days after proof of loss is filed and the amount of loss is determined as provided in this policy.

**5. Payment Of Loss**

We may pay for the loss in money, but there can be no abandonment of any property to us.

**SECTION V – DEFINITIONS**

**1.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**2.** "Contractor" means the contractor designated in the Declarations and includes all subcontractors working directly or indirectly for that "contractor" but does not include you.

**3.** "Covered contract" means any contract or agreement to carry a person or property for a charge or any interchange contract or agreement respecting motive power, or rolling stock equipment.

**4.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

**5.** "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

**6.** "Job location" means the job location designated in the Declarations including any area directly related to the "work" designated in the Declarations. "Job location" includes the ways next to it.

**7.** "Physical damage to property" means direct and accidental loss of or damage to rolling stock and their contents, mechanical construction equipment or motive power equipment, railroad tracks, roadbeds, catenaries, signals, bridges or buildings.

**8.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes material to be recycled, reconditioned or reclaimed.

**9.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the occurrence that caused it.

**10.** "Suit" means a civil proceeding in which damages because of "bodily injury" or "property damage" to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**11.** "Work" means work or operations performed by the "contractor" including materials, parts or equipment furnished in connection with the work or operations.

**12.** "Your designated employee" means:

**a.** Any supervisory employee of yours at the "job location";

**b.** Any employee of yours while operating, attached to or engaged on work trains or other railroad equipment at the "job location" which are assigned exclusively to the "contractor"; or

**c.** Any employee of yours not described in Paragraph **a.** or **b.** above who is specifically loaned or assigned to the work of the "contractor" for the prevention of accidents or protection of property.

© ISO Properties, Inc., 2006

**THIS ENDODRSEMENT CHANGES THE POLICY.    PLEASE READ IT CAREFULLY**
**POLICY CHANGES**

| POLICY NUMBER | POLICY CHANGES EFFECTIVE | COMPANY |
|---|---|---|
| CNA 1025659-14 | 3-1-2012 | **Great Divide Ins. Company** |

| NAMED INSURED | AUTHORIZED REPRESENTATIVE |
|---|---|
| **A & E Television Networks** | |

| COVERAGE PARTS AFFECTED |
|---|
| COMMERCIAL GENERAL LIABILITY COVERAGE PART |

## AIRCRAFT LIABILITY EXCLUSION

Except for the provisions of paragraph g (4), Aircraft, Auto or Watercraft, of SECTION I,

COVERAGES; 2., Exclusions, this insurance does not apply to any liability arising out of the

ownership, operation, maintenance, use, care, custody or control of any aircraft including aircraft

chartered with or without a pilot, **except** when aircraft is being used as a prop and/or set and is

not in motion and/or in flight.

ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.

_____
AUTHORIZED REPRESENTATIVE

END. #H

**THIS ENDODRSEMENT CHANGES THE POLICY.   PLEASE READ IT CAREFULLY**

## POLICY CHANGES

| POLICY NUMBER<br><br>CNA  1025659-14 | POLICY CHANGES EFFECTIVE<br><br>3-1-2012 | COMPANY<br><br>**Great Divide Ins. Company** |
|---|---|---|

| NAMED INSURED<br><br>**A & E TELEVISION NETWORKS** | AUTHORIZED REPRESENTATIVE |
|---|---|

| COVERAGE PARTS AFFECTED<br><br>**General Liability** |
|---|

## CHANGES

### AMENDMENT OF OTHER INSURANCE CONDITION

This endorsement modifies insurance provided under Paragraph 4.a. of the other insurance Condition – (Section IV – Commercial General Liability Conditions) is replaced by the following:

4.   Other Insurance

    a.   Primary Insurance

       This insurance is primary up to the applicable limit of liability provided In the policy.

ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.

<br>_____
Authorized Representative Signature

**END. #1**

COMMERCIAL GENERAL LIABILITY
CG 21 49 09 99

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# TOTAL POLLUTION EXCLUSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Exclusion **f.** under Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

This insurance does not apply to:

**f. Pollution**

**(1)** "Bodily injury" or "property damage" which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

POLICY NUMBER:  CNA 1025659-14

COMMERCIAL GENERAL LIABILITY
CG 24 22 10 01

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# AMENDMENT OF COVERAGE TERRITORY – WORLDWIDE COVERAGE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following is added to **Section IV – Conditions:**

**Expanded Coverage Territory**

**1.** If a "suit" is brought in a part of the "coverage territory" that is outside the United States of America (including its territories and possessions), Puerto Rico or Canada, and we are prevented by law, or otherwise, from defending the insured, the insured will initiate a defense of the "suit". We will reimburse the insured, under Supplementary Payments, for any reasonable and necessary expenses incurred for the defense of a "suit" seeking damages to which this insurance applies, that we would have paid had we been able to exercise our right and duty to defend.

If the insured becomes legally obligated to pay sums because of damages to which this insurance applies in a part of the "coverage territory" that is outside the United States of America (including its territories and possessions), Puerto Rico or Canada, and we are prevented by law, or otherwise, from paying such sums on the insured's behalf, we will reimburse the insured for such sums.

**2.** All payments or reimbursements we make for damages because of judgments or settlements will be made in U.S. currency at the prevailing exchange rate at the time the insured became legally obligated to pay such sums. All payments or reimbursements we make for expenses under Supplementary Payments will be made in U.S. currency at the prevailing exchange rate at the time the expenses were incurred.

**3.** Any disputes between you and us as to whether there is coverage under this policy must be filed in the courts of the United States of America (including its territories and possessions), Puerto Rico or Canada.

**4.** The insured must fully maintain any coverage required by law, regulation or other governmental authority during the policy period, except for reduction of the aggregate limits due to payments of claims, judgments or settlements.

Failure to maintain such coverage required by law, regulation or other governmental authority will not invalidate this insurance. However, this insurance will apply as if the required coverage by law, regulation or other governmental authority was in full effect.

**B.** The following is added to Paragraph **4.b.** under the Conditions section:

**4. Other Insurance**

**b. Excess Insurance**

This insurance is excess over:

**(3)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(a)** If the insured's liability to pay damages is determined in a "suit" brought outside the United States of America (including its territories and possessions), Puerto Rico or Canada; or

**(b)** That is coverage required by law, regulation or other governmental authority in a part of the "coverage territory" that is outside the United States of America (including its territories and possessions), Puerto Rico or Canada.

**C.** Paragraph **4.** of the Definitions section is replaced by the following:

**4.** "Coverage territory" means anywhere in the world with the exception of any country or jurisdiction which is subject to trade or other economic sanction or embargo by the United States of America.

© ISO Properties, Inc., 2000

COMMERCIAL GENERAL LIABILITY
CG 21 70 11 02

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

      COMMERCIAL GENERAL LIABILITY COVERAGE PART
      LIQUOR LIABILITY COVERAGE PART
      OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
      POLLUTION LIABILITY COVERAGE PART
      PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
      RAILROAD PROTECTIVE LIABILITY COVERAGE PART
      UNDERGROUND STORAGE TANK POLICY

With respect to any one or more "certified acts of terrorism", we will not pay any amounts for which we are not responsible under the terms of the federal Terrorism Risk Insurance Act of 2002 (including subsequent acts of Congress pursuant to the Act) due to the application of any clause which results in a cap on our liability for payments for terrorism losses.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act of 2002. The federal Terrorism Risk Insurance Act of 2002 sets forth the following criteria for a "certified act of terrorism":

1. The act resulted in aggregate losses in excess of $▮▮▮▮▮▮▮; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

 © ISO Properties, Inc., 2002 ☐

**FILM PACKAGE POLICY**                                                    **FILM PRO 1**

| Coverage | Limit of Insurance | Deductible |
|---|---|---|
| **Cast Insurance** | | |
| (Accident Only Without Medical) | ████ | ████ Each Loss |
| Family Bereavement | ████ | ████ Each Loss |
| Kidnap including Ransom | ████ | ████ Each Loss |
| **Negative Film and Faulty Stock Coverage** | | |
| **Negative Film** | ████ | NIL |
| **Faulty Stock** | $Included | ████ Each Loss |
| Operator Error | ████ | ████ Each Loss |
| Library Stock | | ████ Each Loss |
| **Props, Sets and Wardrobe** | ████ | ████ Each Loss |
| Furs/Jewelry/Fine Arts | ████ | ████ Each Loss |
| **Miscellaneous Property** | ████ | ████ Each Loss |
| Vehicle Physical Damage | ████ | ████ Each Loss |
| Office Contents/Equipment | ████ | ████ Each Loss |
| Personal Property – Employees, Talent & Directors | ████ | ████ Each Loss |
| Money & Currency | ████ | ████ Each Loss |
| **Property of Others** | ████ | ████ Each Loss |
| **Extra Expense Coverage A** | ████ | ████ Each Loss |
| Civil Authority | ████ | ████ Each Loss |
| Adverse Weather Shipping/Transit | ████ | ████ Each Loss |
| Strike | ████ | ████ Each Loss |
| Coverage B death or injury on site | ████ | ████ Each Loss |
| Coverage C any accident | ████ | ████ Each Loss |

Premium Determination – Rate per $100 of **Production Cost** as defined in General Policy Conditions.

**Rate:**      .35 (Including Cast on All Productions)

Motion Pictures and or Feature Films for Theatrical Release are **not covered**.

All subject to Policy terms, conditions, exclusions and underwriting requirements

**GENERAL POLICY CONDITIONS**                                        **FILM PRO 2**
Applicable to all Inland Marine Coverage Forms

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and what is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning.

**GENERAL CONDITIONS**

The following conditions apply in addition to the applicable Coverage Forms:

1.  **Abandonment**

    There can be no abandonment of any property to us without our written consent.

2.  **Access to Records and Examination Under Oath**

    We or our authorized representatives shall have access to accounts, contracts, invoices and records or certified copies of such if the originals are lost to you relating to any "insured production" at all times during the term of this policy or while a claim is pending, at such reasonable time and place as may be designated by us or our representatives. You as often as may be reasonably required shall submit, and so far as within your power cause all other persons interested in any such production and their employees submit, to examination under oath by us or our representatives. No such examination under oath or examination of books or documents, nor any other act by us or our representatives in connection with the investigation of any claim hereunder, shall be deemed a waiver of any defense which we might otherwise have with respect to any claim, but all such examinations and acts shall be deemed to have been made or done without prejudice to our liability.

3.  **Action Against Us**

    No action against us may be brought unless you have complied with all the material provisions of this policy and the action is started within two (2) years after the date on which the loss occurred.

    Nothing in this policy gives any person or organization any rights to join us as a codefendant in any action against you to determine your liability.

    Any person or organization may sue us to recover on an agreed settlement or on a final judgment against you; but we will not be liable for damages that are not payable under the terms of this policy or that are in excess of the Limits of Insurance. An agreement means a settlement and release of liability signed by us, you, and the claimant or the claimant's legal representative.

4.  **Appraisal**

    If you and we do not agree on the amount of the loss or damage, either party may make a written demand for an appraisal of the loss or damage. Each party will select and pay a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree on an umpire, either may request that selection be made by a judge of a court having jurisdiction. Each appraiser will separately state the value of the property and amount of loss or damage. If they fail to agree, they will submit their statements to the umpire. Agreement by the umpire and either of the

appraisers will be binding.  You and we will equally share any other appraisal costs and costs of the umpire.  If there is an appraisal, we will still retain our right to deny the claim.

5. **Assignment**

   This Policy may not be assigned without our written consent.

6. **Conformity to Statute**

   When any policy provision is in conflict with the applicable law of the State in which this policy is issued, the law of the State will apply, unless the provision of this policy is broader.

7. **Deductible**

   Subject to the applicable Limit of Insurance, we will pay the amount of loss or damage in excess of the applicable deductible amount shown in the Declarations for each occurrence.   The deductible amount applies to all loss or damage as the result of any one accident, regardless of the number of persons or organizations who sustain damages because of that accident.

   a.  When a deductible applies, the terms of this insurance, including those with respect to your duties in the event of loss or damage, apply irrespective of the application of the deductible amount;

   b.  We may pay any part of or all of a deductible amount to effect settlement of any claim, and upon notification of the action taken you shall promptly reimburse us for such part of the deductible amount that has been paid by us;

   c.  The deductible does not apply to a "loss of use" claim for property that is covered for direct physical loss or damage under any other Coverage of this policy unless the applicable deductible under the other coverage is exhausted.

8. **Due Diligence**

   You shall use due diligence to avoid or diminish a loss or circumstance that may rise to loss or damage.

9. **Duties in the Event of Loss or Damage**

   In case of a loss or damage to which this insurance may apply, you must see that the following duties are performed:

   a.  <u>Police Notification.</u>   Notify the police if a law may have been broken.

   b.  <u>Minimize Loss or Damage</u>.    Take all reasonable steps to protect the property from further damage and minimize the loss.  Keep a record of your expenses in doing so for consideration in the settlement of the claim.  We shall pay such expenses to the extent such loss or damage is reduced.  This will not increase the limit of insurance.

   c.  <u>Notice of Loss or Damage</u>. Report immediately to us or our authorized representative any loss or damage which may become a claim under this policy.  Include a description of the property or loss involved.

   d.  <u>Proof of Loss.</u>   File with us, or our authorized representative, a detailed proof of loss signed and sworn to by you setting forth to the best of your knowledge and belief the

facts of the loss and the amount thereof. You must do this within one hundred twenty (120) days as requested by us or required by law after discovery of the loss or damage.

e.  Cooperation.

    i.  Except at your own cost, make no voluntary payments, assume no obligations, and incur no expenses without our consent, except in settlement of a covered claim where the amount of the claim is not disputed.

    ii.  Permit us to inspect the property and records proving the loss or damage. Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

    iii.  Immediately send to us copies of any demands, summonses or legal papers received in connection with the claim.

    iv.  Cooperate with us in the investigation or settlement of the claim.

## 10. Exchange Rate

The rate of exchange applied to a covered loss shall be the rate of exchange as paid by you to purchase the foreign funds to pay a covered loss under this policy.

We reserve the right, for claims that we settle directly with third parties to this policy, to adjust the claims at the prevailing exchange rate or the exchange rate used to actually purchase the foreign funds to pay a covered loss under this policy.

## 11. Inspection and Audit

We shall be permitted, but not obligated to, inspect your property and operations at any time. Neither our right to make inspections nor the making thereof nor any report thereon shall constitute an undertaking on behalf of or for the benefit of you or others, and shall not commit or obligate us in any manner whatsoever. We shall be permitted, but not obligated to examine and audit your financial books and records that relate to this insurance.

## 12. Insured

Who is an Insured includes you and each of the following:

a.  The first Named Insured as per the Declarations and any majority owned or managed subsidiaries thereof, their respective parent and affiliated companies, any financially controlled or managed organization(s), any production company or other entity formed or contracted by you, including your officers, directors, stockholders, partners, employees and or contractors, loan out companies, "leased worker", "temporary worker" or "volunteer worker" while acting within the scope of their duties for you, or any other organization, entity or person which you have agreed to insure in connection with an "insured production";

b.  If you are a partnership or joint venture, your members and partners, but only with respect to the conduct of your business;

c.  If you are a limited liability company, your members, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers;

    d.  If you are an organization other than a partnership, joint venture or limited liability company, your executive officers and directors, but only with respect to their duties as your officers and directors;

    e.  If you are a trust, your trustees, but only with respect to their duties as trustees;

    f.  Your "employee", but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business;

    g.  Your "volunteer worker" or any other person under your direct control, but only while performing duties related to the conduct of your business.

## 13. Joint Insured

If more than one Insured is named in this policy, the Insured first named shall act for every Insured for all purposes of this policy.

## 14. Limits of Insurance

The most we will pay for loss in any one occurrence shall not exceed the Limit of Insurance shown in the Declarations.

If any Coverage or Coverage Extension appears in more than one contract which forms a part of this policy, unless otherwise specified, the applicable Limit of Insurance shown in the Declarations for such coverages is the most we will pay and in any occurrence, regardless of the number of contracts in which such Coverage or Coverage Extension appears.

## 15. Loss Payment

Loss or damage covered by this policy will be payable to you or your loss payee. We agree that any holder of a Certificate of Insurance in which such holder is evidenced as a Loss Payee issued by us or on our behalf will be considered a Loss Payee, subject to your legal liability.

We will not pay you more than your financial interest in the "covered property".

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

We will pay you for covered loss or damage within thirty (30) days after we receive and accept a satisfactory sworn proof of loss as we have required or as required by law if you have complied with all the terms of this policy and:

    a.  We have reached agreement with you on the amount of loss; or,

    b.  A final judgment has been entered; or,

    c.  An appraisal award has been made.

We may adjust losses directly with the owners of lost or damaged property, if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the "covered property".

We may elect to defend you against a suit arising from claims of owners of property. We will do this at our expense.

We will not be liable for any part of a loss that has been paid or made good by others.

16. **Misrepresentation or Fraud**

This policy is void if you knowingly concealed or misrepresented any material fact or circumstance concerning this insurance, or in the case of any fraud or false swearing by you, whether before or after a loss. If you make any false or fraudulent claim as to the amount or otherwise, this Policy is void as to that specific claim, and we have the right to terminate this policy at that time, and any subsequent claims by you are forfeited. The term you as used in this paragraph applies to your executive production management or your risk Management Department.

You will not be prejudiced by any unintentional or inadvertent omissions, error or incorrect description of the property, persons, animals or exposure insured hereunder.

17. **No Benefit to Carrier to Bailee**

No person or organization, other than you, having custody of the "covered property" shall benefit from this insurance. This restriction does not apply to a person or organization, other than a common carrier, which is working or providing services on your behalf.

18. **Other Insurance**

If, at the time of loss or damage, any other valid insurance is available which would apply to the loss or damage in the absence of this policy, the insurance provided by this policy will be primary to any other policy held by you but excess with respect to any policy or coverage held or provided by any other party, unless otherwise agreed by you.

This policy does not apply to any "insured production" that has been declared by you under similar insurance provided by any other insurer.

19. **Policy Changes**

No changes may be made to this policy except by mutual agreement in writing.

20. **Property of Others**

In the event of loss or damage to property of others (insured hereunder) held by you for which claim is made upon us, the right to adjust such loss or damage with the owner or owners of such property is reserved to us and receipt of payment by such owner or owners in satisfaction thereof shall be in full satisfaction of any claim by you for which such payment has been made. If legal proceedings are taken to enforce a claim against you as respects any such loss or damage, we shall, at our expense, conduct and control the defense of such legal proceeding on behalf of and in your name. No action of ours in such regard will increase our liability under this policy.

21. **Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

To the extent recovery is made from such other insurance, the deductible under this policy will be reduced by such recovery. In no event will the deductible under this policy be greater than that

shown in this policy.  If recovery from such other insurance is greater than the deductible in this policy, then the deductible under this policy will not apply.

To the extent there is a recovery from other insurance, when the loss exceeds the Deductible, we will share the recovery and costs proportionally.

22. **Reporting Requirements**

You agree to declare to us the particulars of each and every "insured production" or series of production undertaken by you during the term of this policy.  If Cast insurance is to be provided, you will report to us each "covered person" to be insured.

23. **Stop Date Loss**

If as a result of delay in completing the original shooting schedule of an "insured production" you have to honor the termination date contained in a performance contract between you and any person and/or their respective loan out company designated for insurance under this policy, such loss (referred to as stop date loss) is not covered, except to the extent that it is directly related to a loss insured under this policy, as further defined below.

Our participation in a stop date loss will be governed by consideration of the following:

   a.   If the need to incur the stop date is solely and directly the result of a loss insured under this policy, the stop date loss will be recoverable in full;

   b.   If the need to incur the stop date loss arises in part by reason of a loss insured under this policy and also arises in part by an uninsured occurrence so that it can reasonably be said that each contributed to the stop date loss, then the extent that each contributed shall be determined and an apportionment of the stop date shall be made;

   c.   If the need to incur the stop date loss is in no way connected with a loss insured under this policy, no part of the stop date loss will be recoverable;

   d.   Coverage afforded by this paragraph is subject to the proviso that the performance contract term was sufficiently longer than your original schedule time for completion of the "insured production" so as to allow a reasonable margin of safety to cover possible delays in completing the "insured production".  It is agreed that three (3) consecutive days is a reasonable margin of safety for any "insured production" under this policy.

24. **Subrogation**

If any person or organization to or for whom we make payment under this coverage has rights to recover damages from another, those rights are transferred to us to the extent of our payment.  That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them.

This insurance will not be prejudiced if you have waived your right of recovery from any party in a lease for premises or rental agreement for property.  We will honor any written contractual waiver of subrogation obligation agreed to by you prior to a loss.

25. **Territory**

This policy applies anywhere in the universe with the exception of any country or jurisdiction which is subject to trade or other economic sanction or embargo by United States of America.

## DEFINITIONS

1. **"Computer Equipment and Hardware"** means a network of electronic machine components (microprocessors) capable of accepting instructions and information, processing the information according to the instructions, and producing results.

   a. **"Computer Equipment and Hardware"** include but is not limited to:

      i. Mainframe and mid-range computers and network servers;
      ii. Personal computers and workstations;
      iii. Laptops, palmtops, notebook PCs, other portable computer devices and accessories including but not limited to, multimedia projectors; and
      iv. Peripheral data processing equipment, including but not limited to, printers, keyboards, monitors, and modems.

   b. **"Computer Equipment and Hardware"** does not include:
      i. "Software"; and
      ii. Any server dedicated solely to website functions.

2. **"Continuity"** means costs incurred to match or maintain the Environment of an "insured production" during "principal photography". The Environment includes weather, climate, natural lighting or seasonal changes in which you are filming an "insured production".

3. **"Covered Person"** means a person or animal declared and accepted by us for Cast insurance.

4. **"Covered Property"** means property of others in your care, custody or control that is used or intended to be used in connection with an "insured production".

5. **"Data Records"** means files, documents, and information in an electronic format and that are stored on "media". This includes and is not limited to facts, concepts, source code, programming records or instructions which are converted to a form usable in your electronic data processing operations, "programs and applications" or electronically controlled equipment.

6. **"Disgrace"** means any criminal or alleged criminal act, or any offense against public taste or decency, committed by a "covered person", beyond their usual or expected behavior, that degrades or brings that "covered person" into disrepute or provokes insult or shock to the community that reflects unfavorably upon you or an "insured production" and that renders an "insured production" commercially unviable as respects any unaired declared production(s).

7. **"Electrical Disturbance"** means electrical or magnetic damage, disturbance of electronic recordings, or erasure of electronic recordings.

8. **"Employee"** includes a "leased worker" and a "temporary worker".

9. **"Family Bereavement"** means the death, severe injury, catastrophic injury and or life threatening or serious illness of an "immediate family member".

10. **"Immediate Family Member"** is defined as a mother, father, sister, brother, spouse, life partner, child, stepparents, stepchildren, stepsister, stepbrother, mother in law, father in law, sister in law, brother in law, daughter in law, son in law or "significant other", grandparent or grandchild of a "covered person".

11. **"Insured Production"** shall mean any Television Pilot, Series, Specials or Commercials, any Promotional, Documentary and/or Educational Film and/or Still Photography, Corporate Presentations, Meetings, Stage Shows, and including but not limited to any other similar production that has been declared to us.

12. **"Kidnapping"** means the involuntary taking and holding of a "covered person" for release upon payment of a ransom demand.

13. **"Land Vehicle"** means a land motor vehicle, trailer or semi trailer designed for travel on public roads but does not include "mobile equipment".

14. **"Leased Worker"** means a person leased to you, including free lance workers, by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

15. **"Loss of Use"** means the reasonable value of the use of "covered property" for the time reasonably necessary to repair or replace such property or until the cost of repair or value of such property has been paid, whichever occurs first, regardless of whether the property forms a part of any larger apparatus, assembly, package or collection of such property. However, "loss of use" does not include diminished value for "land vehicle".

16. **"Mechanical Breakdown"** means the verifiable malfunction or failure of moving or electronic parts, component failure, faulty installation, or blowout.

17. **"Media"** means processing, recording, or storage media used with "computer equipment and hardware". This includes but is not limited to films, tapes, cards, discs, drums, cartridges, or cells.

18. **"Mobile Equipment"** means any of the following types of "land vehicle", including any attached machinery or equipment:

    a. Bull dozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

    b. Vehicles that travel on crawler treads;

    c. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted equipment, or maintained primarily for purposes other than the transportation of persons or cargo.

    However, "mobile equipment" does not include any "land vehicle" that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged.

19. **"Pollutants"** mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

20. **"Principal Photography"** means the continuous period of time from the start date to the completion date you actually require to photograph or tape an "insured production", including any necessary special effects, wrap time or re-shoots.

21. **"Production Cost"** as used in this policy shall mean all costs including overhead chargeable directly to an "insured production" or series of productions. However, the following costs shall not be included in "production cost":

    a.  Royalties, term deals for executive producer(s), package fee and publicity, residuals, premiums paid for this insurance and personal and real estate property taxes; and,

    b.  Story, scenario, music rights and sound rights, except with respect to a television production, series of productions, special(s) or pilot(s); and,

    c.  Any other costs specifically not to be considered as production cost(s) in an endorsement to this policy; and,

    d.  "Continuity", except when a period of suspension due to covered loss or damage exceeds ninety (90) days.

    e.  Only as respects premium calculation, "production cost" will not include insurance costs, production service fee(s) and talent costs in excess of █████

Nevertheless, you have the option to include these costs at the time you declare an "insured production" or series of productions. In that case, such costs will be included as "production cost" and the amount of any loss or damage paid under this policy.

22. **"Programs and Applications"** means operating "programs and applications" that you purchase and that are:

    a.  stored on "media"; or
    b.  pre-installed and stored in "hardware".

23. **"Proprietary programs"** means proprietary applications or programs that are developed in-house or that you had developed specifically for you and that are:

    a.  stored on "media"; or
    b.  installed and stored in "hardware".

24. **"Software"** means "media", "data records", "programs and applications" and "proprietary programs".

25. **"Suit"** means a civil proceeding in which damages to which this insurance applies are alleged. "Suit" includes:

    a.  An arbitration proceeding in which damages are claimed and to which the Insured must submit or does submit with our consent; or

    b.  Any other alternative dispute resolution proceeding in which such damages are claimed and to which the Insured submits with our consent.

26. **"Temporary Worker"** means a person, including free lance workers who are furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

27. **"Term of Coverage"** on all "insured production" means the period beginning one hundred eighty (180) days before the date shown in the Declarations as the start of "principal photography" or the start date of "principal photography" which ever occurs first and continuing until the earliest of the following dates:

    a. The date of delivery required under contract with any Network, Advertising Agency or Distributor; or

    b. Eighteen (18) months after completion of photography on a production or series of productions; or

    c. The date on which an answer print, duplicate tape or other form of protection has been completed and physically removed from the premises where the original negative or tape is located; or

    d. The date on which cancellation or termination of coverage under this policy for the "insured production" becomes effective; or

    e. The date your interest in the property ceases.

The expiration date of this policy or a declaration will be extended, if necessary, from the earliest of these dates. We may charge additional premium for this extension.

28. **"Violent Death"** means the "covered person" dies at the hands of another person and that the "covered person" was involved in a crime. The showing or airing of the production would degrade you or anger the public.

29. **"Volunteer Worker"** means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

# COVERAGE EXTENSIONS APPLICABLE TO THIS POLICY

1. **Cost to Prepare a Claim**

We will pay the reasonable and necessary loss data preparation expenses we require you to incur after a covered loss, to determine the extent of such loss, not to exceed ▮▮▮▮. This does not apply to any expenses you incur for any insurance adjuster, consultant, attorney or any of your subsidiaries or affiliates. This limit is separate from, and not part of any of the applicable limits for coverage.

2. **Delivery Date Expediting Costs**

With respect to any "insured production" hereunder, subject to all other terms and conditions, the definition of loss with respect to Cast Coverage, Negative Film and Faulty Stock Coverage and Extra Expense Coverage is extended to include any loss, damage, expense or liability you necessarily incur arising out of, resulting from, caused by or as a consequence of any obligation or requirement of you to meet any schedule deadlines, delivery dates, release dates, air dates or any other completion date of an "insured production", subject to a limit of liability of ▮▮▮▮. This limit is part of and not in addition to the applicable limit for coverage described under Cast Coverage, Negative Film and Faulty Stock Coverage and or Extra Expense. We will pay the

amount of loss or damage in excess of the applicable deductible amount shown in the Declarations for each occurrence.

3. **Hiatus Coverage**

With respect to episodic television, coverage is continuous from the pilot through season one and between seasons for each continuing television series insured hereunder, hereinafter referred to as Hiatus Coverage, subject to all other terms and conditions of this policy.

Hiatus Coverage means the period of time from the end of coverage for the pilot or an episodic television season until the commencement of pre-production, for the series following the pilot or subsequent season.

The limits of insurance, deductibles and terms that were in effect for the preceding pilot or season will apply during the hiatus period.

Hiatus Coverage applies solely to Cast Coverage, Props, Sets and Wardrobe Coverage, Miscellaneous Property Coverage and Property of Others Coverage.

Hiatus Coverage will cease immediately when this policy is cancelled or non-renewed by you or us or 180 days after the start of Hiatus or at such time when the pilot or television series is not picked up or renewed by the network, whichever occurs first.

4. **Prints and Advertising Costs**

With respect to any "insured production" hereunder, subject to all other terms and conditions, the definition of loss with regard to Cast Coverage, Negative Film and Faulty Stock Coverage and or Extra Expense Coverage is extended to include the costs incurred for prints and advertising as have been rendered entirely valueless, solely in the event of an abandonment of an "insured production", subject to a limit of liability of ████████. This limit is part of and not in addition to the applicable limit for coverage described under Cast Coverage, Negative Film and Faulty Stock Coverage and or Extra Expense. We will pay the amount of loss or damage in excess of the applicable deductible amount shown in the Declarations for each occurrence.

5. **Public Relations Costs**

With respect to any "insured production" hereunder, subject to all other terms and conditions, the definition of loss with respect to "disgrace" and or "violent death" under Cast Coverage is extended to include the cost to hire a third party public relations firm, law firm or crisis management firm for the specific purpose to minimize potential harm to you arising from a situation or occurrence involving the "disgrace" or "violent death" of a "covered person" of an "insured production" subject to a limit of liability of ████████. This limit is part of and not in addition to the applicable limit for coverage described under Cast Coverage. We will pay the amount of loss or damage in excess of the applicable deductible amount shown in the Declarations for each occurrence.

# EXCLUSIONS APPLICABLE TO ALL COVERAGE FORMS OF THIS POLICY

This policy does not insure against loss or damage caused directly or indirectly by:

1. War, including undeclared or civil war; or

2.   Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

3.   Insurrection, rebellion, revolution, usurped power, or action taken by government authority in hindering or defending against any of these.

Such loss or damage is excluded regardless of any other cause or event that contributed concurrently or in any sequence to the loss.

4.   Any weapon of war employing atomic fission, atomic fusion or radioactive force, whether in time of peace or war.

5.   Nuclear reaction or radiation, or radioactive contamination from any other cause.  But if nuclear reaction or radiation, or radioactive contamination results in fire, we will pay for the direct loss or damage caused by that fire if the fire would be covered under this policy.

6.   Risks of contraband or illegal transportation of trade.

7.   Violation of any Law or Statute, or any actual dishonest, fraudulent, criminal or malicious act committed by you, your employees, including any judicial injunction or action for injunctive relief.

8.   Any uninsured event occurring before, concurrently with or after the happening of an insured event, which directly or indirectly causes or in any way contributes to cause or increase a loss under this policy, but only with respect to that portion of any such loss caused by or contributed to by the uninsured event, unless the uninsured event would not have been a factor had such insured event never occurred.

9.   "Stop Date Loss", except as otherwise provided under the definition of "Stop Date Loss".

10.  Pollution:  We will not pay for any loss directly or indirectly arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants".  In addition, we will not pay any costs or expenses resulting from the requirement of any ordinance, law or regulations that requires you to:

a.   Monitor, test for, clean up, contain, treat, detoxify or neutralize "pollutants"; or

b.   Respond in any way to the effects of "pollutants".

11.  Damage to or destruction of property caused intentionally by you or at your direction.

**CAST INSURANCE COVERAGE FORM**                                     **FILM PRO 3**

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and what is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning.

## COVERAGE

We will pay the actual and necessary loss you sustain by reason of a "covered person" in connection with an "insured production", from commencing, continuing or completing their respective duties or performance(s) in such "insured production". The loss must be caused by or resulting from a Covered Cause of Loss during the "term of coverage".

The most we will pay for loss or damage in any one occurrence shall not exceed the Limit of Insurance shown in the Declarations or per endorsement in connection with an "insured production". This limit applies to any one occurrence, regardless of the types or numbers of articles that are lost or damaged in that occurrence.

Our liability for loss shall only be to pay the amount in excess of the deductible as stated in the Declarations.

## COVERED CAUSES OF LOSS

1. Accidental injury, sickness or death to a "covered person".

2. "Kidnapping" including the ransom and any other costs and expenses directly resulting from the "kidnapping" of a "covered person".

3. The unavailability of a "covered person" due to a "family bereavement" of an "immediate family member" during the term a "covered person" is insured hereunder.

4. "Violent Death" or "Disgrace" of a "covered person" declared and accepted by us that necessarily forces the abandonment of the "insured production".

## COVERAGE EXTENSIONS

1. Subject to COVERAGE and Covered Cause of Loss 2 above, the most we will pay for loss or damage in any one occurrence shall not exceed the Limit of Insurance shown in the Declarations for loss or damage due to "kidnapping". This limit is part of and not in addition to the applicable limit for coverage described under Cast Coverage.

2. Subject to COVERAGE and Covered Cause of Loss 3 above, the most we will pay for loss or damage in any one occurrence shall not exceed the Limit of Insurance shown in the Declarations for loss or damage from "family bereavement". This limit is part of and not in addition to the applicable limit for coverage described under Cast Coverage.

Our liability for loss shall only be to pay the amount in excess of the deductible as stated in the Declarations.

**ADDITIONAL CONDITIONS**

1. Subject to the Medical Examination Condition below, "term of coverage", as defined in the General Policy Conditions, Definitions, paragraph 27, also includes the Pre-Production period of Cast Coverage.

   a. The pre-production period for Guest Artists in episodic television begins sixty (60) days before the start of "principal photography" or videotaping of an "insured production" or the date on which the Guest Artist has been contracted but in no event more than sixty (60) days from the start of "principal photography".

   Guest Artist means a director or a "covered person" appearing or contracted to appear in episodic television for less than fifty (50%) of a series of productions.

   b. The pre-production period for any other "covered person" begins ninety (90) days before the start of "principal photography".

2. Medical Examination, Accident Coverage, "Family Bereavement", "Violent Death" & "Disgrace"

   a. "Covered Person" must be examined by a duly qualified and licensed physician, designated or approved by us (veterinarian with respect to animals) or with our approval submit a Medical Certificate or Affidavit signed by the examinee and physician if applicable (not applicable to animals) not more than sixty (60) days prior to the date the "covered person" assigned duties or role in the "insured production" are scheduled to commence or as accepted by us.

   The physician and or examinee must complete and submit to us a Medical Certificate, Affidavit or medical questionnaire, on forms approved by us and signed by the "covered person" and physician if applicable.

   If the doctors we provide are not available to you for the completion of a medical examination, we grant you permission to us any licensed medical doctor available, except for the "covered person" personal physician.

   b. Sickness Coverage for the "covered person" will become effective on the date the medical examination, Medical Certificate or Affidavit authorization is completed, subject to our receipt and approval of the medical examination or Medical Certificate or Affidavit.

   Based on the medical information submitted to us, we have the right to make any reservation, exception or restriction regarding the insurability of the "covered person" within 36 working hours of receipt of the medical exam. We will not pay for loss caused by or resulting from any such reservation, exception or restriction.

   If a "covered person" becomes sick or disabled before the medical exam or Medical Affidavit has been completed and if such sickness or disability is the result of a condition that would not have routinely been discovered or disclosed during the medical examination or outlined in the Medical Affidavit, certificate or questionnaire or by a review of our case history of that person, then we will cover the sickness or disability.

   Our failure to respond to a Medical Certificate and Affidavit and or Affidavit and Authorization within 36 working hours of our receipt will result in full coverage without restriction

c. Accident and "Kidnap" coverage is effective on the date you have contracted with the "covered person" to perform in the "insured production".

d. "Disgrace" and "Violent Death" is effective when the "covered person" is approved by us for this coverage.

e. "Family Bereavement" is effective on the date you have contracted with the "covered person" to perform in the "insured production".

f. Animals must be declared and accepted by us before coverage will commence.

We will also review our own case history and public records to determine the coverage on any "covered person".

3. Additional Duties in the Event of Loss or Damage

For the purpose of this Coverage, the following Conditions apply in addition to the General Policy Conditions.

The following is added to General Policy Conditions, paragraph 9, Duties in the Event of Loss or Damage:

a. You must report immediately to us or our authorized representative any fact or circumstance which may prevent a "covered person" from commencing, continuing or completing an assigned duty or role in an "insured production" and which may become a claim under this policy.

b. You must immediately secure and file with us or our authorized representative the certification of a duly licensed physician. The certification must include a description of the injury, sickness or death and the prognosis.

c. You must make every effort to preserve our rights, including enforcing any contractual conditions or terms applicable to the "covered person", to:

   i. Have any "covered person" examined by a medical doctor of our choice; and
   ii. Have continuing access to the medical records of any "covered person".

**DEFINITION OF LOSS**

1. The amount of your loss will be determined based on:

a. All necessary "production cost" you incur to complete the "insured production" that exceeds the amount of "production cost" you would have incurred if the covered cause of loss had not occurred; and

b. All other necessary expenses that reduce the amount or loss otherwise payable.

However, your loss will not include loss of earnings or profit

2. If you abandon an "insured production" that has been made substantially valueless solely because one or more covered causes of loss reasonably, practically and necessarily prevents you from completing the "insured production", irrespective of any completion or delivery date requirements for the "insured production", we will pay as loss the total "production cost" you have incurred for the "insured production".

3. We shall not be required to accept abandonment unless we can obtain all rights, titles and interests in all underlying works, as well as films or tapes and all copies and related material thereof for the "insured production". However, this limitation shall not apply to any situation where you are legally, contractually and or practically precluded from transferring or assigning such rights, titles and interests to us.

## EXCLUSIONS

We will not pay for loss caused by or resulting from any of the following:

1. Any "covered person" accepted for insurance taking part in flying other than as a passenger.

2. The inability of any female "covered person" to continue her performance because of pregnancy or conditions pertaining to pregnancy. This exclusion will not apply if the "covered person" was not aware of the pregnancy when they accepted the assignment with you or when they completed the medical certificate or when the medical examination was performed.

3. Sickness on a "covered person" unless accepted by us and or as may be provided under section Additional Conditions, Medical Examination.

4. Any reservation, exception or restriction we have imposed on a "covered person", regardless of when the event causing loss occurs.

5. Behavior, action or inaction of a "covered person" that is consistent with the known public or private persona or behavior of the "covered person" which gives rise to "disgrace" of the "covered person".

6. Any "covered person" taking part in any extra hazardous stunt(s) without our written consent.

7. Ransom payments hereunder unless payment is authorized, approved and monitored by the police or other civil authority.

## GENERAL POLICY CONDITIONS

The General Policy Conditions apply to the coverage provided under this coverage form.

**NEGATIVE FILM & FAULTY STOCK COVERAGE FORM**                    **FILM PRO 4**

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and what is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning.

## COVERAGE

We agree to pay you such loss as you directly and solely sustain as a result of loss of, damage to or destruction of videotape stock, raw film stock, recorded videotape, exposed motion picture film (developed or undeveloped), inter-positives, positives, work prints, cutting copies, fine grain prints, sound tracks, tapes, transparencies, cels, art work (used to create animation or other images), source materials, "software", "data", "media" and related material used to generate computer or other images, your library stock and or any similar material or property, caused by the perils insured against, while such property is used or to be used by you in connection with an "insured production".

Library stock is your original cut negative film of completed or released productions, duplicate negatives, completed video tapes or other "media".

You will ensure that artwork, drawings, "software" and related material (hereinafter referred to as "source material") used to generate computer images and animation cels are retained until a protection print has been completed or expiration of this coverage, whichever comes first.

You will safeguard and maintain all source materials that have been photographed, or used as intended in the production process. Damage to such source material will not be considered a loss hereunder, except to the extent that other "covered property" is damaged and you have complied with the above.

The most we will pay for loss or damage in any one occurrence shall not exceed the Limit of Insurance shown in the Declarations for Negative Film and Faulty Stock Coverage. This limit applies to any one occurrence, regardless of the types or numbers of articles that are lost or damaged in that occurrence.

Our liability for loss shall only be to pay the amount in excess of the deductible as stated in the Declarations.

## PERILS COVERED

This coverage insures:

1. All risks of direct physical loss or damage to the property covered from any external cause, except as hereinafter excluded;

2. A computer crash including verifiable "mechanical breakdown" of systems supporting a computer system and not limited to air conditioning systems that results in loss of and or damage to "software" or data encoded on such "software";

3. Faulty materials, faulty equipment, faulty "computer equipment and hardware", faulty editing, faulty developing or faulty processing; including accidental erasure, magnetic, or x-ray injury, disturbance or erasure of film, electronic recordings or video tape and loss of "media", "data", or "software";

4.  Operator error including faulty manipulation or faulty operation, of camera, lighting, sound, electrical, editing, computer or any other equipment; technician's error(s) of judgment; and errors in machine or computer programming or instructions to any machine or computer.

## COVERAGE EXTENSIONS

1.  Subject to Perils Covered above, the most we will pay for loss or damage in any one occurrence shall not exceed the Limit of Insurance shown in the Declarations for loss or damage arising out of Operator Error. This limit is part of and not in addition to the applicable limit for coverage described under Negative Film and Faulty Stock Coverage.

2.  Subject to Perils Covered above, the most we will pay for loss or damage in any one occurrence shall not exceed the Limit of Insurance shown in the Declarations for loss or damage to Library Stock. This limit is part of and not in addition to the applicable limit for coverage described under Negative Film and Faulty Stock Coverage.

## PROPERTY NOT COVERED

This coverage does not insure cut-outs and unused footage.

## DEFINITION OF LOSS

1.  The amount of your loss will be determined based on the following:

    a.  With respect to videotape stock, raw film stock and blank media, the actual cost to replace these items with property of like kind and quality.

    b.  With respect to other "covered property", all necessary "production cost" you incur to reshoot, recreate, restore or complete the "insured production" that exceeds the amount of "production cost" you would have incurred if no physical loss or damage had occurred.

    c.  With respect to Library Stock, the actual cost to repurchase from an outside source, reprint or copy in whole or in part the affected portions of the library stock, whether or not the reprint or copy is made from an original or a copy of the lost or damaged library stock.

    d.  All other necessary expenses that reduce the amount of loss otherwise payable.

2.  Your loss will not include:

    a.  Loss of earnings or profit; or

    b.  "Production Cost" incurred due to delay in completing an "insured production".

    But we will pay for "production cost" incurred:

        i.  As the direct result of unavoidable delay that occurs during the period necessary to reshoot, recreate or restore the affected portions of the "insured production"; and
        ii. As the result of a covered "Stop Date Loss".

3. If you abandon an "insured production" that has been rendered substantially valueless solely because one or more covered causes of loss reasonably, practically and necessarily prevents you from completing the "insured production" irrespective of any completion or delivery date requirements for the "insured production", we will pay as loss the total "production cost" you have incurred for the "insured production".

## EXCLUSIONS

This coverage does not insure against loss caused by or resulting from:

1. Exposure to light, deterioration, atmospheric dampness or changes in temperature;

2. The use of incorrect raw film stock or videotape or "media" or "software";

3. Delay, loss of use, loss of market, interruption of business, or any other consequential loss extending beyond direct physical loss or damage;

4. Unexplained or mysterious disappearance or shortage found upon taking of inventory;

5. Damage to or destruction of property caused intentionally by you or at your direction.

## GENERAL POLICY CONDITIONS

The General Policy Conditions apply to the coverage provided under this coverage form.

**PROPS, SETS AND WARDROBE COVERAGE FORM**                                  **FILM PRO 5**

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and what is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning.

## COVERAGE

We agree to pay you or on your behalf the value of props, sets, scenery, costumes, wardrobe and all other similar property owned by you, or which is the property of others for which you are legally liable, not including loss of use, that is lost, damaged or destroyed, caused by the perils insured against, while such property is used or to be used by you in connection with an "insured production".

The most we will pay for loss or damage in any one occurrence shall not exceed the Limit of Insurance shown in the Declarations for Props, Sets and Wardrobe Coverage. This limit applies to any one occurrence, regardless of the types or numbers or articles that are lost or damaged in that occurrence.

Our liability for loss shall only be to pay the amount in excess of the deductible as stated in the Declarations.

## PERILS COVERED

This coverage insures against all risks of direct physical loss of or damage to the property covered from any external cause, except as hereinafter excluded.

## COVERAGE EXTENSIONS

Subject to Coverage above, the most we will pay for loss or damage in any one occurrence shall not exceed the Limit of Insurance shown in the Declarations for the following types of property:

1. Furs, fur garments and garments trimmed with fur;

2. Jewelry, costume jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals; and

3. Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains, porcelains and bric-a-brac.

This limit applies to any one occurrence, regardless of the types of numbers of articles that are lost or damaged in that occurrence. This limit is part of and not in addition to the applicable limit for coverage described under Props, Sets and Wardrobe Coverage. Our liability for loss shall only be to pay the amount of excess of the deductible as stated in the Declarations.

## PROPERTY NOT COVERED

This coverage does not include:

1. Any property, whether personal property or real property, that is "covered property" under any other Section of this policy, whether you can collect under that other coverage section or not;

2. Plant life, (except used as part of a set), accounts, bills, currency or money, notes, securities, stamps, deeds, evidences of debt, letters of credit, credit cards, passports and transportation, admissions or other tickets;

3. Aircraft (including Spacecraft, gliders and hang-gliders) except used as part of a set as a non-functional craft during filming or taping of an "insured production";

4. Watercraft valued over $███████ while waterborne, except used or intended to be used as part of a set and moored to a pier, dock, wharf or similar structure in connection with an "insured production".

## DEFINITION OF LOSS

The amount of your loss will be determined based on the following:

1. Your property shall be valued at the full cost of repair or replacement, without deduction for depreciation or betterment, if repaired or replaced with due diligence and dispatch, and in no event, unless repair or replacement is completed within one year from the date of loss. If not repaired or replaced, the property shall be valued at its actual cash value at the time and the place of loss;

2. Property of others will be valued in accordance with a written contract and in the absence of a written contract at common or fair market value or as you are obligated to pay by common law.

## EXCLUSIONS

This coverage does not insure against loss or damage caused by or resulting from:

1. Wear and tear; any quality in the property that causes it to damage or destroy itself; hidden or latent defect; gradual deterioration; depreciation; "mechanical breakdown" or electrical breakdown; insects, vermin, or rodents; corrosion, rust, dampness, cold or heat; extremes or changes of temperature. This exclusion does not apply to verifiable breakdown, short circuit, electrical injury, disturbance or malfunction to props, sets, scenery, costumes, wardrobe and all other similar property used or intended to be used in an "insured production". However, mechanical props, created, constructed, designed or maintained by you must be tested and verified to be in working order under the conditions you will be using them;

2. Any work process, experimentation, repairing, restoration, conversion, or partial conversion, retouching, painting, cleaning or any other form of process performed or undertaken by you or on your behalf or at your direction, unless accidental fire, explosion or water damage ensues and then only for the loss or damage caused by such ensuing fire, explosion or water damage;

3. Unexplained or mysterious disappearance, or shortage found upon taking of inventory;

4. Rain, sleet, snow or hail, whether driven by wind or not, to property stored in the open. This exclusion does not apply to property that was built or designed to be stored in the open;

5. Damage to or destruction of property caused intentionally by you or at your direction;

6. Delay, loss of use, loss of market, interruption of business, or any other consequential loss extending beyond direct physical loss or damage.

## GENERAL POLICY CONDITIONS

The General Policy Conditions apply to the coverage provided under this coverage form.

**MISCELLANEOUS PROPERTY COVERAGE FORM**                    **FILM PRO 6**

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and what is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning.

### COVERAGE

We agree to pay you or on behalf the value of personal property, owned by you or which is the property of others for which you are legally liable, not including loss of use, that is lost, damaged or destroyed caused by the perils insured against, while such property is used or to be used by you in connection with an "insured production" including but not limited to:

1.  Cameras, camera equipment, sound and lighting equipment, portable electric equipment, mechanical effects equipment, grip equipment;

2.  "Mobile equipment" including mobile dressing rooms, honey wagons and trailer units;

3.  "Land vehicle" you rent, hire, loan, borrow or picture vehicles owned by an "insured production" entity;

4.  Office equipment, furniture, fixtures and your improvements and betterments; office related electronic data equipment, office equipment and supplies;

5.  Personal property of Employees, Talent and Directors.

The most we will pay for loss or damage in any one occurrence shall not exceed the Limit of Insurance shown in the Declarations. This limit applies to any one occurrence, regardless of the types or numbers of articles that are lost or damaged in that occurrence.

Our liability for loss shall only be to pay the amount in excess of the deductible as stated in the Declarations.

### PERILS COVERED

This coverage insures against all risks of direct physical loss of or damage to the property covered from any external cause, except as hereinafter excluded.

### SUPPLEMENTAL COVERAGE

Subject to COVERAGE, paragraph 3 above, the most we will pay in any one occurrence shall not exceed ████████ for loss or damage to "land vehicle" you rent, hire, loan, borrow or picture vehicles owned by an "insured production" entity. This limit applies to any one occurrence, regardless of the types or numbers of articles that are lost or damaged in that occurrence. This limit is separate from, and not part of, the applicable limit for coverage as described under Miscellaneous Property Coverage.

Our liability for loss shall only be to pay the amount in excess of the deductible as stated in the Declarations.

**COVERAGE EXTENSIONS** .

1. Subject to COVERAGE, paragraph 4 above, the most we will pay in any one occurrence shall not exceed the Limit of Insurance shown in the Declarations for loss or damage to Office equipment, furniture, fixtures and your improvements and betterments; office related electronic data equipment, office equipment and supplies. This limit applies to any one occurrence, regardless of the types or numbers of articles that are lost or damaged in that occurrence. This limit is part of and not in addition to the applicable limit for coverage described under Miscellaneous Property Coverage.

2. Subject to COVERAGE, paragraph 5 above, the most we will pay in any one occurrence shall not exceed the Limit of Insurance shown in the Declarations for loss or damage to Personal property of Employees, Talent and Directors. This limit applies to any one occurrence, regardless of the types or numbers of articles that are lost or damaged in that occurrence. This limit is part of and not in addition to the applicable limit for coverage described under Miscellaneous Property Coverage.

3. Subject to COVERAGE above, the most we will pay in any one occurrence shall not exceed the Limit of Insurance shown in the Declarations for loss or destruction of money and currency arising out of:

    a. Fire;

    b. Burglary, defined as a loss which results from forcible entry to or exit from premises, safes or locked property;

    c. Armed robbery, defined as the forcible taking of money at gunpoint or by similar threat; Provided at the following locations while:

        i. in locked safes and vaults secured on your premises and/or locations used as temporary production offices and/or hotel safes;
        ii. in the custody of your approved agents in the course of and while performing their duties as agents;

    You warrant that you and your agents will secure money and currency overnight in safes whenever available at locations other than your business premises. Failure to adhere to this warranty will relieve us from all obligations under this coverage to the extent that a loss is suffered or increased by that failure.

    This limit is part of and not in addition to the applicable limit for coverage described under Miscellaneous Property Coverage.

**PROPERTY NOT COVERED**

This coverage does not include:

1. Any property, whether personal property or real property, that is "covered property" under any other Section of this policy, whether you can collect under that other coverage section or not;

2. Animals in excess of ▮▮▮▮▮;

3. Aircraft (including Spacecraft, gliders and hang-gliders);

4. Watercraft;

5. "Land vehicle" you own except as covered in COVERAGE, paragraph 3 above or that are picture vehicles used or intended to be used on-camera in an "insured production";

6. "Land vehicle" while involved in professional racing or stunts unless specifically added to this policy.

## DEFINITION OF LOSS

The amount of your loss will be determined based on the following:

1. Your property shall be valued at the full cost of repair or replacement, without deduction for depreciation or betterment, if repaired or replaced with due diligence and dispatch, and in no event, unless repair or replacement is completed within one year from the date of loss.  If not repaired or replaced, the property shall be valued at its actual cash value at the time and the place of loss;

2. Property of others will be valued in accordance with a written contract and in the absence of a written contract at common or fair market value or as you are obligated to pay by common law;

3. Vehicles shall be valued at actual cash value as of the date and location of loss or in accordance with a written contract.

## EXCLUSIONS

This coverage does not insure against loss or damage caused by or resulting from:

1. Wear and tear; any quality in the property that causes it to damage or destroy itself; hidden or latent defect; gradual deterioration; depreciation; mechanical breakdown or electrical breakdown; insects, vermin, or rodents; corrosion, rust, dampness, cold or heat; extremes or changes of temperature. This exclusion does not apply to verifiable breakdown, short circuit, electrical injury, disturbance or malfunction to equipment, property or vehicles used or intended to be used in an "insured production";

2. Any work process, experimentation, repairing, restoration, conversion, or partial conversion, retouching, painting, cleaning or any other form of process performed or undertaken by you or on your behalf or at your direction, unless accidental fire, explosion or water damage ensues and then only for the loss or damage caused by such ensuing fire, explosion or water damage;

3. Unexplained or mysterious disappearance, or shortage found upon taking of inventory;

4. Rain, sleet, snow or hail, whether driven by wind or not, to property stored in the open. This exclusion does not apply to property that was built or designed to be stored in the open;

5. Damage to or destruction of property caused intentionally by you or at your direction;

6. Delay, loss of use, loss of market, interruption of business, or any other consequential loss extending beyond direct physical loss or damage.

## GENERAL POLICY CONDITIONS

The General Policy Conditions apply to the coverage provided under this coverage form.

**PROPERTY OF OTHERS COVERAGE FORM**                                    **FILM PRO 7**

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and what is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning.

## COVERAGE

We agree to pay you or on your behalf those sums that you become legally obligated to pay, including "loss of use", because of direct physical loss, injury to, damage or destruction of "covered property".

We will have the right and duty to defend you against any "suit" seeking those damages. However, we will have no duty to defend you against any "suit" seeking damages for direct physical loss or damage to which this insurance does not apply. We may, at our discretion, investigate and settle any claim or "suit" that may result. But:

1. The most we will pay for loss or damage in any one occurrence shall not exceed the Limit of Insurance shown in the Declarations; and

2. Our right and duty to defend ends when we have used up the Limit of Insurance in the payment of judgments and settlements.

3. Our liability for loss shall only be to pay the amount in excess of the deductible as stated in the Declarations.

## COVERAGE EXTENSIONS

Supplemental Payments

We will pay, with respect to any claim we investigate or settle, or any "suit" against you we defend:

1. All expenses we incur;

2. The costs of bonds to release attachments, but only for bond amounts within our Limit of Insurance. We do not have to furnish these bonds;

3. All reasonable expenses, other than loss of earnings, incurred by you at our request;

4. All costs taxed against you in the "suit";

5. Prejudgment interest awarded against you on that part of the judgment we pay. If we make an offer to pay our Limit of Insurance, we will not pay any prejudgment interest based on that period of time after the offer;

6. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance shown in the Declarations of this policy.

**PROPERTY NOT COVERED**

"Covered Property" does not include:

1. Any property, whether personal property or real property, that is "covered property" under any other Section of this policy, whether you can collect under that other coverage section or not, except for "loss of use" of such property used in connection with an "insured production";

2. Buildings and their improvement and betterments you rent or lease except used in connection with an "insured production" or as living quarters for your cast and crew in connection with an "insured production";

3. Animals valued in excess of ███████.

**EXCLUSIONS**

This coverage does not insure against loss or damage to or destruction of property caused intentionally by you or at your direction.

**GENERAL POLICY CONDITIONS**

The General Policy Conditions apply to the coverage provided under this coverage form.

**EXTRA EXPENSE COVERAGE FORM**                                            **FILM PRO 8**

Various provisions in this policy restrict coverage.  Read the entire policy carefully to determine rights, duties and what is and what is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations.  The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning.

## COVERAGE A

We will pay the actual and necessary extra expense (as defined in Definition of Loss), not including loss of earnings or profit, you sustain as a result of the interruption, postponement, cancellation, relocation, curtailment or abandonment of an "insured production" due to the following:

1. Any direct physical loss and or damage or threat thereof to property, facilities and or locations used or to be used in an "insured production"; or

2. Confiscation and or detainment of equipment, material or personal property by order of any government or civil authority; or

3. Interruption or loss of utilities (electrical, steam, gas or any other power source) required to continue or complete an "insured production"; or

4. Shipping or transit of necessary and required property caused by adverse weather; or

5. Strikes by any party, union, guild or labor group to which you are not a signatory or directly involved in negotiations or is not a major entertainment guild or union; or

6. Verifiable "mechanical breakdown", short circuit, electrical injury, disturbance or malfunction or other electrical injury, disturbance or failure whether due to external or internal causes to generators, computers, cameras and related equipment , lighting, sound, grip equipment, vehicles or any other equipment and or property to be used or intended to be used in an "insured production"; or

7. Interruption, postponement or cancellation of an "insured production" as a direct result of the action of a civil authority that revokes your permission to use or prohibits access to property or facilities used or to be used in connection with an "insured production"; or

8. Imminent peril, defined as certain, immediate and impending danger of such probability and severity to persons or property that it would be unreasonable or unconscionable to ignore:

    a. Any expense incurred to avoid a loss resulting from imminent peril are covered to the extent that they serve to avoid a loss otherwise covered and or in accordance with General Policy Conditions - Due Diligence; or

    b. Except as provided above, this extension does not negate the applicability of the basic terms and conditions of:

        i. the Extra Expense coverage in the event that an imminent peril results in damage to or destruction of property or facilities payable under this policy; or

    ii. Cast coverage (if applicable) in the event that an imminent peril results in the death, injury or sickness of a "covered person", in which case a separate claim will result from the consequential loss as described above.

9. The death, sickness and or injury of any animal valued up to ▮▮▮▮▮

## COVERAGE B

We will pay the actual and necessary extra expense (as defined in Definition of Loss), not including loss of earnings or profit, you sustain as a result of the interruption, postponement, cancellation, relocation, curtailment or abandonment of an "insured production" due to an unexpected, sudden occurrence resulting in the death or injury of a cast, crew member or a production executive on the production site that necessarily forces you to stop the filming of the "insured production". The following must have occurred:

1. The occurrence  resulted in a life-threatening physical injury or the accidental death of  a cast, crew member or a production executive of the "insured production";

2. The occurrence occurs at the filming location of the "insured production" (meaning a location where cast, crew member or a production executive is assembled to shoot any scheduled work);

3. The occurrence was witnessed by cast, crew member or a production executive of the "insured production" or is a forced closure by a civil authority;

4. The occurrence necessarily results in the immediate suspension of production of the "insured production".

## COVERAGE C

We will pay the actual and necessary extra expense (as defined in Definition of Loss), not including loss of earnings or profit, you sustain as a result of the interruption, postponement, cancellation, relocation, curtailment or abandonment of an "insured production" due to the following:

    Any unexpected, sudden and or accidental occurrence entirely beyond your control.

## LIMIT OF LIABILITY AND DEDUCTIBLE

1. Subject to Coverage A, the most we will pay for loss or damage in any one occurrence shall not exceed the Limit of Insurance shown in the Declarations.

2. Subject to Coverage A, paragraph 4 above, the most we will pay for loss or damage in any one occurrence shall not exceed the Limit of Insurance shown in the Declarations for loss or damage arising out of adverse weather for shipping or transit. This limit is part of and not in addition to the applicable limit for coverage described under Extra Expense Coverage.

3. Subject to Coverage A, paragraph 5 above, the most we will pay for loss or damage in any one occurrence shall not exceed the Limit of Insurance shown in the Declarations for loss or damage arising out of Strikes. This limit is part of and not in addition to the applicable limit for coverage described under Extra Expense Coverage.

4. Subject to Coverage A, paragraph 7 above, the most we will pay for loss or damage in any one occurrence shall not exceed the Limit of Insurance shown in the Declarations for loss or damage due to the acts of a Civil Authority. This limit is part of and not in addition to the applicable limit for coverage described under Extra Expense Coverage.

5.  Subject to Coverage B, the most we will pay for loss or damage in any one occurrence shall not exceed the Limit of Insurance shown in the Declarations for loss or damage due to an unexpected, sudden occurrence resulting in the death or injury of a cast, crew member or a production executive on the production site. This limit is part of and not in addition to the applicable limit for coverage described under Extra Expense Coverage.

6.  Subject to Coverage C, the most we will pay for loss or damage in any one occurrence shall not exceed the Limit of Insurance shown in the Declarations and if such loss or damage is not covered by any other section of this policy. This limit is part of and not in addition to the applicable limit for coverage described under Extra Expense Coverage.

Our liability for loss shall only be to pay the amount in excess of the deductible as stated in the Declarations.

## DEFINITION OF LOSS

1.  The amount of your loss will be determined based on the following:

    a.  All necessary "production cost" you incur to reshoot, recreate, restore or complete the "insured production" that exceeds the amount of "production cost" you would have incurred if no physical loss or damage had occurred; and

    b.  All other necessary expenses that reduce the amount or loss otherwise payable.

    However, your loss will not include loss of earnings or profit.

2.  If you abandon an "insured production" that has been made substantially valueless solely because one or more covered causes of loss reasonably, practically and necessarily prevents you from completing the "insured production" irrespective of any completion or delivery date requirements for the "insured production", we will pay as loss the total "production cost" you have incurred for the "insured production".

3.  We shall not be required to accept "abandonment" unless we can obtain all rights, titles and interests in all underlying works, as well as films or tapes and all copies and related material thereof for the "insured production". However, this limitation shall not apply to any situation where you are legally, contractually or practically precluded from transferring or assigning such rights, titles and interests to us.

## EXCLUSIONS

This coverage does not insure against loss or damage directly or indirectly caused by or resulting from:

1.  Wear and tear; any quality in the property that causes it to damage or destroy itself; hidden or latent defect; gradual deterioration; depreciation; insects, vermin, or rodents; corrosion, rust, dampness, cold or heat; extremes or changes of temperature;

2.  Unexplained or mysterious disappearance, or shortage found upon taking of inventory;

3.  Rain, sleet, snow or hail, whether driven by wind or not, to property stored in the open. This exclusion does not apply to property that was built or designed to be stored in the open;

4.  Damage to or destruction of property caused intentionally by you or at your direction.

This exclusion does not apply to damage, destruction or threat thereof to "software" or "media" by anyone breaching your authority and safeguards to protect such "software" or "media";

5. Strike by any organization for which you are a signatory or negotiate with or is a major entertainment union or guild; or  strike by a union or guild that was occurring prior to the commencement of an "insured production";

6. Any work process, experimentation, repairing, restoration, conversion, or partial conversion, retouching, painting, cleaning or any other form or process performed or undertaken by you or on your behalf or at your direction, unless accidental fire, explosion, or water damage ensues and then only for the extra expense incurred as a result of such ensuing fire, explosion or water damage;

7. Delay, loss of use, loss of market, interruption of business, loss of profit, indirect or any other consequential loss extending beyond direct physical loss or damage, imminent peril, or any loss or expense that does not meet the definition of loss under this coverage part;

8. Any financial cause of loss, including but not limited to:

    a. Any deficient or inadequate response, support or withdrawal of support, including insufficient attendance or interest prior to attendance;

    b. Withdrawal of funds, inadequate or insufficient finances, however caused;

    c. Any financial failure of any venture, company, entity or person;

    d. Any failure to maintain adequate receipts, sales or profits, including any failure to provide bond(s) or financial security;

    e. Any variation in the rate of exchange, including devaluation, rate of interest or stability of any currency;

9. Any actual adverse weather at the location of any "insured production" except:  the action of a civil authority that prevents access to, exit from (ingress or egress) or, closes down the location and or facilities due to conditions that threaten the safety of cast, crew member or property; an imminent peril; or physical damage to property, facilities, or locations necessary to the "insured production";

10. Your failure or inability to complete or obtain any contractual agreements, permits or licenses of any kind;

11. Your failure or inability to properly comply with, or the violation of, any requirement or any procedure necessary for the issuance and continuance of any permit or authorization; or your failure to properly process or complete any applications or required documents;

12. The refusal or revocation of any permit or authorization due to a violation of any existing civil or criminal law or codes;

13. Any Governmental body or Civil Authority preventing the commencement or completion of an "insured production", due to a breach of or any violation of the terms or conditions of a permit or authorization issued to you;

14. Any concern or fear of an occurrence which may affect the commencement or the continuation of the "insured production", except:  the action of a civil authority that prevents access to, exit from

(ingress or egress) or, closes down location(s) and or facilities used or to be used due to conditions that threaten the safety of cast, crew or property; an imminent peril; or physical damage to property, facilities, or locations necessary to the "insured production";

15. Any concern or belief that the commencement or continuation of "insured production" is inappropriate, except as provided under the Extra Expense Coverage B.1., 2., 3. and 4.;

16. Breach of contract by any party whether their contractual relationship be with you or otherwise where such loss is a consequent upon or contributed to by any cause within your control or any other such party which includes the failure of any individual or entity contracted, hired or employed to willingly perform the duties for which that person or entity has been hired with respect to the "insured production"; and the failure of any person in connection with the "insured production" to commence, continue or complete their respective duties or performances for any reason;

17. Any weather condition that is a photographic weather condition;

18. The quality or content of the "insured production";

19. Any other loss that is covered under any other section of this policy, whether you can collect under that other coverage section or not.

## WARRANTY

You warrant that prior to the inception of coverage hereunder that you have no knowledge of any matter, fact or circumstance, actual or threatened that increases or could increase the possibility of a loss under this Policy. This warranty applies ONLY to Coverage C.

## GENERAL POLICY CONDITIONS

The General Policy Conditions apply to the coverage provided under this coverage form.

IL 02 68 08 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NEW YORK CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** Paragraphs **1.**, **2.**, **3.** and **5.** of the **Cancellation** Common Policy Condition are replaced by the following:

**1.** The first Named Insured shown in the Declarations may cancel this entire policy by mailing or delivering to us advance written notice of cancellation.

**2. Cancellation Of Policies In Effect**

**a. 60 Days Or Less**

We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

**(1)** 30 days before the effective date of cancellation if we cancel for any reason not included in Paragraph **A.2.a.(2)** below.

**(2)** 15 days before the effective date of cancellation if we cancel for any of the following reasons:

**(a)** Nonpayment of premium, provided however, that a notice of cancellation on this ground shall inform the first Named Insured of the amount due;

**(b)** Conviction of a crime arising out of acts increasing the hazard insured against;

**(c)** Discovery of fraud or material misrepresentation in the obtaining of the policy or in the presentation of a claim;

**(d)** After issuance of the policy or after the last renewal date, discovery of an act or omission, or a violation of any policy condition, that substantially and materially increases the hazard insured against, and that occurred subsequent to inception of the current policy period;

**(e)** Material physical change in the property insured, occurring after issuance or last annual renewal anniversary date of the policy, that results in the property becoming uninsurable in accordance with our objective, uniformly applied underwriting standards in effect at the time the policy was issued or last renewed; or material change in the nature or extent of the risk, occurring after issuance or last annual renewal anniversary date of the policy, that causes the risk of loss to be substantially and materially increased beyond that contemplated at the time the policy was issued or last renewed;

**(f)** Required pursuant to a determination by the Superintendent that continuation of our present premium volume would jeopardize our solvency or be hazardous to the interest of our policyholders, our creditors or the public;

 © Insurance Services Office, Inc., 2008

**(g)** A determination by the Superinten-
dent that the continuation of the pol-
icy would violate, or would place us
in violation of, any provision of the
Insurance Code; or

**(h)** Where we have reason to believe, in
good faith and with sufficient cause,
that there is a probable risk of dan-
ger that the insured will destroy, or
permit to be destroyed, the insured
property for the purpose of collecting
the insurance proceeds. If we cancel
for this reason, you may make a writ-
ten request to the Insurance De-
partment, within 10 days of receipt of
this notice, to review our cancellation
decision. Also, we will simultane-
ously send a copy of this cancella-
tion notice to the Insurance Depart-
ment.

**b. For More Than 60 Days**

If this policy has been in effect for more
than 60 days, or if this policy is a renewal or
continuation of a policy we issued, we may
cancel only for any of the reasons listed in
Paragraph **A.2.a.(2)** above, provided:

**(1)** We mail the first Named Insured written
notice at least 15 days before the effec-
tive date of cancellation; and

**(2)** If we cancel for nonpayment of pre-
mium, our notice of cancellation informs
the first Named Insured of the amount
due.

**3.** We will mail or deliver our notice, including the
reason for cancellation, to the first Named In-
sured at the address shown in the policy and to
the authorized agent or broker.

**5.** If this policy is cancelled, we will send the first
Named Insured any premium refund due. If we
cancel, the refund will be pro rata. If the first
**Named** Insured cancels, the refund may be
less than pro rata.

However, when the premium is advanced un-
der a premium finance agreement, the cancel-
lation refund will be pro rata. Under such fi-
nanced policies, we will be entitled to retain a
minimum earned premium of 10% of the total
policy premium or ▮▮▮ whichever is greater.
The cancellation will be effective even if we
have not made or offered a refund.

**B.** The following is added to the **Cancellation** Com-
mon Policy Condition:

**7.** If one of the reasons for cancellation in Para-
graph **A.2.a.(2)** or **D.2.b.(2)** exists, we may
cancel this entire policy, even if the reason for
cancellation pertains only to a new coverage or
endorsement initially effective subsequent to
the original issuance of this policy.

**C.** The following conditions are added:

**1. Nonrenewal**

If we decide not to renew this policy we will
send notice as provided in Paragraph **C.3.** be-
low.

**2. Conditional Renewal**

If we conditionally renew this policy subject to
a:

**a.** Change of limits;

**b.** Change in type of coverage;

**c.** Reduction of coverage;

**d.** Increased deductible;

**e.** Addition of exclusion; or

**f.** Increased premiums in excess of 10%,
exclusive of any premium increase due to
and commensurate with insured value
added or increased exposure units; or as a
result of experience rating, loss rating, ret-
rospective rating or audit;

we will send notice as provided in Paragraph
**C.3.** below.

**3. Notices Of Nonrenewal And Conditional
Renewal**

**a.** If we decide not to renew this policy or to
conditionally renew this policy as provided
in Paragraphs **C.1.** and **C.2.** above, we will
mail or deliver written notice to the first
Named Insured shown in the Declarations
at least 60 but not more than 120 days be-
fore:

**(1)** The expiration date; or

**(2)** The anniversary date if this is a continu-
ous policy.

**b.** Notice will be mailed or delivered to the first
Named Insured at the address shown in the
policy and to the authorized agent or bro-
ker. If notice is mailed, proof of mailing will
be sufficient proof of notice.

© Insurance Services Office, Inc., 2008

□

**c.** Notice will include the specific reason(s) for nonrenewal or conditional renewal, including the amount of any premium increase for conditional renewal and description of any other changes.

**d.** If we violate any of the provisions of Paragraph **C.3.a.**, **b.** or **c.** above by sending the first Named Insured an incomplete or late conditional renewal notice or a late nonrenewal notice:

**(1)** Coverage will remain in effect at the same terms and conditions of this policy at the lower of the current rates or the prior period's rates until 60 days after such notice is mailed or delivered, unless the first Named Insured, during this 60 day period, has replaced the coverage or elects to cancel.

**(2)** On or after the expiration date of this policy, coverage will remain in effect at the same terms and conditions of this policy for another policy period, at the lower of the current rates or the prior period's rates, unless the first Named Insured, during this additional policy period, has replaced the coverage or elects to cancel.

**e.** If you elect to renew on the basis of a late conditional renewal notice, the terms, conditions and rates set forth in such notice shall apply:

**(1)** Upon expiration of the 60 day period; or

**(2)** Notwithstanding the provisions in Paragraphs **d.(1)** and **d.(2)**, as of the renewal date of the policy if we send the first Named Insured the conditional renewal notice at least 30 days prior to the expiration or anniversary date of the policy.

**f.** We will not send you notice of nonrenewal or conditional renewal if you, your authorized agent or broker or another insurer of yours mails or delivers notice that the policy has been replaced or is no longer desired.

**D.** The following provisions apply when the Commercial Property Coverage Part, the Farm Coverage Part or the Capital Assets Program (Output Policy) Coverage Part is made a part of this policy:

**1.** Items **D.2.** and **D.3.** apply if this policy meets the following conditions:

**a.** The policy is issued or issued for delivery in New York State covering property located in this state; and

**b.** The policy insures:

**(1)** For loss of or damage to structures, other than hotels or motels, used predominantly for residential purposes and consisting of no more than four dwelling units; or

**(2)** For loss of or damage to personal property other than farm personal property or business property; or

**(3)** Against damages arising from liability for loss of, damage to or injury to persons or property, except liability arising from business or farming; and

**c.** The portion of the annual premium attributable to the property and contingencies described in **1.b.** exceeds the portion applicable to other property and contingencies.

**2.** Paragraph **2.** of the **Cancellation** Common Policy Condition is replaced by the following:

**2. Procedure And Reasons For Cancellation**

**a.** We may cancel this entire policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

**(1)** 15 days before the effective date of cancellation if we cancel for nonpayment of premium, provided however, that a notice of cancellation on this ground shall inform the first Named Insured of the amount due; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**b.** But if this policy:

**(1)** Has been in effect for more than 60 days; or

**(2)** Is a renewal of a policy we issued:

we may cancel this policy only for one or more of the following reasons:

**(1)** Nonpayment of premium, provided however, that a notice of cancellation on this ground shall inform the first Named Insured of the amount due;

**(2)** Conviction of a crime arising out of acts increasing the risk of loss;

**(3)** Discovery of fraud or material misrepresentation in obtaining the policy or in making a claim;

**(4)** Discovery of willful or reckless acts or omissions increasing the risk of loss;

**(5)** Physical changes in the covered property that make that property uninsurable in accordance with our objective and uniformly applied underwriting standards in effect when we:

**(a)** Issued the policy; or

**(b)** Last voluntarily renewed the policy;

**(6)** The Superintendent of Insurance's determination that continuing the policy would violate Chapter 28 of the Insurance Law; or

**(7)** Required pursuant to a determination by the Superintendent of Insurance that the continuation of our present premium volume would be hazardous to the interests of our policyholders, our creditors or the public.

**3.** The following are added:

**a. Conditional Continuation**

Instead of cancelling this policy, we may continue it on the condition that:

**(1)** The policy limits be changed; or

**(2)** Any coverage not required by law be eliminated.

If this policy is conditionally continued, we will mail or deliver to the first Named Insured written notice at least 20 days before the effective date of the change or elimination. We will mail or deliver our notice to the first Named Insured's last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice. Delivery of the notice will be the same as mailing.

**b. Nonrenewal**

If, as allowed by the laws of New York State, we:

**(1)** Do not renew this policy; or

**(2)** Condition policy renewal upon:

**(a)** Change of limits, or

**(b)** Elimination of coverage;

we will mail or deliver written notice of nonrenewal or conditional renewal:

**(a)** At least 45 days; but

**(b)** Not more than 60 days;

before the expiration date of the policy. We will mail or deliver our notice to the first Named Insured's last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice. Delivery of the notice will be the same as mailing.

**E.** The following is added to the Farm Property – Other Farm Provisions Form – Additional Coverages, Conditions, Definitions, the Commercial Property Coverage Part and the Capital Assets Program (Output Policy) Coverage Part:

When the property is subject to the Anti-Arson Application in accordance with New York Insurance Department Regulation No. 96, the following provisions are added:

If you fail to return the completed, signed and affirmed anti-arson application to us:

**1.** Or our broker or agent within 45 days of the effective date of a new policy, we will cancel the entire policy by giving 20 days' written notice to you and to the mortgageholder shown in the Declarations.

**2.** Before the expiration date of any policy, we will cancel the policy by giving written notice to you and to the mortgageholder shown in the Declarations at least 15 days before the effective date of cancellation.

The cancellation provisions set forth in **E.1.** and **E.2.** above supersede any contrary provisions in this policy including this endorsement.

If the notice in **E.1.** or **E.2.** above is mailed, proof of mailing will be sufficient proof of notice. Delivery of the notice will be the same as mailing.

**F.** The following applies to the Commercial Property Coverage Part, the Farm Coverage Part and the Capital Assets Program (Output Policy) Coverage Part:

Paragraphs **f.** and **g.** of the **Mortgageholders** Condition are replaced by the following:

**f. Cancellation**

**(1)** If we cancel this policy, we will give written notice to the mortgageholder at least:

**(a)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

**(b)** 30 days before the effective date of cancellation if we cancel for any other reason.

© Insurance Services Office, Inc., 2008
IL 02 68 08 08

**(2)** If you cancel this policy, we will give written notice to the mortgageholder. With respect to the mortgageholder's interest only, cancellation will become effective on the later of:

**(a)** The effective date of cancellation of the insured's coverage; or

**(b)** 10 days after we give notice to the mortgageholder.

**g. Nonrenewal**

**(1)** If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

**(2)** If you elect not to renew this policy, we will give written notice to the mortgageholder. With respect to the mortgageholder's interest only, nonrenewal will become effective on the later of:

**(a)** The expiration date of the policy; or

**(b)** 10 days after we give notice to the mortgageholder.

**G.** The following provisions apply when the following are made a part of this policy:

Commercial General Liability Coverage Part

Employment-Related Practices Liability Coverage Part

Farm Liability Coverage Form

Liquor Liability Coverage Part

Products/Completed Operations Liability Coverage Part

**1.** The aggregate limits of this policy as shown in the Declarations will be increased in proportion to any policy extension provided in accordance with Paragraph **C.3.d.** above.

**2.** The last sentence of Limits Of Insurance does not apply when the policy period is extended because we sent the first Named Insured an incomplete or late conditional renewal notice or a late nonrenewal notice.

IL 09 52 03 08

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
STANDARD PROPERTY POLICY

## A. Cap On Certified Terrorism Losses

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

1. The act resulted in insured losses in excess of ▮▮▮▮▮ in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed ▮▮▮▮▮ in a Program Year (January 1 through December 31) and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds ▮▮▮▮▮ and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

## B. Application Of Exclusions

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

 © Insurance Services Office, Inc., 2008