

21st Floor
1251 Avenue of the Americas
New York, NY  10020-1104

**Sharon L. Schneier**

212.489.8230 tel
212.379.5243 fax

June 8, 2017

**Via Overnight Federal Express**

Hon. Paul G. Gardephe
United States District Court
40 Foley Square
New York, New York 10007
(212) 805-0224

Re:   *Planète Bleue Télévision, Inc. et al. v. A&E Television Networks, LLC, et al.*,
       Case No. 16 Civ. 9317 (PGG)

Dear Judge Gardephe:

    We represent Defendant A&E Television Networks, LLC ("AETN") in the above-captioned matter. As requested at the preliminary conference held before your Honor on June 5, 2017, I write to provide the Court with both an unredacted and a redacted copy of AETN's contract with Plaintiff.

                                        Respectfully submitted,

                                        s/ Sharon L. Schneier

                                        Sharon L. Schneier

CC:   Michael Doyle (via regular mail)
       Renita Sharma (via regular mail)

Encl.

NG-S40TG52V 4833-8712-4042v.1 0052023-000068