# Exhibit 5

 

Risk Services

## EXHIBIT A--AETN INSURANCE COVERAGE PROGRAM FOR PRODUCTION COMPANIES

The terms and conditions set forth herein set forth the insurance requirements of the Agreement.

1. Insurance provided by AETN: AETN maintains a program of media-liability insurance which affords Producer coverage (the "Coverage") in connection with the production specified in the Agreement (the "Production"), as set forth in EXHIBIT A-1, receipt of which Producer acknowledges. Producer shall be responsible for timely payment of premiums to AON and will, at all times, be solely responsible for the payment of monies applicable to the Coverage retention (i.e., deductible amount), and/or Special Risk Coverage (as described in paragraph 5 below). AETN will not pay for any insurance coverage which Producer elects to purchase which is duplicative or in excess of the Coverage, or any other insurance coverage, except where specifically agreed in writing by AETN.

2. Insurance Provided by Producer. Producer agrees that it has obtained or will obtain from an insurance carrier acceptable to AETN, and will maintain at Producer's own expense during the period of production and post-production and until completion of delivery of services and/or products specified in this Agreement, the following insurance coverage:

    A. Workers Compensation & Employers Liability including: Broad Form All States; Longshoreman and Harbor Workers' Act and; Jones Act endorsement(s), where applicable, as well as coverage meeting all state and local requirements applicable to and in the state of hire and the state(s) in which production activities will occur. Producer's coverage must include all independent contractors, loan-outs and others hired by, or providing services under the direction of, Producer for the Production. If any of the above is not so obtained and/or maintained, Producer must establish that such individuals are appropriately covered/insured by other means, except as otherwise permitted by law. A certificate of insurance evidencing such insurance coverage shall be provided to AETN and such certificate shall provide that the applicable insurance may not be materially altered or canceled on fewer than thirty (30) days prior written notice to AETN with a copy to AON/Albert G. Ruben, ("AON"), 171 Madison Avenue, Suite 401, New York, NY 10016.

    B. Other Insurance Provided by Producer. Producer shall maintain, at Producer's sole cost and expense, all usual and customary insurance insuring the business activities of Producer which are not contemplated under this agreement, inclusive of personal and or owned vehicles.

    C. Producer shall provide to AETN and AON evidence of all coverage set forth above, including submission of the completed Production Insurance Application (set forth as Exhibit B-2), upon the later of (i) execution of this Agreement or (ii) the date upon which AETN is obligated to remit to Producer the second payment under the terms of the Agreement.

3. Procedural Matters. AETN will direct AON to contact Producer promptly after the terms for the Production have been agreed upon and Producer shall be responsible for completing the Television Production Insurance Application (set forth as Exhibit B-2), which shall be signed by an officer of Producer and forwarded by Producer to AON. AON shall send to AETN Legal and Business Affairs a confirmation of receipt (the "AON Confirmation") and actual receipt by AETN of the AON Confirmation shall be a condition precedent for AETN's release to Producer of the second payment under the terms of the Agreement. Producer shall designate an individual responsible for coordinating all aspects of insurance on behalf of Producer and shall inform AON as to the name and contact information of said individual. AON shall arrange for the issuance and delivery to Producer of certificates of insurance ("Certificates of Insurance" and, each, a "Certificate of Insurance") in order for Producer to carry out its responsibilities under this Agreement. Producer shall promptly provide to AON at least two (2) copies of each certificate issued by Producer. Unless producer obtains prior consent from AON in advance, Producer shall issue Certificates of Insurance only to

98171v5A



Risk Services | **AON**

municipalities, equipment-leasing companies and practical or studio locations. Producer acknowledges and agrees that Certificates of Insurance may not be issued to any certificate holder not in one of the categories enumerated in the previous sentence (unless AON so agrees in advance and in writing). Producer further acknowledges and agrees that such Certificates of Insurance as may be issued will be pre-printed and that Producer shall not alter, revise, amend or modify the Certificates of Insurance or any of the information contained therein in any manner whatsoever, except to insert in typewritten form the name of the recipient of the Certificate of Insurance in the Certificate Holder box. Any claims or damages resulting from any alteration, revision, amendment or modification to and/or misuse of the Certificates of Insurance shall be borne by Producer and Producer hereby covenants and agrees to indemnify, defend and hold harmless AETN and AON from and against any and all such claims and/or damages arising from or related to any breach by it of the terms and conditions hereof. Producer shall also provide to AON, along with the completed application; the final budget, and shooting schedule applicable to each program covered by the Agreement. AON will be authorized to contact Producer before the first filming date to re-confirm with Producer whether there is a need for any Special Risk Coverage, as defined in Paragraph 5, and Producer hereby authorizes AETN to provide AON with information to facilitate such contact.

4. <u>Notice of Claim</u>. Producer agrees to notify the designated claims coordinator of AON immediately, in writing, with respect to any claims, threats of claims, suits, damage to property or any other loss, and to cooperate with and provide in a timely manner all necessary documentation in support of such claims. Producer shall cooperate with and permit AETN or its insurance carriers to conduct the investigation and defense of any such claims, suits or losses.

5. <u>Special Risk Coverage.</u> Producer agrees to advise AON and AETN in writing, of any Special Risks associated with the Production. This includes, by way of example and not limitation: aircraft, watercraft, railroads, foreign activities, animals or any unusual or hazardous exposures and or conditions involving either cast or crew and or as required by written contract or based on the circumstances of the production. Producer's advance notice of any such Special Risk(s) must be in writing not fewer than five (5) business days prior to the commencement of any filming activities requiring such Special Risk Coverage, except as respects weather insurance, in which case Producer shall provide not fewer than fifteen (15) business days advance written notice. In the event that Special Risk Coverage cannot be or is not purchased, either because of time constraints, unavailability of coverage, or at the election of AETN or for any other reason, Producer shall so notify AETN and consult with AETN as to the appropriate course of action.

Accepted and agreed to this __11__ day of __JANUARY__ 20_15_

|  |  |
|---|---|
| Producer | A&E TELEVISION NETWORKS, LLC |
|  | AETN |
| By: _____ | By: _____ |
| Its: PRODUCER | Its: _____ |
| Blancre Steve Television |  |



Risk Services | **AON**

## INSURANCE COVERAGE - EXHIBIT "A - 1" [2011-2012]

This is an illustration only of the coverage under the AETN Insurance Program. This insurance document is furnished as a matter of information for your convenience. It only summarizes the listed policy(ies) and is not intended to reflect all the terms and conditions or exclusions of such policy(ies). Moreover, the information contained in this document reflects coverage as of the date of this summary as shown below of the policy(ies) and does not include subsequent changes. This document is not an insurance policy and does not amend, alter or extend the coverage afforded by the listed policy(ies). The insurance afforded by the listed policy(ies) is subject to all the terms, exclusions and conditions of such policy(ies).

### PRODUCER'S PACKAGE

| Coverage | Limit of Liability | Deductible/Each Loss |
|---|---|---|
| Props, Sets & Wardrobe | $ ███ | $ ███ |
| Extra Expense | $ ███ | $ ███ |
| Third Party Property Damage | $ ███ | $ ███ |
| Miscellaneous Equipment | $ ███ | $ ███ |
| Negative Film | $ ███ | $ ███ |
| Faulty Stock | included above | $ ███ |
| Cast | $ ███ | $ ███ |
| Office Contents (Temporary Production Offices Only) | $ ███ | $ ███ |
| Money & Securities | $ ███ | $ ███ |
| Hired Automobile Physical Damage | $ ███ | $ ███ |

**THE PRODUCTION COMPANY IS RESPONSIBLE FOR ALL DEDUCTIBLES IN THE EVENT OF A LOSS.**

98171v5A

 

Risk Services

## EXHIBIT "A - 1" [2011-2012]

### COMMERCIAL GENERAL LIABILITY

| | Limit of Liability |
|---|---|
| General Aggregate (Per Project) | $ ▮ |
| Bodily Injury/Property Damage Each Occurrence | $ ▮ |

### NON-OWNED AND HIRED AUTO LIABILITY

| | Limit of Liability |
|---|---|
| Bodily Injury/Property Damage Combined Single Limit Per Occurrence | $ ▮ |



Owned Automobiles are excluded unless specifically declared for coverage.

### COMMERCIAL UMBRELLA LIABILITY

| | Limit of Liability |
|---|---|
| Per Occurrence (Bodily Injury/Property Damage) | $ ▮ |
| Aggregate (Per Production) | $ ▮ |
| Self-Insured Retention (deductible) | $ ▮ |

This insurance document is furnished as a matter of information for your convenience. It only summarizes the listed policy(ies) and is not intended to reflect all the terms and conditions or exclusions of such policy(ies). Moreover, the information contained in this document reflects coverage as of the date of this summary as shown below of the policy(ies) and does not include subsequent changes. This document is not an insurance policy and does not amend, alter or extend the coverage afforded by the listed policy(ies). The insurance afforded by the listed policy(ies) is subject to all the terms, exclusions and conditions of such policy(ies).

 

## EXHIBIT "A - 1" [2011-2012]

### FOREIGN COMMERCIAL GENERAL LIABILITY (not included)

Please advise of any productions outside the United States, US territories and Canada.

### GUILD/UNION TRAVEL ACCIDENT (not included)

If production is a signatory to any Guild or Union, please advise Albert G. Ruben so that required coverage can be arranged.

### ERRORS & OMISSIONS

LIMIT PER PRODUCTION:

$■■■ Each Occurrence / $■■■ Aggregate

DEDUCTIBLE:

$■■■ Each & Every Loss

- The E&O Policy provides coverage for distribution by AETN ONLY.
- The E&O Policy provides that the limits of liability available to pay judgments or settlements shall be reduced by amounts incurred for legal defense. Furthermore, amounts incurred for legal defense shall be applied against the deductible amount.
- Production Company responsible for the deductible.

This Insurance document is furnished as a matter of information for your convenience. It only summarizes the listed policy(ies) and is not intended to reflect all the terms and conditions or exclusions of such policy(ies). Moreover, the information contained in this document reflects coverage as of the date of this summary as shown below of the policy(ies) and does not include subsequent changes. This document is not an insurance policy and does not amend, alter or extend the coverage afforded by the listed policy(ies). The insurance afforded by the listed policy(ies) is subject to all the terms, exclusions and conditions of such policy(ies).



Risk Services | **AON**

"Exhibit B - 1"                     **Special Coverage Checklist**
                                     TELEVISION PRODUCTION INSURANCE PROGRAM

NETWORK: Biography
PRODUCTION TITLE: Killer Kids (pb2)
PRODUCTION COMPANY: Planete Bueue Television Inc.

1. Aircraft (Helicopter or Fixed Wing-Scouting or Filming, private   Yes _____ No ✓   If Yes, complete attached questionnaire
   charters or any other aircraft use including Hot Air Balloons):

2. Stunts:                Yes _____ No ✓   If Yes, complete attached questionnaire

3. Watercraft:            Yes _____ No ✓   If Yes, complete attached questionnaire

4. Pyrotechnics:          Yes _____ No ✓   If Yes, complete attached questionnaire

5. Cast Insurance (Irreplaceable Talent &/or Director): Yes ✓ No _____ If Yes, complete attached questionnaire (Cast Insurance is not included. Should this coverage be necessary, please contact Aon/Albert G. Ruben)
   Roberto Rucco + Jean Leclere

6. Railroad or Railroad   Yes _____ No ✓   If Yes, complete attached questionnaire
   Locations:

7. Animals:               Yes _____ No ✓   If Yes, complete attached questionnaire

8. Weather Insurance:     Yes _____ No ✓   If Yes, complete attached application

9. Foreign Locations      Yes s_____ No ✓   If Yes, complete attached questionnaire

10. Jewelry, Furs, Fine    Yes _____ No ✓   If Yes, complete attached questionnaire
    Arts, Antiques?:

11. Delivery Date: Is there a specific delivery date to client for this production in which a claim could cause increased expenses to expedite the production?: Yes _____ No ✓ ; Please explain.

12. Are there any other special or unusual situations associated with the job including any mechanical effects? If yes, please explain:
    N/A

13. Is this a Union Production?   If so, is Guild Union Travel Accident coverage in place?   N/A

Date: 11/01/13   Completed By: Roberto Luro   Production Business Manager   Tel# 450-582-9990   Facsimile# 450-532-5990   E-mail LUCA.R@VIDEOTRON.CA

PLEASE COMPLETE AND RETURN THIS         AON / ALBERT G RUBEN COMPANY
FORM ALONG WITH A CERTIFICATE OF        Attn: Laura R. Comerford
INSURANCE EVIDENCING THE                171 Madison Avenue, Suite 401, New York, NY 10016
WORKERS COMPENSATION
COVERAGE IN PLACE FOR THIS              Telephone: 212-337-4354
PRODUCTION TO:                          Fax: 212-633-1457 or 847-953-0886
                                        laura_comerford@ars.aon.com

 Risk Services | **AON**

## PRODUCTION INSURANCE APPLICATION "B-2"

1. **NAME OF PRODUCTION COMPANY:** Planete Bleue Television Inc.
2. **Address, City, State, Zip Code:** 528, Place des Tuileries, Repentigny, Qc  J5Y 4C5
3. **Contact Name, Phone:** Roberto Luca   450-582-9990
4. **Email, Fax #:** luca.r@videotron.ca
5. **Applicant is:** ☑ Corporation   ☐ Partnership   ☐ Individual   ☐ Joint Venture
6. **State of Incorporation:** Québec   7. **Federal ID#:** _____
8. **Names and Titles of Principal Officers, Partners or Individuals:**
   Roberto Luca, president
   Jean Leclerc, vice-president
   corporation created July 20th, 2004
9. **TITLE OF PRODUCTION:** Killer Kids 2
10. **TOTAL COST OF PRODUCTION INCLUDING EDITORIAL:** 1 800 000 $
11. **Pre-Production:** 08-12-2012  **Start Date:** 01-20-2013  **Delivery Date:** 06-30-2014  **Air Date:** TBA
12. **Synopsis of Program:** See documentation attached

13. **Production is:**
    Television Pilot      ½ Hour / 1 Hour / Other _____
    Television Special    ½ Hour / 1 Hour / Other _____
    Television Series     ½ Hour / (1 Hour) / Other _____   Number of Episodes: 9
14. **Filming Location(s):** Quebec, New York, Virginia, Florida, New Hampshire, Massachusetts, California, Georgia
15. **NETWORK**
    - A & E
    - History            (Circle One)
    - Biography
16. **Network Contact Name:** Peter Tarshy   **Phone:** 212-210-9041
17. ANY STUNTS, AIRCRAFT, RAILROAD, WATERCRAFT, ANIMALS, FOREIGN LOCATIONS OR UNUSAL AND/OR HAZARDOUS FILMING LOCATIONS OR ACTIVITIES? PLEASE DESCRIBE IN FULL (SEE EXHIBIT "B -1"):   N/A

 Risk Services | **AON**

### 18A. ERRORS AND OMISSIONS:

A. Name, Address & Phone Number of the person who performs the Clearance Work in connection with the Production being declared: Remy Khouzam at Russier & Khouzam, 825 avenue Querbes, suite 201, Outremont, Quebec, H2V 3X1

B. Name & Address of Applicant's Attorney: Individual: Same as A
   Firm/Address: Same as A.  Phone: 514-271-2731

C. Has the Applicant read the **CLEARANCE PROCEDURES** included with this Application.. ☑ Yes ☐ No

D. The Applicant agrees to adhere to and follow the **CLEARANCE PROCEDURES**, with reasonable care and due diligence, as applicable to the production as specified in this Application........ ☑ Yes ☐ No
   If **NO** Explain: _____

E. Has a title report (with legal opinion) been obtained from any title clearance service (please forward copy)
   ___ YES  ☑ NO

F. Are there any ambiguities, gaps or problems in the chain of title................... ☐ Yes ☑ No
   If YES, Explain: _____

G. Is this production an original work for hire ........................................ ☑ Yes ☐ No
   IF NO:
   1. Has a copyright report been obtained .................................. ☐ Yes ☐ No
   2. Are there any ambiguities, gaps or problems in the chain of title ............. ☐ Yes ☐ No
   If YES, Explain: _____

H. Is the name or likeness of any living person used or is any deceased person portrayed (with or without use of name of likeness) in this Production .................................. ☑ Yes ☐ No
   If YES, has a "clearance/license/rights/consents" been obtained ............................ ☐ Yes ☑ No

   If "No", will the appropriate "clearance/license/rights/consents" be obtained prior to the first airing of the production? ___ Yes  ☑ No

   If "clearance/license/rights/consents" have not been obtained, please explain:
   These are facts, information is taken out of newspapers and TV news. Furthermore trials are completed and verdicts were delivered.

I. Is there a plausible risk that a living person could claim (without regard to the merits) to be identifiable, whether or not the person's name or likeness is used or the Production purports to be fictional ................................................................. ☐ Yes ☑ No
   If YES, has a "clearance/license/rights/consents" been obtained ............................ ☐ Yes ☐ No

   If "No", will the appropriate "clearance/license/rights/consents" be obtained prior to the first airing of the production? ___ Yes ___ No

   If "clearance/license/rights/consents" have not been obtained, please explain:



Risk Services | **AON**

J. Has applicant or any of its agents bargained for (a) any rights in Literary, Musical or other Material: or (b) releases from any persons in connection with the Production, and been **UNABLE** to obtain or refused an agreement or release ................................................... ☐ Yes ☑ No
If YES, explain: _____

K. Will any Film Clips be used in this Production ........................................ ☑ Yes ☐ No
If YES, has a "clearance/license/rights/consents" been obtained ..................... ☑ Yes ☐ No

If "No", will the appropriate "clearance/license/rights/consents" be obtained prior to the first airing of the production? ____ Yes ____ No

If "clearance/license/rights/consents" have not been obtained, please explain:

L. Are any photographs used in the Production ........................................ ☑ Yes ☐ No
If YES, has a "clearance/license/rights/consents" been obtained ..................... ☑ Yes ☐ No

If "No", will the appropriate "clearance/license/rights/consents" be obtained prior to the first airing of the production? ____ Yes ____ No

If "clearance/license/rights/consents" have not been obtained, please explain:

M. Have all Musical Rights been cleared ................................................ ☑ Yes ☐ No
If YES, has a "clearance/license/rights/consents" been obtained ..................... ☑ Yes ☐ No

If "No", will the appropriate "clearance/license/rights/consents" be obtained prior to the first airing of the production? ____ Yes ____ No

If "clearance/license/rights/consents" have not been obtained, please explain:

N. Is Original Music commissioned for this production ................................... ☑ Yes ☐ No
If YES, has a hold Harmless been obtained from the composer ........................ ☑ Yes ☐ No

**18B.   APPLICANT'S WARRANTY AND REPRESENTATION:**

A. Applicant represents and warrants that neither it, nor any of its Officers, Directors or Partners have any knowledge, actual or constructive:
   a) Of any claims or legal proceedings made or commenced against the Applicant, or any Officers, Directors, Partners, or subsidiary or affiliated companies within the last five (5) years for invasion of privacy, infringement of copyright (statutory or common law) defamation, unauthorized use of titles, formats, ideas, characters, plots or other program material embodied in any Production, or breach of implied contract arising out of alleged submission of any literary or musical material. If no exceptions, Please Initial

   ☐ Except as Follows:

L&E                                                                                    Risk Services | AON

b) Of any threatened claims or legal proceedings against the Applicant or any Officers, Directors, subsidiaries or Partners or against any other person, firm or company arising out of or based upon any Production including title thereof, or any material upon which any Production is or will be based that would be covered by the Policy sought to be obtained by the Applicant. If no exceptions, Please Initial

☒ Except as Follows: _____

c) Of any facts, circumstances or prior negotiations by reason of which a claim might reasonably be asserted or legal proceedings instituted against the Applicant with respect to the production that would be covered by the Policy sought to be obtained by the Applicant. If no exceptions, Please Initial  *RL*

☐ Except as Follows: _____

**18C.**    **THIS APPLICATION IS SUBMITTED WITH THE FOLLOWING SPECIFIC UNDERSTANDING:**

A. The undersigned authorized representative of the Applicant, based upon reasonable inquiry, warrants to the best of its knowledge that the statements set forth herein are true and include all material information and that Applicant has not omitted, suppressed or misstated any facts.

B. Applicant understands that the limit of liability and deductible under any Policy to be issued in response hereto shall include both loss payment and claim & defense expenses as defined in the Policy. The Defense Cost Provision of the Policy stipulates that the limits of liability may be completely exhausted by the cost of legal defense, and any deductible or retention shall apply to investigation expenses and defense cost as well as indemnity.

Signed By: _____  Printed: Roberto Luca

PRODUCER                          Date: 11 JANUARY 2013
(Executive Officer / Principal)

 Risk Services | AON

To complete your application, please submit the following:
- List previous Production works/Resume
- Production Budget
- Production Schedule
- Your evidence of Workers' Compensation coverage (Certificate of Insurance) N/A
- Title report with legal opinion A&E is aware that title report has not been done

FAX THIS FORM THEN MAIL HARD COPY OF FORM WITH ATTACHMENTS PRIOR TO START DATE OF PRODUCTION

[x]

TO:
AON/ALBERT G. RUBEN COMPANY NY INC.
ATTN: LAURA COMERFORD
171 Madison Avenue, Suite 401
New York, NY 10016

PHONE: 212-337-4354
FAX: 847-953-0886
LAURA_COMERFORD@ARS.AON.COM

PLEASE NOTE THAT ONCE WE RECEIVE ALL REQUIRED PAPERWORK WE WILL REVIEW AND SEND OUT AN INVOICE. COVERAGE CAN NOT BE BOUND AND CERTIFICATES ISSUED UNTIL WE RECEIVE PAYMENT IN FULL.



Risk Services | **AON**

## Clearance Procedures

The applicant and their counsel should assure themselves of the following before first exhibition of the insured's production:

1. A copyright report must be obtained, covering domestic and foreign copyright, as well as all extensions and renewals thereof, for all literary material **(other than original and unpublished)** contained in the production. If the Insured is acquiring the production as a completed work (such as a pick-up of a motion picture) a copyright report must also be obtained covering the completed work. In the case of an unpublished original work, the origin of the work must be traced in order to ascertain that the Insured has all required rights in the work.
2. Written agreements must exist between the Insured and the creators, authors, writers and owners of all material, including quotations from copyrighted works, used in the insured production, authorizing the Insured to use the material in the insured production.
3. If the production is in any way based on actual facts, it must be ascertained if the source material is primary (e.g. direct interview, court records) and not secondary (e.g. another copyrighted work). Use of secondary sources may be permissible, but full details must be provided to Company in an attachment to the application.
4. Written releases must be obtained from all persons who are recognizable or who might reasonably claim to be identifiable in the insured production, or whose name, image or likeness is used, and if such person is a minor, the minor's consent must be legally binding. If the recognizable or identifiable person is deceased, releases must be obtained from the personal representative of such person. Releases of the type described in the preceding two sentences may not be required in certain instances, but full details must be provided to Company in an attachment to the application. Releases are not necessary if the recognizable person is part of a crowd or background shot and his image is not shown for more than a few seconds or given special emphasis.
5. Where the work is fictional in whole or in part, the names of all characters must be fictional. In certain limited instances, particular names need not be fictional, but full details must be provided to Company in an attachment to the application.
6. Where scenes are filmed depicting or referring to distinctive businesses, personal property or products identifiable with any person, firm or corporation, or depicting or referring to distinctive real property of any person, firm or corporation, written releases must be obtained from such person, firm or corporation granting the Insured the right to film and use such property in the insured production. In certain instances releases may not be required, but full details must be provided to Company in an attachment to the application. Releases are not necessary if property is non-distinctive background only.
7. All releases must give the Insured the right to edit, modify, add to and/or delete any or all of the material supplied by the releaser. Releases from recognizable persons must grant the Insured the right to fictionalize the Insured's portrayal of the releaser.
8. All contracts and releases must give the insured the right to market the production for use in all media and markets (e.g. video discs, cassettes, supplemental markets), except to the extent the Insured qualifies the application to exclude insurance coverage for particular media.
9. Synchronization and performance licenses must be obtained from the composer or copyright owner of all music used in the insured production. Licenses are unnecessary if the music (and its arrangement) is in the public domain. Licenses must also be obtained for the use of previously recorded music.
10. If the production contains any film clips, the Insured must obtain authorization to use the film clip from the owner of the clip who has the right to grant such authorization and must obtain authority from the appropriate persons for "secondary use" of all material contained in the film clip, e.g. underlying literary and musical rights, performances of actors and musicians.
11. A report (generally known as a "title report") covering the title of the production must be obtained from a recognized source setting, for the prior uses of the same or similar titles, and the title of the production must be changed to avoid any conflict.
12. It must be determined whether the applicant, or any of its officers, directors, partners or agents received any submission of any similar material or production, and if so, Company must be fully advised of all circumstances relating to each such occurrence, in an attachment to the application.
13. It must be determined that the insured production does not contain any material which constitutes defamation, invasion of privacy or violation of the right of publicity or of any other right of any person, firm or corporation.

The foregoing Clearance Procedures should not be construed as exhaustive, nor do they cover all situations which may arise, given the great variety of productions. Rather, the applicant and its counsel must continually monitor the production at all stages, and in light of any special circumstances, to make certain that the production contains no material which could give rise to a claim.

09171\\SIS A/042811 mark